Amanda E. Heitz (Bar No. 026519)
Sarah A. Brunswick (Bar No. 038432)
**BOWMAN AND BROOKE LLP**
Suite 1600, Phoenix Plaza
2901 North Central Avenue
Phoenix, AZ 85012-2761
Telephone: (602) 643-2300
Facsimile: (602) 248-0947
amanda.heitz@bowmanandbrooke.com
sarah.brunswick@bowmanandbrooke.com
Minute Entries: mme@phx.bowmanandbrooke.com

Christopher Renzulli (*pro hac vice* to be submitted)
Jeffrey M. Malsch (*pro hac vice* to be submitted)
Scott C. Allan (*pro hac vice* to be submitted)
**RENZULLI LAW FIRM, LLP**
One North Broadway, Suite 1005
White Plains, NY 10601
Telephone: (914) 285-0700
Facsimile:  (914) 285-1213
crenzulli@renzullilaw.com
jmalsch@renzullilaw.com
sallan@renzullilaw.com

Attorneys for Petitioner Chambered Custom Firearms, LLC
and John Lamontagne

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Chambered Custom Firearms, LLC and John Lamontagne,<br><br>Petitioners,<br><br>vs.<br><br>Kristina Babcock, Director of Industry Operations for the ATF's Phoenix Field Division,<br><br>Respondent. | **PETITION FOR DE NOVO REVIEW OF THE DENIAL OF AN APPLICATION FOR A FEDERAL FIREARMS LICENSE PURSUANT TO 18 U.S.C. § 923(f)(3)** |

1. This Petition is brought by Chambered Custom Firearms, LLC ("Chambered Custom") and John Lamontagne, seeking a de novo review of a Final Notice of Denial of Application, Revocation, Suspension and/or Fine of Firearms License issued by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") on January 5, 2024 ("Final Notice of Denial") denying Chambered Custom's application for a federal firearms license ("FFL"). Chambered Custom meets the requirements set forth in the Gun Control Act ("GCA") for the

issuance of an FFL and the ATF was therefore not authorized to issue the Final Notice of Denial.

**PARTIES**

2. Petitioner Chambered Custom is an Arizona limited liability company in good standing with its principal place of business located at 520 North Bullard, Suite 37, Goodyear, AZ 85335.

3. John Lamontagne is a citizen of the State of Arizona and the organizer and sole member of Chambered Custom.

4. Respondent, Kristina Babcock, is the Director of Industry Operations ("DIO") for the ATF's Phoenix Field Division, located at 40 North Central Avenue, Suite 1000, Phoenix, AZ 85004.

**JURISDICTION**

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 18 U.S.C. § 923(f)(3), which authorizes de novo review of the Final Notice of Denial.

6. Chambered Custom has exhausted all of its administrative remedies pursuant to 18 U.S.C. § 923(f)(2) and 27 C.F.R. § 478.74, et al.

**FACTUAL BACKGROUND**

7. Chambered Custom was organized as an Arizona limited liability company on February 23, 2023.

8. John Lamontagne is the sole member of Chambered Custom.

9. John Lamontagne submitted an application on behalf of Chambered Custom in February 2023 for an FFL, for its premises located at 520 North Bullard, Suite 37, Goodyear, AZ 85335.

10. John Lamontagne is the sole responsible person identified on Chambered Custom's application for an FFL.

11. Chambered Custom meets all of the requirements set forth in 18 U.S.C. § 923(d)(1) as a result of which the GCA states that the Attorney General, acting through the ATF shall approve the application for an FFL.

12. John Lamontagne is not prohibited from transporting, shipping, or receiving

firearms or ammunition in interstate or foreign commerce pursuant to 18 U.S.C. §§ 922(g) and (n).

13. Despite the fact that Chambered Custom and its responsible person, John Lamontagne, meet the requirements for the issuance of an FFL and the GCA requires the ATF to issue an FFL, Respondent issued a Notice to Deny Application for License dated August 10, 2023 ("Notice to Deny").

14. Chambered Custom timely requested a hearing in response to the Notice to Deny.

15. After conducting a hearing, Respondent issued the Final Notice of Denial that is the subject of this petition for de novo review.

16. This petition is being filed within sixty days of receipt of the Final Notice of Denial as required by 18 U.S.C. § 923(f)(3).

17. The Final Notice of Denial claims that Chambered Custom's application for an FFL was properly denied because its sole responsible person, John Lamontagne, had been a responsible person on an FFL previously held by another entity, Chambered Group USA, LLC ("Chambered Group"), whose FFL had previously been revoked for a willful violation of the GCA.

18. The violations of the GCA for which Chambered Group's FFL had been revoked had all occurred prior to the organization of Chambered Custom.

19. John Lamontagne did not personally commit any of the violations of the GCA for which Chambered Group's FFL was revoked.

20. The Final Notice of Denial claims that Chambered Custom is "not qualified to receive a license under 18 U.S.C. § 923(d)(1)(C)" solely because John Lamontagne was a responsible person on Chambered Group's FFL at the time it violated the GCA.

21. 18 U.S.C. § 923(d)(1)(C) states that "Any application submitted under subsection (a) or (b) of this section shall be approved if . . . the applicant has not willfully violated any of the provisions of this chapter or regulations issued thereunder . . . ." (Emphasis added).

22. The applicant for an FFL is Chambered Custom, which has not willfully violated the GCA and did not even exist at the time Chambered Group was found to have violated the

3

GCA.

23. There is no support in the GCA for Respondent's conclusion that Chambered Custom is not qualified to receive an FFL just because its responsible person had been a responsible person on the FFL for different legal entity whose FFL had been revoked for violating the GCA.

24. The GCA only authorizes the denial of an application for an FFL by a legal entity, such as a limited liability company, based on the identity of its responsible person if such person is prohibited from transporting, shipping, or receiving firearms or ammunition in interstate or foreign commerce pursuant to 18 U.S.C. §§ 922(g) and (n).

WHEREFORE, Petitioners respectfully pray that this Honorable Court:

(A) reverse the Final Notice of Denial and hold that Respondent was required to approve Chambered Custom's application for an FFL pursuant to 18 U.S.C. § 923(d);

(B) order the ATF to issue an FFL to Chambered Custom; and

(C) grant such other relief as it deems just and proper.

DATED this 11th day of March, 2024.

**BOWMAN AND BROOKE LLP**

By: */s/ Sarah A. Brunswick*
　　Amanda E. Heitz
　　Sarah A. Brunswick

and

**RENZULLI LAW FIRM, LLP**
Christopher Renzulli (*pro hac vice* to be submitted)
Jeffrey M. Malsch (*pro hac vice* to be submitted)
Scott C. Allan (*pro hac vice* to be submitted)

Attorneys for Petitioners Chambered Custom Firearms, LLC and John Lamontagne