GARY M. RESTAINO
United States Attorney
District of Arizona
JAVIER TORRES
Assistant U.S. Attorney
Arizona State Bar No. 032397
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona  85004-4449
Telephone:  (602) 514-7500
Main Fax: (602) 514-7693
Email: Javier.Torres@usdoj.gov
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chambered Custom Firearms, LLC, et al., | No. CV-24-00521-PHX-DMF |
| Petitioners, | |
| v. | **DECLARATION OF ROBIN ZIER** |
| Kristina Babcock, | |
| Respondent. | |

I, Robin Zier, hereby declare under penalty of perjury:

1.      If called as a witness in the above-captioned matter, I am competent to, and would in fact, testify to the following facts, of which I have personal knowledge, except as otherwise indicated.

2.      I am employed by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") as the Executive Secretary/Paralegal. In that capacity, I am the custodian of records for and am familiar with the mailing of documents from ATF to Federal Firearms License (FFL) applicants, including return receipts received by ATF from the United States Postal Service ("USPS"). I am familiar with such documents as they relate to Chambered Custom Firearms LLC and John Lamontagne.

3.    Attached as Exhibit 1 is a true and correct copy of the Final Notice of Denial of Application, Revocation Suspension and/or Fine of Firearms License (the "Final Notice") dated January 5, 2024, along with the USPS Certified Mail Receipt and tracking number for the Final Notice.

4.    The Final Notice was sent to Chambered Custom Firearms LLC and John Lamontagne by Certified Mail with Return Receipt requested. The tracking number assigned by the United States Postal Service to the Final Notice was 70202450000064968795.

5.    Attached as Exhibit 2 is a true and correct copy of the Domestic Return Receipt for parcel number 70202450000064968795. This postcard was returned to ATF by USPS after the Final Notice was successfully delivered to Chambered Custom Firearms LLC and John Lamontagne.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and accurate.

Executed this 3rd day of July, 2024, at Phoenix, Arizona.

_____
Robin Zier

-2-