**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Emile Lamontagne
Chambered Custom Firearms LLC
dba Chambered Custom Firearms /
Chambered CF
520 N Bullard, Suite 37
Goodyear, AZ 85335

9590 9402 7577 2098 7693 44

2. Article Number *(Transfer from service label)*

7020 2450 0000 6496 8795

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X  _____
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
Casey Till

C. Date of Delivery
4-10-24

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery .00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt