USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs

Remove ✕

**Tracking Number:**

## 70202450000064968795

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:15 pm on January 10, 2024 in GOODYEAR, AZ 85338.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**

GOODYEAR, AZ 85338
January 10, 2024, 12:15 pm

● **Arrived at USPS Regional Facility**

PHOENIX AZ DISTRIBUTION CENTER
January 8, 2024, 7:31 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

Case 2:24-cv-00521-SPL        Document 15-4        Filed 07/03/24        Page 2 of 2

**See Less** ∧

Track Another Package

    Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs