RACHEL C. HERNANDEZ
Acting United States Attorney
District of Arizona
NOEL C. CAPPS
Assistant U.S. Attorney
Arizona State Bar No. 014361
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Civil Fax: (602) 514-7693
Email: Noel.Capps@usdoj.gov
*Attorneys for Respondent*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chambered Custom Firearms, LLC and John Lamontagne,<br><br>Petitioners,<br><br>v.<br><br>Kristina Babcock, Director of Industry Operations for the ATF's Phoenix Field Division,<br><br>Respondent. | No. CV-24-00521-PHX-SPL<br><br>**NOTICE OF FILING OF ADMINISTRATIVE RECORD** |

Respondent hereby files this Notice of Filing of Administrative Record, with an accompanying Certification of the Administrative Record attached to this notice.

Respectfully submitted this 25th day of February, 2025.

RACHEL C. HERNANDEZ
Acting United States Attorney
District of Arizona

s/*Noel C. Capps*
Noel C. Capps
Assistant United States Attorney
*Attorneys for Respondent*