Index for Certified Administrative Record in

*Chambered Custom Firearms, LLC and John Lamontagne, Petitioners*

*vs*

*Kristina Babcock, Director of Industry Operations for the ATF's Phoenix Field Division, Respondent*

|  | Bates<br><br>CHAMBERED CUSTOM FIREARMS- | Date | Description |
|---|---|---|---|
| 1 | 000001-000005 | 08.10.2023 | Notice to Deny Application for License [Ex.1] |
| 2 | 000006-000012 | 08.23.2023 | Request for Hearing [Ex.2] |
| 3 | 000013-000016 | 09.05.2023 | Notice of Hearing [Ex.3] |
| 4 | 000017-000019 | 10.11.2023 | Amended Notice of Hearing [Ex.4] |
| 5 | 000020-000025 | 02.13.2023 | Initial Application (type 01, 07) [Ex.5.1] |
| 6 | 000026-000031 | 06.16.2023 | Updated Application [Ex.5.2] |
| 7 | 000032-000047 | 09.05.2018 | Lamontagne RP Notice & Application [Ex.6] |
| 8 | 000048-000057 | 07.11.2023 | Final Notice of Denial of Application, Revocation [Ex.7] |
| 9 | 000058-000280 | 09.19.2023 | Preliminary Injunction Hearing Transcript [Ex.8] |
| 10 | 000281-000291 | 09.28.2023 | Order Denying Motion for Preliminary Injunction [Ex. 9] |
| 11 | 000292-000294 | 03.05.2019 | Judelsohn Form 4473 [Ex.10] |
| 12 | 000295-000297 | 11.07.2018 | Lam Form 4473 [Ex.10.1] |
| 13 | 000298-000300 | 11.16.2018 | Klingensmith Form 4473 [Ex.10.2] |
| 14 | 000301-000303 | 11.21.2018 | Melendrez Form 4473 [Ex.10.3] |
| 15 | 000304-000306 | 12.22.2018 | Lamontagne Form 4473 [Ex.10.4] |
| 16 | 000307-000309 | 01.04.2019 | Juncos Form 4473 [Ex.10.5] |
| 17 | 000310-000389 | 10.19.2023 | Application Denial Hearing Transcript |
| 18 | 000390-000395 | 1.05.2024 | Final Notice of Application Denial Packet |