U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Notice to Deny Application for License

[X] In the matter of application for license as a/an ___9-86-013-07-PA-17244_____ , filed by.

or

[ ] In the matter of application for renewal of license number _____ as a/an

_____ , filed by

**Name and Address of Applicant** *(Show number, street, city, State and ZIP Code)*

Chambered Custom Firearms LLC
dba Chambered Custom Firearms / Chambered CF
520 N Bullard, STE 37
Goodyear, AZ 85338

### Notice Is Hereby Given That:

The application described above may be denied because the applicant does not qualify for licensing under the provisions of 18 U.S.C. § 923(d), as set forth in the pages attached and made a part of this form. Pursuant to 18 U.S.C. § 923(f)(2), you may file a request for a hearing to review the denial of your application. This request must be received, in duplicate, by the Director of Industry Operations (DIO), Bureau of Alcohol, Tobacco, Firearms and Explosives, located at ___40 North Central Avenue, Suite 1000, Phoenix, AZ 85004_____ , within 15 days of your receipt of this notice

Where a timely request for hearing is made, and the application described above is for renewal of a currently valid license, you may continue to operate under your present license pending the outcome of the hearing. The hearing will be held as provided in 27 CFR Part 478.

If a timely request for a hearing is not received, the application shall be disapproved, and a copy so marked will be returned to the applicant

[✓] Please see included brochure

| Date | Name and Title of Bureau of Alcohol, Tobacco, Firearms and Explosives Official | Signature |
|---|---|---|
| 08/10/2023 | Kris Babcock, Director, Industry Operations | KRISTINA BABCOCK digitally signed by KRISTINA BABCOCK date 2023.08.10 07:45.21 -07'00' |

I certify that on the date shown below I served this notice on the person identified below by:

[✓] Certified mail to the address shown below.
Tracking Number. 70210350000079958176

Or

[ ] Delivering a copy of the notice to the address shown below.

| Date Notice Served | Title of Person Serving Notice | Signature of Person Serving Notice |
|---|---|---|
| 08/10/2023 | Executive Assistant | |

**Print Name and Title of Person Served**

John Emile Lamontagne

Signature of Person Served *(if applicable)*

**Address Where Notice Served**

520 N Bullard, STE 37
Goodyear, AZ 85338

ATF E-Form 5300 4X(4498)
Revised September 2014

CHAMBERED CUSTOM FIREARMS-000001

Chambered Custom Firearms LLC                                   ATF Form 5300.43 (4498)
9-86-013-07-PA-17244                                                              Page 1

Pursuant to the provisions of 18 U.S.C. § 923(d) and 27 C.F.R. § 478.71, notice is hereby given that the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") intends to deny the Application for a Federal Firearms License (FFL) submitted by Chambered Custom Firearms LLC ("Applicant"). Specifically, the Director, Industry Operations, United States Department of Justice, ATF, Phoenix Field Division, has reason to believe Applicant does not meet the criteria for licensing set forth in the Gun Control Act of 1968, as amended, 18 U.S.C. Chapter 44, and the regulations issued thereunder, 27 C.F.R. Part 478 (collectively "GCA"), as described below.

The GCA mandates that ATF shall issue a Federal firearms license to a qualified applicant. 18 U.S.C. § 923(c) and 27 C.F.R. § 478.47(a).

In an Application for Federal Firearms License, ATF Form 7 (5310.12), dated June 16, 2023, Applicant applied for the subject Federal firearms license to conduct business as Chambered CF at premises located at 520 N. Bullard, Suite 37, Goodyear, Arizona, 85338. The Application lists John Emile Lamontagne as Applicant's sole responsible person.

Beginning in September 2018, John Emile Lamontagne served as a Responsible Person for Chambered Group USA LLC ("CGU"), a Manufacturer in Firearms Other than Destructive Devices holding Federal firearms license 9-86-013-07-4A-07852.

On April 11, 2022, ATF initiated a compliance inspection of CGU. Based upon the violations revealed during that inspection, ATF issued a Notice to Revoke or Suspend License and/or Impose a Civil Fine, ATF Form 4500 (5300.4) ("Notice to Revoke"). A hearing on that matter occurred on April 13, 2023. On July 11, 2023, ATF issued a Final Notice of Denial of Application, Revocation, Suspension and/or Fine of Firearms License ("Final Notice of Revocation") in which it found that CGU willfully violated the provisions of the GCA.[1] At all times relevant to the violations determined to be willfully committed, John Emile Lamontagne served as a Responsible Person for CGU

Applicant's sole member and listed Responsible Person, John Emile Lamontagne, having been a responsible person for CGU when it willfully violated the GCA, is unqualified for a federal firearms license. The Applicant's application for a federal firearms license is denied pursuant to 18 U.S.C. § 923(d)(1)(C) and 27 C.F.R. § 478.47(b)(3).

---

[1] While the Final Notice listed an effective date of July 11, 2023, CGU has requested a stay of revocation until October 1, 2023. ATF has granted GCU's request.

CHAMBERED CUSTOM FIREARMS-000002

## EXPLANATION OF THE HEARING PROCESS



The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) has decided to deny your original or renewal application for a Federal firearms license, or to revoke, suspend and/or impose a civil fine on your existing license.

As stated on the enclosed Notice of Denial, Revocation, Suspension and/or Fine, you have the right to request a hearing. This brochure provides general guidance to assist you in making a decision on requesting a hearing, and to appropriately prepare for a hearing should you request one.

### Background
27 C.F.R. §§ 478.71 - 478.73

The Gun Control Act of 1968 (GCA) and its implementing regulations specify certain licensing requirements for those intending to engage in the business of importing, manufacturing, or dealing in firearms, or importing or manufacturing ammunition.

The GCA authorizes ATF to deny a license application when an inspection reveals the applicant is not qualified to receive or continue to hold the license. ATF may revoke a license when a licensee willfully violates the GCA or its implementing regulations.

For purposes of the regulatory provisions of the GCA, a "willful" violation occurs when the licensee knew of his or her legal obligations and either purposefully disregarded or was plainly indifferent to those requirements. ATF is not required to prove a licensee intended to violate the law.

Under limited circumstances, ATF may revoke or suspend a license and/or impose a civil fine against a licensee who knowingly violates certain provisions of the GCA.

### Hearing Request and Representation
27 C.F.R. §§ 478.74 and 478.76

You have the right to request a hearing. If you wish to do so, you must file a request, in writing, with the Director, Industry Operations (DIO) within 15 days after the receipt of the enclosed Notice.

An applicant or licensee may be represented at the hearing by an attorney, certified public accountant or other person recognized to practice before ATF as provided in 31 C.F.R. Part 8.

### Pre-Hearing Resolution
27 C.F.R. §§ 478.72 and 478.74

You may submit an offer to settle or other proposed resolution prior to the hearing. If you wish to present your offer in person, you must request to do so within the same 15 days as allotted for a hearing. A request for a pre-hearing resolution should be made in writing to the DIO. ATF is not obligated to grant requests for in-person meetings or proposals for resolution.

You may also submit offers of potential resolution to the DIO after the hearing, but before a final decision is rendered; however, the DIO will not entertain settlement offers at the hearing.

1

CHAMBERED CUSTOM FIREARMS-000003

## EXPLANATION OF THE HEARING PROCESS

**Hearing Overview**
27 C.F.R. §§ 478.72, 478.74, 478.76, 478.77

Upon receipt of a timely request and after consultation with you, ATF will set the date, time and place of the hearing. You will then receive formal notification via certified mail, return receipt request. Please be advised that ATF may reschedule a hearing for good cause, as determined by the DIO.

The DIO will preside over the hearing. The purpose of the hearing is to allow both parties to present, in an orderly manner, all relevant evidence and arguments regarding the proposed licensing action.

The hearing itself is informal in nature which means that formal courtroom procedures, including sworn testimony and rules of evidence are not followed. During the hearing, you will have the opportunity to submit facts and arguments for review and consideration. An ATF-hired court reporter will be present to transcribe the hearing. The resulting transcript, along with the exhibits presented at the hearing, constitute the official record of the hearing. You may order a copy of the transcript at your own expense. Video recording of the hearing is not permitted.

An ATF attorney will present evidence in support of the licensing action. The ATF industry operations investigator(s) who conducted your inspection and/or other ATF employees who have relevant information concerning your case may testify.

At the conclusion of the government's presentation, you will have the opportunity to respond. You should state your case as clearly and factually as possible. Your presentation should focus on the violation(s) described in the Notice you received. You may also bring other witnesses who are able to speak to the violation(s) cited in the Notice. Both you and the government have the right to question all witnesses. Please note that all persons attending the hearing must bring a valid form of state or federal government issued identification (e.g., driver's license or passport) for entry.

In addition to oral testimony, you may also present written documentation. Regardless of its form, all evidence presented at the hearing must be relevant. Relevant evidence is evidence that tends to prove or disprove an issue at the hearing, such as whether the alleged violation occurred as stated in the Notice.

***NOTE:*** **It is a violation of law to possess or cause to be present a firearm or other dangerous weapon in a Federal facility. 18 U.S.C. § 930(a). Violation of this law will result in termination of hearing proceedings and a referral to law enforcement.**

**After the Hearing**
27 C.F.R. §§ 478.72, 478.74, 478.78

Following completion of the hearing, the court reporter will prepare a transcript of the hearing. After reviewing the transcript and all evidence submitted at the hearing, the DIO will make the final licensing decision for ATF.

Should the DIO determine that the allegation(s) contained in the Notice are substantiated, he or she may issue a Final Notice of Denial, Revocation, Suspension and/or Fine of Firearms License, which ATF would send to you via certified mail, return receipt requested.

You may appeal the DIO's final decision to the appropriate Federal district court within 60 days for de novo judicial review.

If you have any questions concerning the hearing, please contact the DIO for the ATF division in which you are located.

CHAMBERED CUSTOM FIREARMS-000004



CHAMBERED CUSTOM FIREARMS-000005

**RLF** | **RENZULLI**
**LAW FIRM LLP**

ONE NORTH BROADWAY, SUITE 1005
WHITE PLAINS, NY 10601
TEL (914) 285-0700 ■ FAX (914) 285-1213
www.renzullilaw.com

August 23, 2023

**VIA MAIL & EMAIL**
**(kristina.babcock@atf.gov)**

Kristinia L. Babcock, Director of Industry Operations
Bureau of Alcohol, Tobacco, Firearms and Explosives
Phoenix Field Division
40 North Central Avenue, Suite 1000
Phoenix, AZ 95004

     Re:   Chambered Custom Firearms, LLC

Dear Ms. Babcock:

     We write on behalf of federal firearms license ("FFL") applicant Chambered Custom Firearms, LLC ("Chambered Custom") relative to the Notice to Deny Application for License ("Notice to Deny") dated August 10, 2023. Pursuant to 18 U.S.C. § 923(f)(2) and 27 C.F.R. § 478.74, we write to request a hearing regarding the Notice to Deny.

     Chambered Custom's application for a type 01 and type 07 FFL, a copy of which is enclosed, was received by the ATF's Federal Firearms Licensing System on March 8, 2023. Pursuant to 27 C.F.R. § 478.47(c), an FFL should have been issued to it, or its application denied, within sixty days of such date, *i.e.*, May 8, 2023. The application has two partial FFL numbers handwritten across the top of the first page "(1) 9-86-17243" and "(7) 9-86-17244" indicating that the application may have initially been approved.

     The Notice to Deny states that it was based on a Final Notice of Denial of Application, Revocation, Suspension and/or Fine of Firearms License ("Final Notice of Revocation") issued to another entity, Chambered Group, USA, LLC ("Chambered Group") on July 11, 2023, more than four months after Chambered Custom submitted its application for an FFL.[1] It further states that the application was denied pursuant to 18 U.S.C. § 923(d)(1)(C) and 27 C.F.R. § 478.47(b)(3), which authorizes the denial of an application for an FFL if the applicant has willfully violated any provisions of the Gun Control Act ("GCA"), or the regulations issued pursuant to it.

     The Notice to Deny claims that applicant's sole member and responsible person, John Emile Lamontagne, is "unqualified for a federal firearms license" because he was a responsible person for Chambered Group when it allegedly "willfully violated the GCA." The applicant for an FFL is Chambered Custom, which has never held an FFL, or violated the GCA. In fact, it did not even exist as a legal entity at the time of the alleged violations identified in the Final Notice of

---

[1] The Notice to Deny incorrectly states that the application for an FFL was dated June 16, 2023.

*Chambered Custom Firarms, LLC*
*August 23, 2023*
*Page 2*

Revocation. There is no provision in the GCA stating that an entity is not eligible for an FFL simply because one of its responsible persons is alleged to have willfully violated the GCA.[2] Further, although Mr. Lamontagne was a responsible person on Chambered Group's FFL, this was solely because his investment in an existing business made him the majority owner of Chambered Group, and therefore a responsible person as a matter of law. Jason Fern, one of the original three owners of Chambered Group, remained its primary responsible person and set its management, policies, and practices, insofar as they pertain to firearms. Mr. Lamontagne was not a regular employee and only assisted at the store periodically, such as making entries in the acquisition and disposition records when Mr. Fern was not available.

Based on the above, we respectfully request that you reconsider your denial of Chambered Customs' application for an FFL, or schedule a hearing pursuant to 18 U.S.C. § 923(f)(2) and 27 C.F.R. § 478.74 at the earliest available date. I look forward to hearing from you. If you have any questions concerning the above, please do not hesitate to contact me.

Very truly yours,

**RENZULLI LAW FIRM, LLP**

*Scott C. Allan*

Scott C. Allan

Enclosure

cc:    Michael A. Lee, Esq. (via email only)
       John Clark (via email only)

---

[2] *Compare* 18 U.S.C. § 923(d)(1)(B) stating that an application for an FFL will be approved if "the applicant (including, in the case of a corporation, partnership, or association, any individual possessing, directly or indirectly, the power to direct or cause the direction of the management and policies of the corporation, partnership, or association) is not prohibited from transporting, shipping, or receiving firearms or ammunition in interstate or foreign commerce under section 922(g) and (n) of this chapter," *with id.* § 923(d)(1)(C), stating that an application will be approved if "the applicant has not willfully violated any of the provisions of this chapter or regulations issued thereunder," without containing any reference to individuals associated with an entity, such as a limited liability company, that is the applicant for an FFL.

CHAMBERED CUSTOM FIREARMS-000007

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No 1140-0018

( ) 9-86-17243

**Application for Federal Firearms License**

(7) 9-86-17244

1. Applicant's Business/Activity is: ☐ Individual Owner *(Sole Proprietor)*  ☐ Partnership  ☐ Corporation  ☒ LLC
   ☐ Collector *(which can be an individual partnership/corporation or I LC)*  ☐ Other *(specify)* _____

2. Licensee Name *(Enter name of Owner/Sole Proprietor OR Partnership (include name of each partner) OR Corporation Name OR LLC Name)*

john lamontagne

| 3. Trade or Business Name(s), *if any*  chambered custom firearms | 4. Employer Identification Number  *(EIN), if any (see definition #17)* | 5. Name of County in which  Business Activity is Located  maricopa |
|---|---|---|

6. Business Activity Address *(RFD or Street Number, City, State,*
   *and ZIP Code) (NOTE: This address CANNOT be a P.O Box.)*
   520 n bullard suite 37
   goodyear az 85338

7. Mailing Address *(if different from address in item #6)*

8. Contact Numbers *(Include Area Code)*

   Business/Activity Phone _____          Fax Number _____
   Cell Phone [redacted]                             Business Email _____

9. Describe the specific activity applicant is engaged in or intends to engage in, which requires a Federal Firearms License *(sale of ammunition*
   *alone does not require a Federal Firearms License)*.
   firearms manufacturing and sales

10. Application is made for a license under 18 U.S.C. Chapter 44 as a: *(Place an "X" in the appropriate boxes). Multiple license types may be selected- see*
    *instruction #8. Submit the fee noted next to the box(es) with the application. Licenses are issued for a 3-year period  See instruction #5 for payment information).*

| Type | Description of License Type | Fee | |
|---|---|---|---|
| 01 | Dealer in Firearms Other than Destructive Devices *(Includes: rifles, shotguns, pistols, revolvers, gunsmith activities, and National Firearms Act (NFA) weapons) (see instruction #10)* | $200 | ☒ |
| 02 | Pawnbroker in Firearms Other than Destructive Devices *(Includes: rifles, shotguns, pistols, revolvers, gunsmith activities, and National Firearms Act (NFA) weapons) (see instruction #10)* | $200 | ☐ |
| 03 | Collector of Curios and Relics *(NOTE: This is not a license to conduct business, see instruction #8)* | $30 | ☐ |
| 06 | Manufacturer of Ammunition for Firearms Other Than Ammunition for Destructive Devices or Armor Piercing Ammunition *(see instruction #11)* | $30 | ☐ |
| 07 | Manufacturer of Firearms Other than Destructive Devices *(see instruction #11)* | $150 | ☒ |
| 08 | Importer of Firearms Other than Destructive Devices or Ammunition for Firearms Other than Destructive Devices, or Ammunition Other than Armor Piercing Ammunition *(NOTE: Importer of handguns and rifles, see instruction #9)* | $150 | ☐ |
| 09 | Dealer in Destructive Devices *(see instruction #10)* | $3000 | ☐ |
| 10 | Manufacturer of Destructive Devices, Ammunition for Destructive Devices, or Armor Piercing Ammunition *(see instruction #11)* | $3000 | ☐ |
| 11 | Importer of Destructive Devices, Ammunition for Destructive Devices, or Armor Piercing Ammunition *(see instruction #9)* | $3000 | ☐ |
| | | **Total Fees** | $0 |

11. **Method of Payment** *(Check one)*

    ☐ Check *(Enclosed)* ☐ Cashier's Check or Money Order *(Enclosed)* ☐ Visa  ☐ Mastercard ☐ American Express  ☐ Discover ☐ Diner's Club

| Credit/Debit Card Number *(No dashes)* | Name as Printed on Your Credit/Debit Card | Expiration Date *(MM YY)* |
|---|---|---|

| Credit/Debit Card Billing Address: | Address: | | |
|---|---|---|---|
| | City: | State | ZIP Code: |

**Please complete to ensure payment is credited to the correct application:**

| I am paying the application fee for the following Person, Corporation, or Partnership: | **Total Application Fees:**  $ |
|---|---|

I authorize ATF to charge my Credit/Debit Card the above amount. Your credit/debit card will be charged the above stated amount upon receipt of
your application and a charge from "ATF Licensing Fee" will be reflected on your credit/debit card statement. In the event a license is NOT issued,
the above amount will be credited to the credit/debit card noted above.

Federal Firearms
Licensing Center

_____                                    MAR 0 8 2023                    _____
Signature of Cardholder                                                             Date

ATF Copy - Page 1

ATF Form 7(5310 12)/7CR(5310.16)
Revised October 2020

2

**CHAMBERED CUSTOM FIREARMS-000008**

12. Hours of Operation and/or Availability of Business/Activity *(please provide at least one hour in which you can be contacted by ATF personnel)*

| Hour(s): Please indicate AM or PM | Sun | Mon | Tues | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|---|
| | appointment only | appointment only | 1pm-4pm | 1pm-4pm | 1pm-4pm | 1pm-4pm | apptsintment only |

IF YOU ARE ONLY APPLYING FOR A TYPE 03 (COLLECTOR OF CURIOS OR RELICS) LICENSE, SKIP ITEMS 13–17 AND GO TO ITEM 18.
FOR ALL OTHER LICENSE TYPES, CONTINUE WITH ITEM 13.

13. Was the business obtained from someone else? *(If "Yes," please provide the name of the previous business and their FFL Number)*  ☐ Yes  ☐ No

_____
Name of Previous Business

_____
Federal Firearms License Number

14. Indicate type of business premises

Zoned Residential:
☐ Single Family Dwelling
☐ Condominium/Apartment
☐ Hotel/Motel
☐ Public Housing

Zoned Commercial:
☐ Store Front
☐ Office
☐ Rod & Gun Club
☐ Military Installation *(see instruction #13-additional information required)*
☑ Other *(specify)* industrial

15. Applicant's business premises is:

☐ Owned Premises  ☑ Rented/Leased Premises- provide name, telephone number, and address **of the property owner:**
☐ Military Installation

| collier | 2390 c camelback rd suite 100 |
| Name | Street Address |
| 602 822-5053 | phoenix az 85016 |
| Telephone Number *(with area code)* | City, State, and ZIP Code |

16. Do you intend to sell firearms at Gun Shows and/or conduct Internet sales?  ☐ Yes  ☐ No

17. Do you intend to use your license ONLY to acquire firearms to enhance your personal collection?  ☐ Yes  ☐ No

18. Name of Chief Law Enforcement Officer (CLEO) *(Please print the name of the CLEO to whom a copy of this application was provided. See instruction #4 and definition #1.)*

mcso paul penzone

19. Address of CLEO *(Include Number, Street, City, County, State, and ZIP Code)*

550 w jackson st
phoenix az 85009

county:
maricopa

**ATTENTION Chief Law Enforcement Officer (CLEO):** This form provides notification of a person's intent to apply for a Federal Firearms License (FFL). It requires no action on your part. However, should you have information that may disqualify the person from obtaining a Federal Firearms License, please contact the Federal Firearms Licensing Center toll free at 1-866-662-2750. Issuance of an FFL in no way guarantees the business or activity is not in violation of State and/or local law.

20. **Applicant Certification** *(Please read **AND INITIAL** each box)*

☐ jl  a. The business/activity to be conducted under the Federal Firearms License is not prohibited by State or local law at the premises shown in item 6. This includes compliance with zoning ordinances. *(Please contact your local zoning department PRIOR TO submitting application)*

☐ jl  b. Within 30 days after the application is approved, the business/activity will comply with the requirements of State and local law applicable to the conduct of the business/activity.

☐ jl  c. Business/activity will not be conducted under the requirements of State and local law applicable to the business/activity have been met.

☐ jl  d. A completed copy of this application has been sent *(mailed or delivered)* to the Chief Law Enforcement Officer (CLEO) of the locality in which the premises listed in item 6 is located *(see instruction #4 and definition #1).*

☐ jl  e. As required by 18 U.S.C. 923 (d)(1)(G), I certify that secure gun storage or safety devices will be available at any place in which firearms are sold under this Federal Firearms License to persons who are not licensees. *(See definition #4) (If applying for a Type 03, Collector of Curios and Relics License ONLY, write "N/A" instead of initialing this certification box.)*

☐ jl  f. Part B of this application has been completed and will be submitted for **EACH** responsible person (RP) *(See definition #3)*

21. Certification: Under the penalties imposed by 18 U.S.C. 924, I declare that I have examined this application in its entirety and the documents submitted in support thereof and to the best of my knowledge and belief, they are true, correct, and complete. This signature, when presented by a duly authorized representative of the U.S. Department of Justice, will constitute consent and authority for the appropriate U.S. Department of Justice representative to examine and obtain copies and abstracts of records and to receive statements and information regarding the background of the applicant. Specifically, I hereby authorize the release of the following data or records to ATF: Military information/records, medical information/records, police and criminal records. This certification must be signed by a Responsible Person *(see instruction #2 and definition #3).*

| john emile lamontagne | | 02/23/2023 |
| Print Applicant Name *(First, Middle, Last)* | Applicant Signature | Date |

Check Application Status (For ATF Use Only)  ☐ Approved  ☐ Abandoned  ☐ Withdrawn  ☐ Denied  Reason for Denial:

Signature of Licensing Official: _____  Date: _____

ATF Form 7(5310.12)/7CR(5310.16)
Revised October 2020

CHAMBERED CUSTOM FIREARMS-000009

**Part B - Responsible Person Questionnaire**

1. EACH RESPONSIBLE PERSON MUST COMPLETE AND SIGN A SEPARATE QUESTIONNAIRE/ATF Form 7/7CR Part B. In the future, if you need to add an additional Responsible Person (RP) to your FFL, the RP being added may complete this Part B-Responsible Person Questionnaire. If adding a RP to an existing license, be sure to include a signed written request from an existing RP on the license, giving permission to add the new Reponsible Person (see instruction #7).
2. Issuance of your license or addition as a Responsible Person will be delayed if Part B is incomplete or otherwise improperly prepared.
3. IMPORTANT! All new responsible persons must submit a properly prepared FD-258 (Fingerprint Card) with this questionnaire The fingerprints must be clear for accurate classification and taken by someone properly equipped to take them. The FD-258 should include "WVATF1100 ATF-FFLC, MARTINSBURG, WV" in the ORI block to facilitate processing of fingerprints.
4. LIST any given, married, and maiden names in Item 4, e.g., "Mary Alice (Smith) Jones," not "Mrs. John Jones." (If additional space is needed, attach a separate sheet. See instruction #1)

| 1. License or Applicant Name (From block 2 of Part A) | 2. Federal Firearms License Number (If being added to an existing FFL) |
|---|---|
| chambered custom firearms | |

| 3. Name of Responsible Person (Last, First, Middle) | 4. Aliases (Include given, married, maiden names) | 5. Position/Title |
|---|---|---|
| lamontagne john emile | | owner |

| 6. Social Security Number | 7. Date of Birth (MM/DD/YYYY) | 8. Place of Birth (City & State OR foreign country) |
|---|---|---|
| ▉ | 1971 | ▉ |

9. Current Residence Address
▉
buckeye az ▉

10. Telephone Number (Personal Contact # with Area Code)

11. E-mail Address

| 12. Previous Address(es) - Please provide every address you have had in the last five years and dates which you lived at the address(es) (If additional space is needed attach a separate sheet. See instruction #1) | 13. Sex<br>☑ Male<br>☐ Female<br>☐ Non-Binary | 14. Height<br>6 Feet<br>0 Inches | 15. Weight<br>235<br>(lbs) | 16. Eye Color<br>☐ Black<br>☑ Blue<br>☐ Brown<br>☐ Gray<br>☐ Green<br>☐ Hazel<br>☐ Maroon<br>☐ Multiple<br>☐ Pink<br>☐ Other | 17. Hair Color<br>☑ Bald<br>☐ Black<br>☐ Blond<br>☐ Brown<br>☐ Gray<br>☐ Red<br>☐ Sandy<br>☐ White<br>☐ Other |
|---|---|---|---|---|---|
| | 18. Ethnicity<br>Hispanic or Latino ☐ Yes ☑ No<br>19. Race (Please check one or more boxes)<br>☐ American Indian or Alaska Native<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ Asian ☑ White | | | | |

| For the following questions give full details on a separate sheet for all "Yes" answers (see instruction #1) | Yes | No |
|---|---|---|
| 20. Have you ever held a Federal Firearms License? (If so, please include FFL#)   9-86-013-07-4a-07852 | ✔ | |
| 21. Have you ever been a Responsible Person on a Federal Firearms License? (If so, please include FFL#) | | ✔ |
| 22. Have you ever been an officer in a corporation holding a Federal Firearms License? (If so, please include FFL#)   9-86-013-07-4a-07852 | ✔ | |
| 23. Have you ever been an employee of a Federal Firearms Licensee? | | ✔ |
| 24. Have you ever been denied a Federal Firearms License? | | ✔ |
| 25. Have you ever had a Federal Firearms License revoked? | | ✔ |
| 26. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year, or are you a current member of the military who has been charged with violation(s) of the Uniform Code of Military Justice and whose charge(s) have been referred to a general court-martial? (See definition #10) | | ✔ |
| 27. Have you ever been convicted in any court, including a military court, for a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? (See definition #10) | | ✔ |
| 28. Are you a fugitive from justice? (See definition #11) | | ✔ |
| 29. Are you under 21 years of age? | | ✔ |
| 30. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? Warning: The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside. | | ✔ |
| 31. Have you ever been adjudicated as a mental defective OR have you ever been committed to a mental institution? (See definitions #12 and #13) | | ✔ |
| 32. Have you been discharged from the Armed Forces under dishonorable conditions? | | ✔ |
| 33. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? (See definition #5) | | ✔ |
| 34. Have you ever been convicted in any court of a misdemeanor crime of domestic violence? (See definition #7) | | ✔ |

ATF Copy - Page 3

MAR 0 8 2023

ATF Form 7(5310.12)/7CR(5310.16)
Revised October 2020

35. Country of Citizenship: *(Check List more than one, if applicable. Nationals of the United States may check U.S.A.)*

☑ United States of America    ☐ Other Country Countries *(specify):* _____

|  | Yes | No |
|---|---|---|
| 36. Have you ever renounced your United States citizenship? |  | ✔ |
| 37. Are you an alien illegally or unlawfully in the United States? |  | ✔ |
| 38. a. Are you an alien who has been admitted to the United States under a nonimmigrant visa? *(See definition #8)* |  | ✔ |
| b. If you are such an alien, do you fall within any of the exceptions stated in definition #9? Attach supporting documentation to the application. *(U.S. citizens nationals leave 38b blank)* |  |  |

39. If you are an alien, record your U.S.-Issued Alien or Admission number *(AR#, USCIS#, or 194#)*: _____

40. Under the penalties imposed by 18 U.S.C. § 924 and 1001, I declare that I have examined any related documents submitted in regard to this questionnaire/ATF Form 7/7CR Part B, and to the best of my knowledge and belief, they are true, correct and complete. This signature, when presented by a duly authorized representative of the U.S. Department of Justice, will constitute consent and authority for the appropriate U.S. Department of Justice representative to examine and obtain copies and abstracts of records and to receive statements and information regarding my background. Specifically, I hereby authorize the release of the following data or records to ATF: Military information/records, medical information records, police and criminal records.

| Signature | Printed Name | Date |
|---|---|---|
| | john lamontagne | 2 13 2023 |

## EACH RESPONSIBLE PERSON MUST COMPLETE AND SIGN A SEPARATE QUESTIONNAIRE/ATF FORM 7/7CR PART B



3. On back of photograph print full name, last 4 of SSN, and business address.

john emile lamontagne

**Print Full Name**

**If applying for a NEW FFL:**
Mail application, fingerprint cards, photographs, and application fees, including a separate questionnaire/Part B for **EACH** Responsible Person, to:

Federal Firearms Licensing Center
P.O. Box 6200-20
Portland, OR 97228-6200

**If only adding a RP to an existing FFL:**
Each Responsible Person being added must complete a separate questionnaire ATF Form 7 7CR Part B and mail it, along with their fingerprint card and photograph, to: ATF, Attn: FFLC, 244 Needy Rd, Martinsburg, WV 25405. Each questionnaire must be accompanied by a signed written request from a current/existing RP on the license, giving permission to add the Responsible Person

**Type 03 Applicants:**
A photograph and fingerprint card are not required if you are applying for a Type 03 Collector of Curios and Relics license only.

**Questions:**
If you have any questions relating to this form, please contact the ATF Federal Firearms Licensing Center at 1-866-662-2750, or your local ATF Industry Operations Office.

## Paperwork Reduction Act Notice

This request is in accordance with the Paperwork Reduction Act of 1995. The information collection is used to determine the eligibility of the applicant to engage in certain operations, to determine the location and extent of operations, and to determine whether the operations will be in conformity with Federal laws and regulations. The information requested is required in order to obtain or retain a benefit and is mandatory by statute *(18 U.S.C. § 923)*.

The estimated average burden associated with this collection of information is 60 minutes per respondent or recordkeeper, depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to Reports Management Officer, Resource Management Staff, Bureau of Alcohol, Tobacco, Firearms and Explosives, Washington, DC 20226.

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

ATF Copy - Page 4

ATF Form 7(5310.12)/7CR(5310.16)
Revised October 2020

ATF FFLC                    Lockbox: GLX-620020    Ledger Date  03/03/2023



MAR 0 8 2023

| Batch | Item | TID | Batch Total | Amount |
|---|---|---|---|---|
| 6 | 2 | Y-3587002 | $330.00 | $300.00 |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | U.S. DEPARTMENT OF JUSTICE |
| IN THE MATTER OF THE | * | BUREAU OF ALCOHOL, TOBACCO, |
| NOTICE TO DENY APPLICATION | * | FIREARMS AND EXPLOSIVES |
| FOR LICENSE ISSUED TO: | * | |
| | * | PHOENIX FIELD DIVISION |
| CHAMBERED CUSTOM FIREARMS | * | |
| LLC | * | |
| DBA CHAMBERED CUSTOM | * | |
| FIREARMS / CHAMBERED CF | * | |
| 520 N. BULLARD, STE 37 | * | |
| GOODYEAR, AZ 85338 | * | |
| FFL#: 9-86-013-07-PA-17244 | | |

## NOTICE OF HEARING

JOHN EMILE LAMONTAGNE
520 N. BULLARD, STE 37
GOODYEAR, AZ 85338
FFL#: 9-86-013-07-PA-17244

Dear Licensee:

On August 10, 2023, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) issued a Notice to Deny Application for License, ATF E-Form 5300.43 (4498) to Chambered Custom Firearms LLC dba Chambered Custom Firearms / Chambered CF, 520 N Bullard, STE 37 Goodyear, AZ 85338.

On August 23, 2023, ATF timely received a formal written request for a hearing on the Notice To Deny Application For License from Licensee's legal representation.

Therefore, notice is given that on **Wednesday, October 11, 2023, at 10:00 am,** a hearing on the matter will be conducted at **40 North Central Avenue, Suite 1000, Phoenix, AZ 85004,** before the undersigned in accordance with the provisions of Title 18, United States Code, Section 923(f) and Title 27, Code of Federal Regulations, Part 478, Subpart E. As provided in 27 C.F.R. § 478.76, an applicant or licensee may be represented at a hearing. Further, an applicant or licensee may submit relevant evidence and have witnesses appear on its behalf.

All persons attending the hearing must bring a form of state or federally issued identification (e.g., driver's license or passport) for entry. Additionally, all persons attending the hearing are prohibited from bringing firearms, explosives, or other dangerous weapons into the federal building where the hearing is to occur or onto federal property. *See* 18 U.S.C. § 930; 41 C.F.R. § 102-74, Subpart C.

In advance of a hearing, ATF will identify the documents it intends to use as evidence and requests that you do the same. Additionally, please complete the enclosed Hearing Confirmation postmarked within five business days and return it to the following address:

CHAMBERED CUSTOM FIREARMS-000013

Kris Babcock
Director, Industry Operations
Phoenix Field Division
Bureau of Alcohol, Tobacco, Firearms and Explosives
40 North Central Avenue, Suite 1000
Phoenix, AZ  85004

The Hearing Confirmation may also be e-mailed to Kristina.Babcock@atf.gov.

If there is an emergency delay on the day of the hearing, please contact Phoenix Field Division's
Division Counsel Michael Lee at either 602-527-7583.

Issued this 5th day of September, 2023.

KRISTINA BABCOCK
Digitally signed by KRISTINA BABCOCK
Date: 2023.09.05 10:34:18 -07'00'

Kris Babcock
Director, Industry Operations
Phoenix Field Division

Enclosure

cc:  Renzulli Law Firm LLP
Attn:  Scott Allan
One North Broadway, Suite 1005
White Plains, NY  10601

Chambered Custom Firearms LLC
FFL# 9-86-013-07-PA-17244

To:    Director, Industry Operations
       ATTN: Kris Babcock
       Phoenix Field Division
       40 North Central Avenue, Suite 1000
       Phoenix, AZ 85004

       Kristina.Babcock@atf.gov

### HEARING CONFIRMATION

I hereby confirm that the hearing on the Notice to Revoke or Suspend License and/or Impose a Civil Fine will be held at **10:00 am** on **Wednesday, October 11, 2023, at 40 North Central Avenue, Suite 1000, Phoenix, AZ 85004**.

I anticipate that the following persons will attend the hearing as my representative(s) or witness(es).

_____

_____

_____

_____

_____

I understand that if I fail to appear for the hearing as scheduled, the hearing will occur in my absence.

_____          Date:_____
NAME

**CHAMBERED CUSTOM FIREARMS-000015**





| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | U.S. DEPARTMENT OF JUSTICE |
| IN THE MATTER OF THE | * | BUREAU OF ALCOHOL, TOBACCO, |
| NOTICE TO DENY APPLICATION | * | FIREARMS AND EXPLOSIVES |
| FOR LICENSE ISSUED TO: | * | |
| | * | PHOENIX FIELD DIVISION |
| CHAMBERED CUSTOM FIREARMS | * | |
| LLC | * | |
| DBA CHAMBERED CUSTOM | * | |
| FIREARMS / CHAMBERED CF | * | |
| 520 N. BULLARD, STE 37 | * | |
| GOODYEAR, AZ  85338 | * | |
| FFL#:  9-86-013-07-PA-17244 | | |

<u>**AMENDED NOTICE OF HEARING**</u>

JOHN EMILE LAMONTAGNE
520 N. BULLARD, STE 37
GOODYEAR, AZ  85338
FFL#:  9-86-013-07-PA-17244

Mr. Lamontagne:

On August 10, 2023, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) issued a Notice to Deny Application for License, ATF E-Form 5300.43 (4498) to Chambered Custom Firearms LLC dba Chambered Custom Firearms / Chambered CF, 520 N Bullard, STE 37 Goodyear, AZ  85338.

On August 23, 2023, ATF timely received a formal written request for a hearing on the Notice To Deny Application For License from Licensee's legal representation.

Therefore, notice is given that on **Thursday, October 19, 2023, at 9:00 am**, a hearing on the matter will be conducted at **40 North Central Avenue, Suite 1000, Phoenix, AZ  85004,** before the undersigned in accordance with the provisions of Title 18, United States Code, Section 923(f) and Title 27, Code of Federal Regulations, Part 478, Subpart E.   As provided in 27 C.F.R. § 478.76, an applicant or licensee may be represented at a hearing, including these remote hearings.  Further, an applicant or licensee may submit relevant evidence and have witnesses appear on its behalf.

All persons attending the hearing must bring a form of state or federally issued identification (e.g., driver's license or passport) for entry.  Additionally, all persons attending the hearing are prohibited from bringing firearms, explosives, or other dangerous weapons into the federal building where the hearing is to occur or onto federal property.  *See* 18 U.S.C. § 930; 41 C.F.R. § 102-74, Subpart C.  If anyone will attend via Video Conferencing, specifically Microsoft Teams, please indicate their name and email address on the hearing confirmation form.  ATF will do a trial run prior to the hearing to try to work through any technical issues.

In advance of a hearing, ATF will identify the documents it intends to use as evidence and requests that you do the same.  Additionally, please complete the enclosed Hearing Confirmation postmarked within five business days and return it to the following address:

**CHAMBERED CUSTOM FIREARMS-000017**

Kris Babcock
Director, Industry Operations
Phoenix Field Division
Bureau of Alcohol, Tobacco, Firearms and Explosives
40 North Central Avenue, Suite 1000
Phoenix, AZ  85004

The Hearing Confirmation may also be e-mailed to Kristina.Babcock@atf.gov.

If there is an emergency delay on the day of the hearing, please contact Phoenix Field Division's
Division Counsel Michael Lee at 602-527-7583.

Issued this 11th day of October, 2023.

**KRISTINA BABCOCK** Digitally signed by KRISTINA BABCOCK
Date: 2023.10.11 15:39:05 -07'00'

Kris Babcock
Director, Industry Operations
Phoenix Field Division

Enclosure

cc:  Renzulli Law Firm LLP
Attn:  Scott Allan
One North Broadway, Suite 1005
White Plains, NY  10601

CHAMBERED CUSTOM FIREARMS-000018

Chambered Custom Firearms LLC
FFL# 9-86-013-07-PA-17244

To:    Director, Industry Operations
       ATTN: Kris Babcock
       Phoenix Field Division
       40 North Central Avenue, Suite 1000
       Phoenix, AZ 85004

       Kristina.Babcock@atf.gov

## <u>HEARING CONFIRMATION</u>

I hereby confirm that the hearing on the Notice to Revoke or Suspend License and/or Impose a Civil Fine will be held at **9:00 am** on **Thursday, October 19, 2023, at 40 North Central Avenue, Suite 1000, Phoenix, AZ 85004**.

I anticipate that the following persons will attend the hearing as my representative(s) or witness(es).

_____

_____

_____

_____

_____

I understand that if I fail to appear for the hearing as scheduled, the hearing will occur in my absence.

_____    Date:_____
NAME

CHAMBERED CUSTOM FIREARMS-000019



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

244 Needy Road, Martinsburg, WV  25405

*901020*
*5300*
www.atf.gov

**MEMO TO:** Brett Vickers, AREA SUPERVISOR– Phoenix III

**FROM:** FFLC EXAMINER – Dustin Mattingly

**DATE:** **3/14/23**

**SUBJECT:** FFL NUMBER – 9-86-17243, 17244                    Chambered Custom Firearms

The attached application for Federal Firearms License was received in the Federal Firearms Licensing Center.  Required documentation as reflected below was not included.  Please obtain the requested additional documentation, as indicated and/or have the applicable and appropriate corrections made as indicated.  Please ensure all documents are included with the applicable ATF Form 5700.14, Assignment and Report, and that any amendments/corrections are clearly identified in item 11, ATF Officer's Recommendation:  Please return this original application to us.

New Type 01, 07 Application:

○ Please verify applicant needs both licenses, as they would need to submit an additional $50 payment if they need both.
○ Please have the applicant initial any changes/additions to the application.

**CHAMBERED CUSTOM FIREARMS-000020**

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No 1140-0018

(1) 9-86-17243

## Application for Federal Firearms License

(7) 9-86-17244

1. Applicant's Business/Activity is:  ☐ Individual Owner *(Sole Proprietor)*  ☐ Partnership  ☐ Corporation  ☒ LLC
   ☐ Collector *(which can be an individual partnership/corporation or I LC)*  ☐ Other (specify) _____

2. Licensee Name *(Enter name of Owner/Sole Proprietor OR Partnership (include name of each partner) OR Corporation Name OR LLC Name)*
   john lamontagne

| 3. Trade or Business Name(s), *if any*<br><br>chambered custom firearms | 4. Employer Identification Number *(EIN), if any (see definition #17)* | 5. Name of County in which Business Activity is Located<br>maricopa |
|---|---|---|

| 6. Business Activity Address *(RFD or Street Number, City, State, and ZIP Code) (NOTE: This address CANNOT be a P.O. Box.)*<br>520 n bullard suite 37<br>goodyear az 85338 | 7. Mailing Address *(if different from address in item #6)* |
|---|---|

8. Contact Numbers *(Include Area Code)*

   Business/Activity Phone _____   Fax Number _____
   Cell Phone [ ]   Business Email _____

9. Describe the specific activity applicant is engaged in or intends to engage in, which requires a Federal Firearms License *(sale of ammunition alone does not require a Federal Firearms License)*.
   firearms manufacturing and sales

10. Application is made for a license under 18 U.S.C. Chapter 44 as a: *(Place an "X" in the appropriate box(es). Multiple license types may be selected- see instruction #8. Submit the fee noted next to the box(es) with the application. Licenses are issued for a 3-year period See instruction #5 for payment information).*

| Type | Description of License Type | Fee | |
|---|---|---|---|
| 01 | Dealer in Firearms Other than Destructive Devices *(Includes: rifles, shotguns, pistols, revolvers, gunsmith activities, and National Firearms Act (NFA) weapons) (see instruction #10)* | $200 | ☒ |
| 02 | Pawnbroker in Firearms Other than Destructive Devices *(Includes: rifles, shotguns, pistols, revolvers, gunsmith activities, and National Firearms Act (NFA) weapons) (see instruction #10)* | $200 | ☐ |
| 03 | Collector of Curios and Relics *(NOTE: This is not a license to conduct business, see instruction #8)* | $30 | ☐ |
| 06 | Manufacturer of Ammunition for Firearms Other Than Ammunition for Destructive Devices or Armor Piercing Ammunition *(see instruction #11)* | $30 | ☐ |
| 07 | Manufacturer of Firearms Other than Destructive Devices *(see instruction #11)* | $150 | ☒ |
| 08 | Importer of Firearms Other than Destructive Devices or Ammunition for Firearms Other than Destructive Devices, or Ammunition Other than Armor Piercing Ammunition *(NOTE: Importer of handguns and rifles, see instruction #9)* | $150 | ☐ |
| 09 | Dealer in Destructive Devices *(see instruction #10)* | $3000 | ☐ |
| 10 | Manufacturer of Destructive Devices, Ammunition for Destructive Devices, or Armor Piercing Ammunition *(see instruction #11)* | $3000 | ☐ |
| 11 | Importer of Destructive Devices, Ammunition for Destructive Devices, or Armor Piercing Ammunition *(see instruction #9)* | $3000 | ☐ |
| | | **Total Fees** | $0 |

11. Method of Payment *(Check one)*

☐ Check *(Enclosed)* ☐ Cashier's Check or Money Order *(Enclosed)* ☐ Visa  ☐ Mastercard ☐ American Express  ☐ Discover ☐ Diner's Club

| Credit/Debit Card Number *(No dashes)* | Name as Printed on Your Credit/Debit Card | Expiration Date *(MM YY)* |
|---|---|---|

| Credit/Debit Card Billing Address: | Address: | | |
|---|---|---|---|
| | City: | State | ZIP Code: |

Please complete to ensure payment is credited to the correct application:

| I am paying the application fee for the following Person, Corporation, or Partnership: | Total Application Fees:<br>$ |
|---|---|

I authorize ATF to charge my Credit/Debit Card the above amount. Your credit/debit card will be charged the above stated amount upon receipt of your application and a charge from "ATF Licensing Fee" will be reflected on your credit/debit card statement. In the event a license is NOT issued, the above amount will be credited to the credit/debit card noted above.

Federal Firearms Licensing Center

_____
Signature of Cardholder

MAR 0 8 2023

_____
Date
ATF Form 7(5310 12)/7CR(5310.16)
Revised October 2020

ATF Copy - Page 1

2

**12. Hours of Operation and/or Availability of Business/Activity** *(please provide at least one hour in which you can be contacted by ATF personnel)*

| Hour(s):<br>Please indicate<br>AM or PM | Sun | Mon | Tues | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|---|
| | appointment only | appointment only | 1pm-4pm | 1pm-4pm | 1pm-4pm | 1pm-4pm | appointment only |

IF YOU ARE ONLY APPLYING FOR A TYPE 03 (COLLECTOR OF CURIOS AND RELICS) LICENSE, SKIP ITEMS 13-17 AND GO TO ITEM 18.
FOR ALL OTHER LICENSE TYPES, CONTINUE WITH ITEM 13.

**13.** Was the business obtained from someone else? *(If "Yes," please provide the name of the previous business and their FFL Number)*  ☐ Yes  ☐ No

Name of Previous Business

Federal Firearms License Number

**14.** Indicate type of business premises

Zoned Residential:
☐ Single Family Dwelling
☐ Condominium/Apartment
☐ Hotel/Motel
☐ Public Housing

Zoned Commercial:
☐ Store Front
☐ Office
☐ Rod & Gun Club
☐ Military Installation *(see instruction #13-additional information required)*
☑ Other *(specify)* industrial

**15.** Applicant's business premises is:

☐ Owned Premises
☐ Military Installation
☑ Rented/Leased Premises- provide name, telephone number, and address **of the property owner:**

collier
_____
Name

602 822-5053
_____
Telephone Number *(with area code)*

2390 e camelback rd suite 100
_____
Street Address

phoenix az 85016
_____
City, State, and ZIP Code

**16.** Do you intend to sell firearms at Gun Shows and/or conduct Internet sales?  ☐ Yes  ☐ No

**17.** Do you intend to use your license ONLY to acquire firearms to enhance your personal collection?  ☐ Yes  ☐ No

**18. Name of Chief Law Enforcement Officer** *(CLEO) (Please print the name of the CLEO to whom a copy of this application was provided. See instruction #4 and definition #1.)*

mcso paul penzone

**19. Address of CLEO** *(Include Number, Street, City, County, State, and ZIP Code)*

550 w jackson st
phoenix az 85009

county:
maricopa

**ATTENTION Chief Law Enforcement Officer (CLEO):** This form provides notification of a person's intent to apply for a Federal Firearms License (FFL). It requires no action on your part. However, should you have information that may disqualify the person from obtaining a Federal Firearms License, please contact the Federal Firearms Licensing Center toll free at 1-866-662-2750. Issuance of an FFL in no way guarantees the business or activity is not in violation of State and/or local law.

**20. Applicant Certification** *(Please read AND INITIAL each box)*

jl — a. The business/activity to be conducted under the Federal Firearms License is not prohibited by State or local law at the premises shown in item 6. This includes compliance with zoning ordinances. *(Please contact your local zoning department PRIOR TO submitting application)*

jl — b. Within 30 days after the application is approved, the business/activity will comply with the requirements of State and local law applicable to the conduct of the business/activity.

jl — c. Business/activity will not be conducted under the license until the requirements of State and local law applicable to the business/activity have been met.

jl — d. A completed copy of this application has been sent *(mailed or delivered)* to the Chief Law Enforcement Officer (CLEO) of the locality in which the premises listed in item 6 is located *(see instruction #4 and definition #1).*

jl — e. As required by 18 U.S.C. 923 (d)(1)(G), I certify that secure gun storage or safety devices will be available at any place in which firearms are sold under this Federal Firearms License to persons who are not licensees. *(See definition #4) (If applying for a Type 03, Collector of Curios and Relics License ONLY, write "NA" instead of initialing this certification box.)*

jl — f. Part B of this application has been completed and will be submitted for EACH responsible person (RP) *(See definition #3)*

**21.** Certification: Under the penalties imposed by 18 U.S.C. 924, I declare that I have examined this application in its entirety and the documents submitted in support thereof and to the best of my knowledge and belief, they are true, correct, and complete. This signature, when presented by a duly authorized representative of the U.S. Department of Justice, will constitute consent and authority for the appropriate U.S. Department of Justice representative to examine and obtain copies and abstracts of records and to receive statements and information regarding the background of the applicant. Specifically, I hereby authorize the release of the following data or records to ATF: Military information/records, medical information/records, police and criminal records. This certification must be signed by a Responsible Person *(see instruction #2 and definition #3).*

| john emile lamontagne | | 02/23/2023 |
|---|---|---|
| Print Applicant Name *(First, Middle, Last)* | Applicant Signature | Date |

| **Check Application Status (For ATF Use Only)** | ☐ Approved | ☐ Abandoned | ☐ Withdrawn | ☐ Denied | Reason for Denial: |
|---|---|---|---|---|---|

Signature of Licensing Official:                                    Date:

ATF Copy - Page 2

ATF Form 7(5310.12)/7CR(5310.16)
Revised October 2020

CHAMBERED CUSTOM FIREARMS-000022

**Part B - Responsible Person Questionnaire**

1. EACH RESPONSIBLE PERSON MUST COMPLETE AND SIGN A SEPARATE QUESTIONNAIRE/ATF Form 7/7CR Part B. In the future, if you need to add an additional Responsible Person *(RP)* to your FFL, the RP being added may complete this Part B-Responsible Person Questionnaire. If adding a RP to an existing license, be sure to include a signed written request from an existing RP on the license, giving permission to add the new Reponsible Person *(see Instruction #7)*.
2. Issuance of your license or addition as a Responsible Person will be delayed if Part B is incomplete or otherwise improperly prepared.
3. IMPORTANT! All new responsible persons must submit a properly prepared FD-258 *(Fingerprint Card)* with this questionnaire. The fingerprints must be clear for accurate classification and taken by someone properly equipped to take them. The FD-258 should include "WVATF1100 ATF-FFLC, MARTINSBURG, WV" in the ORI block to facilitate processing of fingerprints.
4. LIST any given, married, and maiden names in Item 4. e.g., "Mary Alice (Smith) Jones," not "Mrs. John Jones." (If additional space is needed, attach a separate sheet. See instruction #1)

| 1. License or Applicant Name *(From block 2 of Part A)* <br> chambered custom firearms | 2. Federal Firearms License Number *(If being added to an existing FFL)* |
|---|---|

| 3. Name of Responsible Person *(Last, First, Middle)* <br> lamontagne john emile | 4. Aliases *(Include given, married, maiden names)* | 5. Position/Title <br> owner |
|---|---|---|

| 6. Social Security Number | 7. Date of Birth *(MM/DD/YYYY)* <br> 1971 | 8. Place of Birth *(City & State OR foreign country)* |
|---|---|---|

| 9. Current Residence Address <br> buckeye az | 10. Telephone Number *(Personal Contact # with Area Code)* |
|---|---|
| | 11. E-mail Address |

| 12. Previous Address(es) - Please provide every address you have had in the last five years and dates which you lived at the address(es) *(If additional space is needed attach a separate sheet. See instruction #1)* | 13. Sex <br> ☑ Male <br> ☐ Female <br> ☐ Non-Binary | 14. Height <br> 6 Feet <br> 0 Inches | 15. Weight <br> 235 (lbs) | 16. Eye Color <br> ☐ Black <br> ☑ Blue <br> ☐ Brown <br> ☐ Gray <br> ☐ Green <br> ☐ Hazel <br> ☐ Maroon <br> ☐ Multiple <br> ☐ Pink <br> ☐ Other | 17. Hair Color <br> ☑ Bald <br> ☐ Black <br> ☐ Blond <br> ☐ Brown <br> ☐ Gray <br> ☐ Red <br> ☐ Sandy <br> ☐ White <br> ☐ Other |
|---|---|---|---|---|---|
| | 18. Ethnicity <br> Hispanic or Latino ☐ Yes ☑ No <br> 19. Race *(Please check one or more boxes)* <br> ☐ American Indian or Alaska Native <br> ☐ Black or African American <br> ☐ Native Hawaiian or Other Pacific Islander <br> ☐ Asian ☑ White | | | | |

| For the following questions give full details on a separate sheet for all "Yes" answers *(see instruction #1)* | Yes | No |
|---|---|---|
| 20. Have you ever held a Federal Firearms License? *(If so, please include FFL#)* 9-86-013-07-4a-07852 | ✓ | |
| 21. Have you ever been a Responsible Person on a Federal Firearms License? *(If so, please include FFL#)* | | ✓ |
| 22. Have you ever been an officer in a corporation holding a Federal Firearms License? *(If so, please include FFL#)* 9-86-013-07-4a-07852 | ✓ | |
| 23. Have you ever been an employee of a Federal Firearms Licensee? | | ✓ |
| 24. Have you ever been denied a Federal Firearms License? | | ✓ |
| 25. Have you ever had a Federal Firearms License revoked? | | ✓ |
| 26. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year, or are you a current member of the military who has been charged with violation(s) of the Uniform Code of Military Justice and whose charge(s) have been referred to a general court-martial? *(See definition #10)* | | ✓ |
| 27. Have you ever been convicted in any court, including a military court, for a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See definition #10)* | | ✓ |
| 28. Are you a fugitive from justice? *(See definition #11)* | | ✓ |
| 29. Are you under 21 years of age? | | ✓ |
| 30. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning: The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside.** | | ✓ |
| 31. Have you ever been adjudicated as a mental defective OR have you ever been committed to a mental institution? *(See definitions #12 and #13)* | | ✓ |
| 32. Have you been discharged from the Armed Forces under **dishonorable** conditions? | | ✓ |
| 33. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See definition #5)* | | ✓ |
| 34. Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See definition #7)* | | ✓ |

ATF Copy - Page 3          MAR 0 8 2023          ATF Form 7(5310.12)/7CR(5310 16) Revised October 2020

35. Country of Citizenship: *(Check List more than one, if applicable. Nationals of the United States may check U.S.A.)*

☑ United States of America   ☐ Other Country Countries *(specify)*: _____

| | Yes | No |
|---|---|---|
| 36. Have you ever renounced your United States citizenship? | | ✓ |
| 37. Are you an alien illegally or unlawfully in the United States? | | ✓ |
| 38. a. Are you an alien who has been admitted to the United States under a nonimmigrant visa? *(See definition #8)* | | ✓ |
| b. If you are such an alien, do you fall within any of the exceptions stated in definition #9? Attach supporting documentation to the application. *(U.S. citizens nationals leave 38b blank)* | | |

39. If you are an alien, record your U.S.-Issued Alien or Admission number *(AR#, USCIS#, or I94#)*: _____

40. Under the penalties imposed by 18 U.S.C. § 924 and 1001, I declare that I have examined any related documents submitted in regard to this questionnaire/ATF Form 7/7CR Part B, and to the best of my knowledge and belief, they are true, correct and complete. This signature, when presented by a duly authorized representative of the U.S. Department of Justice, will constitute consent and authority for the appropriate U.S. Department of Justice representative to examine and obtain copies and abstracts of records and to receive statements and information regarding my background. Specifically, I hereby authorize the release of the following data or records to ATF: Military information/records, medical information records, police and criminal records.

| _____ | john lamontagne | 2 13 2023 |
|---|---|---|
| Signature | Printed Name | Date |

### EACH RESPONSIBLE PERSON MUST COMPLETE AND SIGN A SEPARATE QUESTIONNAIRE/ATF FORM 7/7CR PART B



3. On back of photograph print full name, last 4 of SSN. and business address.

john emile lamontagne
**Print Full Name**

**If applying for a NEW FFL:**
Mail application, fingerprint cards, photographs, and application fees, including a separate questionnaire/Part B for **EACH** Responsible Person, to:

Federal Firearms Licensing Center
P.O. Box 6200-20
Portland, OR 97228-6200

**If only adding a RP to an existing FFL:**
Each Responsible Person being added must complete a separate questionnaire-ATF Form 7/7CR Part B and mail it, along with their fingerprint card and photograph, to: ATF. Attn: FFLC, 244 Needy Rd, Martinsburg, WV 25405. Each questionnaire must be accompanied by a signed written request from a current/existing RP on the license, giving permission to add the Responsible Person.

**Type 03 Applicants:**
A photograph and fingerprint card are not required if you are applying for a Type 03 Collector of Curios and Relics license only.

**Questions:**
If you have any questions relating to this form, please contact the ATF Federal Firearms Licensing Center at 1-866-662-2750, or your local ATF Industry Operations Office.

### Paperwork Reduction Act Notice

This request is in accordance with the Paperwork Reduction Act of 1995. The information collection is used to determine the eligibility of the applicant to engage in certain operations, to determine the location and extent of operations, and to determine whether the operations will be in conformity with Federal laws and regulations. The information requested is required in order to obtain or retain a benefit and is mandatory by statute *(18 U.S.C. § 923)*.

The estimated average burden associated with this collection of information is 60 minutes per respondent or recordkeeper, depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to Reports Management Officer, Resource Management Staff, Bureau of Alcohol, Tobacco, Firearms and Explosives, Washington, DC 20226.

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

ATF Form 7(5310.12)/7CR(5310.16)
Revised October 2020

CHAMBERED CUSTOM FIREARMS-000024

ATF FFLC                    Lockbox: GLX-620020    Ledger Date  03/03/2023



MAR 0 8 2023

| Batch | Item | TID | Batch Total | Amount |
|-------|------|-----|-------------|--------|
| 6 | 2 | Y-3587002 | $330.00 | $300.00 |

CHAMBERED CUSTOM FIREARMS-000025

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Firearms Application**

Updated on 6/16/23

Application Received
03/08/2023

Due Date
05/04/2023

License Number
9-86-013-07-PA-17244

RDS Key:
9-86-17244

License Type
07 - Manufacturer of Firearms License

Business Type
Limited Liability Company (LLC)

Business Name
CHAMBERED CUSTOM FIREARMS LLC

Trade Name/DBA
CHAMBERED CUSTOM FIREARMS / CHAMBERED CF

EIN


**Contact Information**

**Premises Address**                                    **Mailing Address**

Premises Ownership Type
**Leased/Rented**                                       Same as Premises Address

Premises Location Type**Required**
| Other                                                             ⌄ |
|---|

Other**Required**
| Industrial |
|---|

Address
520 N BULLARD SUITE 37
Unit N/A
GOODYEAR, Arizona 85338
MARICOPA
United States

Phone Numbers
(Required)

| Phone Type | Phone Number | Remarks |
|---|---|---|
| Business | +1█████ | |

**Email**

| Email Address | Email Remarks |
|---|---|
| ████████ | |

**Online Presence**

| Type | URL | Remarks |
|---|---|---|
| No items | | |

**Business Hours**

Time Zone
**Arizona Time Zone**

| | |
|---|---|
| Sunday | |
| Monday | |
| Tuesday | 13:00 - 16:00 |
| Wednesday | 13:00 - 16:00 |
| Thursday | 13:00 - 16:00 |
| Friday | 13:00 - 16:00 |
| Saturday | |

**Closed Date Range**

| Start Date | End Date | Explanation of Closure |
|---|---|---|
| No Items | | |

CHAMBERED CUSTOM FIREARMS-000028

**License Details**

Describe specific activity applicant is engaged in, or intends to engage in, which
requires a FFL as provided on application in #9.
**Firearms manufacturing and sales.**

Was business obtained from someone else as provided on application in #13?
**No**

CHAMBERED CUSTOM FIREARMS-000029

**Responsible Person - JOHN EMILE LAMONTAGNE**

| | | | |
|---|---|---|---|
| Name<br>JOHN EMILE LAMONTAGNE | Gender<br>Male | Race<br>White | Ethnicity<br>Not Hispanic or Not Latino |
| Date of Birth<br>███71 | SSN<br>████████ | Job Title<br>OWNER | |

**Physical Identifiers**

| | |
|---|---|
| Height<br>5' 11" | Hair Color<br>Brown |
| Weight<br>250 lbs. | Eye Color<br>Blue |

**Place of Birth**

| | |
|---|---|
| Country<br>United States Of America | State<br>California |
| City<br>████ | |

**Home Address**

████████████
BUCKEYE, Arizona ████

United States

**Additional Names**

**Citizenship**

United States

**Government Issued ID**

| ID Type | Country | State | ID Number |
|---|---|---|---|
| Driver's License | United States | Arizona | ████████ |

**Phone Numbers**

| Phone Type | Phone Number | Remarks |
|---|---|---|
| Mobile | +1 ██████ | |

**Email**

| Address | Remarks |
|---|---|
| ████████████ | |

**Online Presence**

| Type | URL | Remarks |
|---|---|---|
| No items | | |

CHAMBERED CUSTOM FIREARMS-000030

**Responsible Person Signature**

Printed Name:                    Signature Date:                    Signature:

JOHN EMILE LAMONTAGNE            Friday, June 16, 2023

**CHAMBERED CUSTOM FIREARMS-000031**

For Official Use Only

**User ID:** **TMPENWELL**

**09/18/2018 10:43:22**

**License Number:** **9 86   013   07   1A   07852**

EIN: 471377258    Licensee Name:    CHAMBERED GROUP USA LLC

Business Name:    CG USA

| Premises Address | |
| --- | --- |

Street:    15605 W ROOSEVELT ST STE 113

City:    GOODYEAR          State: AZ    Zip Code: 85338

| Mailing Address | |
| --- | --- |

Street:    15605 W ROOSEVELT ST STE 113

City:    GOODYEAR          State: AZ    Zip Code: 85338

| Add Date | Change Date | Expiration Date | Inspection Date | Renewal Receive Date | Renewal Date |
| --- | --- | --- | --- | --- | --- |
| 12/01/2014 | 06/18/2018 | 01/01/2021 | 06/06/2018 | | 12/20/2017 |

Batch H18296FFLC03630 Scanned by Bryan Avey

Job - FFLC on Oct-23-2018

Batch H18296FFLC03630 Scanned by Bryan Avey

Job - FFLC on Oct-23-2018

CHAMBERED CUSTOM FIREARMS-000033



**CHAMBERED CUSTOM FIREARMS-000034**

1110-0046 3/1/2010

# FEDERAL BUREAU OF INVESTIGATION
## UNITED STATES DEPARTMENT OF JUSTICE
### CJIS DIVISION/CLARKSBURG, WV 26306

## APPLICANT

AVONDALE POLICE DEPARTMENT
RECORDS BUREAU
(623) 333-7002
11485 West Civic Center Drive
Avondale, AZ 85323

### 1. LOOP

CENTER OF LOOP

DELTA

THE LINES BETWEEN CENTER OF LOOP AND DELTA MUST SHOW

### 2. WHORL

DELTAS

THESE LINES RUNNING BETWEEN DELTAS MUST BE CLEAR

### 3. ARCH

ARCHES HAVE NO DELTAS

FD-258 (REV.3-1-10)

GPO: U.S. GOVERNMENT PRINTING OFFICE:
12/23/2011 10:14:25

**THIS CARD FOR USE BY:**

1. LAW ENFORCEMENT AGENCIES IN FINGERPRINTING APPLICANTS.
2. OFFICIALS OF STATE AND LOCAL GOVERNMENTS FOR PURPOSES OF EMPLOYMENT, LICENSING, AND PERMITS, AS AUTHORIZED BY STATE STATUTES AND APPROVED BY THE ATTORNEY GENERAL OF THE UNITED STSTES. LOCAL AND COUNTY ORDINANCES, UNLESS SPECIFICALLY BASED ON APPLICABLE STATE STATUTES DO NOT SATISFY THIS REQUIREMENT.*
3. U.S. GOVERNMENT AGENCIES AND OTHER ENTITIES REQUIRED BY FEDERAL LAW.**
4. OFFICIALS OF FEDERALLY CHARTERED OR INSURED BANKING INSTITUTIONS TO PROMOTE OR MAINTAIN THE SECURITY OF THOSE INSTITUTIONS.

Please review this helpful information to aid in the successful processing of hard copy criminal and civil fingerprint submissions in order to prevent delays or rejections. Hard copy fingerprint submissions must meet specific criteria for processing by the Federal Bureau of Investigation.

**PRIVACY ACT STATEMENT**

**Authority:** The FBI's acquisition, preservation, and exchange of information requested by this form is generally authorized under 28 U.S.C. 534...

**Social Security Account Number (SSAN).** Your SSAN is needed to keep records accurate...

**Principal Purpose:** Certain determinations, such as employment, security, licensing...

**Routine Uses:** The fingerprints and information reported on this form may be disclosed...

**Additional Information:** The requesting agency and/or the agency conducting the application-investigation will provide you additional information...

**INSTRUCTIONS:**

* 1 PRINTS MUST GENERALLY BE CHECKED THROUGH THE APPROPRIATE STATE IDENTIFICATION BUREAU, AND ONLY THOSE FINGERPRINTS FOR WHICH NO DISQUALIFYING RECORD HAS BEEN FOUND LOCALLY SHOULD BE SUBMITTED FOR FBI SEARCH.
  2. IDENTITY OF PRIVATE CONTRACTORS SHOULD BE SHOWN IN SPACE "EMPLOYER AND ADDRESS" THE CONTRIBUTOR IS THE NAME OF THE AGENCY SUBMITTING THE FINGERPRINT CARD TO THE FBI.
  3. FBI NUMBER, IF KNOWN, SHOULD ALWAYS BE FURNISHED IN THE APPROPRIATE SPACE
** MISCELLANEOUS NO. - RECORD: OTHER ARMED FORCES NO. PASSPORT NO. [PP], ALIEN REGISTRATION NO. (AR), PORT SECURITY CARD NO. (PS), SELECTIVE SERVICE NO. (SS) VETERANS' ADMINISTRATION CLAIM NO. (VA).

CHAMBERED CUSTOM FIREARMS-000035

To Whom It May Concern,

9 - 86 - 07852

Chambered Group USA, LLC (CG USA), would like to add John Lamontagne to CG USA FFL user listing. His photos and fingerprint cards have been provided. John Lamontagne is a new Co-Owner to Chambered Group USA, LLC.

If anything else is needed please let us know, we can be reached at 866.944.8950 or store@chamberedusa.com.

Regards,

Jason Fern

Co-owner

9-5-2023



FEDERAL FIREARMS

SEP 1 0    :8

LICENSING CENTER

CHAMBERED CUSTOM FIREARMS-000037

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0018

## Application for Federal Firearms License

| Part A |
|---|

1. Applicant's Business/Activity is: ☐ Individual Owner *(Sole Proprietor)* ☐ Partnership ☐ Corporation ☑ LLC ☐ Collector *(which can be an individual/partnership/corporation or LLC)* ☐ Other *(specify)* _____

2. Name *(Enter name of Owner/Sole Proprietor OR Partnership (include name of each partner) OR Corporation Name OR LLC Name)*

John Lamontagne

3. Trade or Business Name(s), *if any*

Chambered Group

4. Employer Identification Number *(EIN), if any (see definition #17)*

5. Name of **County** in which Business/Activity is Located

Maricopa

6. Business/Activity Address *(RFD or Street Number, City, State, and ZIP Code) (NOTE: This address CANNOT be a P.O. Box.)*

15605 W Roosevelt St
Suite 113
Goodyear  AZ  85338

7. Mailing Address *(if different from address in item #6)*

8. Contact Numbers *(Include Area Code)*

Business/Activity Phone  (866) 944-8950

Fax Number _____

Business Email  store@chamberedusa.com

☑ Describe the specific activity applicant is engaged in or intends to engage in, which requires a Federal Firearms License (sale of ammunition alone does not require a Federal Firearms License).

Sales

Type of license under 18 U.S.C. Chapter 44 as a: *(Place an "X" in the appropriate box(es). Multiple license types may be selected- see instruction #8. Submit the fee noted next to the box(es) with the application. Licenses are issued for a 3-year period. See instruction #5 for payment information).*

| Type | Description of License Type | Fee | |
|---|---|---|---|
| 01 | Dealer in Firearms Other than Destructive Devices *(Includes: rifles, shotguns, pistols, revolvers, gunsmith activities, and National Firearms Act (NFA) weapons) (see instruction #10)* | $200 | ☑ |
| 02 | Pawnbroker in Firearms Other than Destructive Devices *(Includes: rifles, shotguns, pistols, revolvers, gunsmith activities, and National Firearms Act (NFA) weapons) (see instruction #10)* | $200 | ☐ |
| 03 | Collector of Curios and Relics *(NOTE: This is not a license to conduct business, see instruction #8)* | $30 | ☐ |
| 06 | Manufacturer of Ammunition for Firearms Other Than Ammunition for Destructive Devices or Armor Piercing Ammunition *(see instruction #11)* | $30 | ☐ |
| 07 | Manufacturer of Firearms Other than Destructive Devices *(see instruction #11)* | $150 | ☑ |
| 08 | Importer of Firearms Other than Destructive Devices or Ammunition for Firearms Other than Destructive Devices, or Ammunition Other than Armor Piercing Ammunition *(NOTE: Importer of handguns and rifles, see instruction #9)* | $150 | ☐ |
| 09 | Dealer in Destructive Devices *(see definition #20)* | $3000 | ☐ |
| 10 | Manufacturer of Destructive Devices, Ammunition for Destructive Devices, or Armor Piercing Ammunition *(see instruction #11)* | $3000 | ☐ |
| 11 | Importer of Destructive Devices, Ammunition for Destructive Devices, or Armor Piercing Ammunition *(see instruction #9)* | $3000 | ☐ |
| | | **Total Fees** $ 0 | |

FEDERAL FIREARMS

SEP 10 2018

LICENSING CENTER

CLEO Copy - Page 1

ATF F-Form 7(5310.12)/7CR(5310.16)
Revised May 2017

CHAMBERED CUSTOM FIREARMS-000039

12. Hour(s) of Operation and/or Availability of Business/Activity *(please provide at least one hour in which you can be contacted by ATF personnel)*

| Hour(s): Please indicate AM or PM | Sun | Mon | Tues | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|---|
| | 10 am Closed | 10 am 6 pm | 10 am 6 pm | 10 am 6 pm | 10 am 6 pm | 10 am 6 pm | 10 am 4 pm |

IF YOU ARE ONLY APPLYING FOR A TYPE 03 (COLLECTOR OF CURIOS AND RELICS) LICENSE, SKIP ITEMS 13-17 AND GO TO ITEM 18. FOR ALL OTHER LICENSE TYPES, CONTINUE WITH ITEM 13.

13. Was the business obtained from someone else? *(If "Yes," please provide the name of the previous business and their FFL Number)*  ☑Yes ☐No

Chambered group
Name of Previous Business

8-013-07-8A-07852
Federal Firearms License Number

14. Indicate type of business premises

Zoned Residential:
☐ Single Family Dwelling
☐ Condominium/Apartment
☐ Hotel/Motel
☐ Public Housing

Zoned Commercial:
☑ Store Front
☐ Office
☐ Rod & Gun Club
☐ Military Installation *(see instruction #13-additional information required)*
☐ Other *(specify)*

15. Applicant's business premises is:
☐ Owned Premises   ☐ Military Installation   ☑ Rented/Leased Premises- provide name, telephone number, and address **of the property owner:**

George Pobar — Name
505 934-2126 — Telephone Number *(with area code)*
134 Rio Rancho blud — Street Address
Rio Rancho NM 87124 — City, State, and ZIP Code

16. Do you intend to sell firearms at Gun Shows and/or conduct Internet sales? ☐ Yes ☑No
17. Do you intend to use your license ONLY to acquire firearms to enhance your personal collection? ☐ Yes ☑No

18. Name of Chief Law Enforcement Officer (CLEO) *(Please print the name of the CLEO to whom a copy of this application was provided. See instruction #4 and definition #1.)*
Sheriff Paul Penzone

19. Address of CLEO *(Include Number, Street, City, County, State, and ZIP Code)*
550 W Jackson st
Phx AZ 85003
county: maricopa

ATTENTION Chief Law Enforcement Officer (CLEO): This form provides notification of a person's intent to apply for a Federal Firearms License (FFL). It requires no action on your part. However, should you have information that may disqualify the person from obtaining a Federal Firearms License, please contact the Federal Firearms Licensing Center toll free at 1-866-662-2750. Issuance of an FFL in no way guarantees the business or activity is not in violation of State and/or local law.

Applicant Certification *(Please read AND INITIAL each box)*

JL a. The business/activity to be conducted under the Federal Firearms License is not prohibited by State or local law at the premises shown in item 6. This includes compliance with zoning ordinances. *(Please contact your local zoning department PRIOR TO submitting application)*
JL b. Within 30 days after the application is approved, the business/activity will comply with the requirements of State and local law applicable to the conduct of the business/activity.
JL c. Business/activity will not be conducted under the license until the requirements of State and local law applicable to the business/activity have been met.
JL d. A completed copy of this application has been sent *(mailed or delivered)* to the Chief Law Enforcement Officer (CLEO) of the locality in which the premises listed in item 6 is located *(see instruction #4 and definition #1)*.
JL e. As required by 18 U.S.C. 923 (d)(1)(G), I certify that secure gun storage or safety devices will be available at any place in which firearms are sold under this Federal Firearms License to persons who are not licensees. *(See definition #4) (If applying for a Type 03, Collector of Curios and Relics License ONLY, write "N/A" instead of initialing this certification box.)*
JL f. Part B of this application has been completed and will be submitted for EACH responsible person (RP) *(See definition #3)*

JL Certification: Under the penalties imposed by 18 U.S.C. 924, I declare that I have examined this application in its entirety and the documents submitted in support thereof and to the best of my knowledge and belief, they are true, correct, and complete. This signature, when presented by a duly authorized representative of the U.S. Department of Justice, will constitute consent and authority for the appropriate U.S. Department of Justice representative to examine and obtain copies and abstracts of records and to receive statements and information regarding the background of the applicant. Specifically, I hereby authorize the release of any data or records to ATF: Military information/records, medical information/records, police and criminal records. This certification must be signed by a Responsible Person *(see instruction #2 and definition #3)*.

John Emile Lamontagne — Print Applicant Name *(First, Middle, Last)*
Applicant Signature
8/24/18 — Date

Check Application Status (For ATF Use Only): ☐ Approved ☐ Abandoned ☐ Withdrawn ☐ Denied   Reason for Denial:

Signature of Licensing Official:                  Date: SEP 10 2018

CLEO Copy - Page 2
ATF E-Form 7(5310.12)/7CR(5310.16) Revised May 2017

CHAMBERED CUSTOM FIREARMS-000040

CHAMBERED CUSTOM FIREARMS-000041

1. EACH RESPONSIBLE PERSON MUST COMPLETE AND SIGN A SEPARATE QUESTIONNAIRE/ATF Form 7/7CR Part B. In the future, if you need to add an additional Responsible Person (RP) to your FFL, the RP being added may complete this Part B-Responsible Person Questionnaire. If adding a RP to an existing license, be sure to include a signed written request from an existing RP on the license, giving permission to add the new Responsible Person *(see instruction #7).*
2. Issuance of your license or addition as a Responsible Person will be delayed if Part B is incomplete or otherwise improperly prepared.
3. IMPORTANT! All new responsible persons must submit a properly prepared FD-258 *(Fingerprint Card)* with this questionnaire. The fingerprints must be clear for accurate classification and taken by someone properly equipped to take them. The FD-258 should include "WVATF1100 ATF-FFLC, MARTINSBURG, WV" in the ORI block to facilitate processing of fingerprints.
4. List any given, married, and maiden names in Item 4, e.g., "Mary Alice (Smith) Jones," not "Mrs. John Jones." *(If additional space is needed, attach a separate sheet. See instruction #1)*

| 1. License or Applicant Name *(From block 2 of Part A)* | 2. Federal Firearms License Number *(If being added to an existing FFL)* |
|---|---|
| John    Lamontagne | 9-86-013-07-BA-07852 |

| 3. Name of Responsible Person *(Last, First, Middle)* | 4. Aliases *(Include given, married, maiden names)* | 5. Position/Title |
|---|---|---|
| Lamontagne  John  Emile | | member/manager |

| 6. Social Security Number | 7. Date of Birth *(MM/DD/YYYY)* | 8. Place of Birth *(City & State OR foreign country)* |
|---|---|---|
| ▓▓▓▓ | 1971 | ▓▓▓▓ |

| 9. Current Residence Address | 10. Telephone Number *(Personal Contact # with Area Code)* |
|---|---|
| Buckeye  AZ, ▓▓▓ | ▓▓▓ |
| | 11. E-mail Address ▓▓▓ |

| 12. Previous Address(es) - Please provide every address you have had in the last five years and dates which you lived at the address(es) *(If additional space is needed attach a separate sheet. See instruction #1)* | 13. Sex | 14. Height | 15. Weight | 16. Eye Color | 17. Hair Color |
|---|---|---|---|---|---|
| | ☑ Male<br>☐ Female | 5 Feet<br>11 Inches | (lbs) | ☐ Black<br>☑ Blue<br>☐ Brown<br>☐ Gray<br>☐ Green<br>☐ Hazel<br>☐ Maroon<br>☐ Multiple<br>☐ Pink<br>☐ Other | ☑ Bald<br>☐ Black<br>☐ Blond<br>☐ Brown<br>☐ Gray<br>☐ Red<br>☐ Sandy<br>☐ White<br>☐ Other |
| | 18. Ethnicity<br>Hispanic or Latino ☐ Yes ☑ No | | | | |
| | 19. Race *(Please check one or more boxes)*<br>☐ American Indian or Alaska Native<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ Asian  ☑ White | | | | |

| For the following questions give full details on a separate sheet for all "Yes" answers *(see instruction #1)* | Yes | No |
|---|---|---|
| 20. Have you ever held a Federal Firearms License? *(If so, please include FFL#)* | | ✓ |
| 21. Have you ever been a Responsible Person on a Federal Firearms License? *(If so, please include FFL#)* | | ✓ |
| 22. Have you ever been an officer in a corporation holding a Federal Firearms License? *(If so, please include FFL#)* | | ✓ |
| 23. Have you ever been an employee of a Federal Firearms Licensee? | | ✓ |
| 24. Have you ever been denied a Federal Firearms License? | | ✓ |
| 25. Have you ever had a Federal Firearms License revoked? | | ✓ |
| 26. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(See definition #10)* | | ✓ |
| 27. Have you ever been convicted in any court for a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See definition #10)* | | ✓ |
| 28. Are you a fugitive from justice? *(See definition #11)* | | ✓ |
| 29. Are you under 21 years of age? | | ✓ |
| 30. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance?<br>**Warning: The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside.** | | ✓ |
| 31. Have you ever been adjudicated as a mental defective **OR** have you ever been committed to a mental institution? *(See definitions #12 and #13)* | | ✓ |
| 32. Have you been discharged from the Armed Forces under **dishonorable** conditions? | | ✓ |
| 33. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See definition #5)* | | ✓ |
| 34. Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See definition #7)* | | ✓ |

SEP 10 2018

CLEO Copy - Page 3                     ATF E-Form 7(5310.12)/7CR(5310.16)
                                        Revised May 2017

CHAMBERED CUSTOM FIREARMS-000042

CHAMBERED CUSTOM FIREARMS-000043

~~~~~y of Citizenship: *(Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)*

☑ United States of America    ☐ Other Country/Countries *(specify)*: _____

|  | Yes | No |
|---|---|---|
| 36. Have you ever renounced United States citizenship? |  | / |
| 37. Are you an alien illegally or unlawfully in the United States? |  | / |
| 38. a. Are you an alien who has been admitted to the United States under a nonimmigrant visa? *(See definition #8)* |  | / |
| b. If "yes", do you fall within any of the exceptions stated in definition #9?  Attach supporting documentation to the application. ☑ N/A |  |  |

39. If you are an alien, record your U.S.-Issued Alien or Admission number *(AR#, USCIS#, or I94#)*: _____

40. Under the penalties imposed by 18 U.S.C. § 924 and 1001, I declare that I have examined any related documents submitted in regard to this questionnaire/ATF Form 7/7CR Part B, and to the best of my knowledge and belief, they are true, correct and complete.  This signature, when presented by a duly authorized representative of the U.S. Department of Justice, will constitute consent and authority for the appropriate U.S. Department of Justice representative to examine and obtain copies and abstracts of records and to receive statements and information regarding my background.  Specifically, I hereby authorize the release of the following data or records to ATF: Military information/records, medical information/records, police and criminal records.

_____        _John Lamontagne____        _8/24/18_
Signature                            Printed Name                Date

**EACH RESPONSIBLE PERSON MUST COMPLETE AND SIGN A SEPARATE QUESTIONNAIRE/ATF FORM 7/7CR PART B**

**Attach a 2" X 2" Photograph Here**

**If you are applying for a Type 03 ONLY a photograph is not required**

1. Photo must have been taken within the last six months.

2. Photo must have been taken in full face view without a hat or head covering that obscures the hair or hairline.

3. On back of photograph print full name, last 4 of SSN, and business address.

_John Emile Lamontagne_
**Print Full Name**

**If applying for a NEW FFL:**
Mail application, fingerprint cards, photographs, and application fees, including a separate questionnaire/Part B for EACH Responsible Person, to:

Bureau of Alcohol, Tobacco, Firearms and Explosives
P.O. Box 409567
Atlanta, GA 30384-9567

**If only adding a RP to an existing FFL:**
Each Responsible Person being added must complete a separate questionnaire/ATF Form 7/7CR Part B and mail it, along with their fingerprint card and photograph, to: ATF, Attn: FFLC, 244 Needy Rd, Martinsburg, WV 25405.  Each questionnaire must be accompanied by a signed written request from a current/existing RP on the license, giving permission to add the Responsible Person.

**Type 03 Applicants:**
A photograph and fingerprint card are not required if you are applying for a Type 03 Collector of Curios and Relics license only.

**Questions:**
If you have any questions relating to this form, please contact the ATF Federal  Firearms Licensing Center at 1-866-662-2750, or your local ATF Industry Operations Office.

**Paperwork Reduction Act Notice**

This request is in accordance with the Paperwork Reduction Act of 1995.  The information collection is used to determine the eligibility of the applicant to engage in certain operations, to determine the location and extent of operations, and to determine whether the operations will be in conformity with Federal laws and regulations.  The information requested is required in order to obtain or retain a benefit and is mandatory by statute *(18 U.S.C. § 923)*.

The estimated average burden associated with this collection of information is 60 minutes per respondent or recordkeeper, depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to Reports Management Officer, Resource Management Staff, Bureau of Alcohol, Tobacco, Firearms and Explosives, Washington, DC 20226.

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

SEP 1 6 2018

ATF Form 7(5310.12)/7CR(5310.16)
Revised May 2017

CLEO Copy - Page 4

CHAMBERED CUSTOM FIREARMS-000045

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Federal Firearms License
## (18 U.S.C. Chapter 44)

In accordance with the provisions of Title I, Gun Control Act of 1968, and the regulations issued thereunder (27 CFR Part 478), you are licensed to engage in the business specified in this license, within the limitations of Chapter 44, Title 18, United States Code, and the regulations issued thereunder, until the expiration date shown. **THIS LICENSE IS NOT TRANSFERABLE UNDER 27 CFR 478.51.** See "WARNINGS" and "NOTICES" on reverse.

| | | | |
|---|---|---|---|
| Direct ATF Correspondence To | ATF - Chief, FFLC 244 Needy Road Martinsburg, WV 25405-9431 | License Number | **9-86-013-07-1A-07852** |
| Chief, Federal Firearms Licensing Center (FFLC) | *Tracey Robertson* | Expiration Date | **January 1, 2021** |

Name
CG USA

Premises Address (Changes) Notify the FFLC at least 30 days before the move.)
**15605 W ROOSEVELT ST STE 113**
**GOODYEAR, AZ 85338-**

Type of License

## 07-MANUFACTURER OF FIREARMS OTHER THAN DESTRUCTIVE DEVICES

### Purchasing Certification Statement

The licensee named above shall use a copy of this license to assist a transferor of firearms to verify the identity and the licensed status of the licensee as provided by 27 CFR Part 478. The signature on each copy must be an original signature. A faxed, scanned or e-mailed copy of the license with a signature intended to be an original signature is acceptable. The signature must be that of the Federal Firearms Licensee (FFL) or a responsible person of the FFL. I certify that this is a true copy of a license issued to the licensee named above to engage in the business specified above under "Type of License."

Mailing Address (Changes) Notify the FFLC of any changes.)

CHAMBERED GROUP USA LLC
CG USA
15605 W ROOSEVELT ST STE 113
GOODYEAR, AZ 85338-

Licensee/Responsible Person Signature

Position/Title: Owner

Printed Name: **Cole Kelly**

Date: 1/2/18

ATF Form 8 (5310.11)
Revised October 2011

SEP 1 0 2018

CHAMBERED CUSTOM FIREARMS-000046

CHAMBERED CUSTOM FIREARMS-000047

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

| | | |
|---|---|---|
| Chambered Group USA LLC, | ) | |
| | ) | |
| Petitioner, | ) | 2:23-cv-01850-SPL |
| | ) | |
| vs. | ) | Phoenix, Arizona |
| | ) | September 19, 2023 |
| Kristina Babcock, | ) | 9:04 a.m. |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

BEFORE:  THE HONORABLE STEVEN P. LOGAN, JUDGE


REPORTER'S TRANSCRIPT OF PROCEEDINGS

PRELIMINARY INJUNCTION HEARING


Official Court Reporter:
Elva Cruz-Lauer, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc. 33
Phoenix, Arizona  85003-2151
(602) 322-7261

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

CHAMBERED CUSTOM FIREARMS-000058

2

```
 1                    A P P E A R A N C E S

 2     For the Petitioner:

 3               Renzulli Law Firm LLP
                 By:  SCOTT CHARLES ALLAN, ESQ.
 4                    JEFFREY MALSCH, ESQ.
                 1 N. Broadway, Ste. 1005
 5               White Plains, NY  10601

 6
       For the Respondent:
 7
                 U.S. Attorneys Office - Phoenix, AZ
 8               By: NOEL CHRISTIAN CAPPS, ESQ.
                     JAVIER TORRES, ESQ.
 9               2 Renaissance Square
                 40 N. Central Ave., Ste. 1800
10               Phoenix, AZ  85004-4408

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT

CHAMBERED CUSTOM FIREARMS-000059

3

```
1                    INDEX OF WITNESSES

2    WITNESSES FOR THE      Direct    Cross    Redirect
     PETITIONER:
3    Jason Fern                31       79       100

4    Aaron Swank             104      113       120

5    John Lamontagne         124      136       146

6    WITNESS FOR THE
     RESPONDENT:
7    Kristina Louise Babcock 155      176       210

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT

CHAMBERED CUSTOM FIREARMS-000060

4

INDEX OF EXHIBITS

| EXHIBIT NO.: | DESCRIPTION: | ADMITTED: |
|---|---|---|
| 1-43 | (None provided) | 40 |
| 101 | Initial Notice of Revocation NOR Packet 14 Dec 2022 CHAMBERED-ATF-000001-000006 | 91 |
| 102 | Hearing Request 23 Dec 2022 CHAMBERED-ATF-000007-000008 | 91 |
| 103 | Notice of Hearing Packet 04 Jan 2023 CHAMBERED-ATF-000009-000012 | 91 |
| 104 | Return Receipt Notice of Hearing Packet 06 Jan 2023 CHAMBERED-ATF-000013 | 91 |
| 105 | licensee Response to ROV 22 May 2022 CHAMBERED-ATF-000014-000015 | 91 |
| 106 | 478.124c3i Jensen Form 4473 15 April 2021 Blank 26a CHAMBERED-ATF-000016-000018 | 91 |
| 107 | 478.124c3i Mercado Form 4473 29 June 2021 Blank 26c CHAMBERED-ATF-000019-000021 | 91 |
| 108 | 478.131a2 Lanford Form 4473 14 May 2021 Blank 29 partial CHAMBERED-ATF-000022-000024 | 91 |
| 109 | 478.124c5 Tillman Form 4473 29 June 2021 Block 36 incorrect CHAMBERED-ATF-000025-000027 | 91 |
| 110 | 478.124c5 Felix Form 4473 17 March 2022 Blank 33, 34, 35 and 36 CHAMBERED-ATF-000028-000030 | 91 |
| 111 | 478.124c5 Crounse Form 4473 7 May 2021 Blank 34, 35 and 36 CHAMBERED-ATF-000031-000033 | 91 |
| 112 | Acknowledgment of Regulations 13 Nov 2014 CHAMBERED-ATF-000034-000035 | 91 |
| 113 | Acknowledgment of Regulations 6 June 2018 CHAMBERED-ATF-000036-000037 | 91 |
| 114 | Acknowledgment of Regulations 19 Dec 2019 CHAMBERED-ATF-000038-000041 | 91 |
| 115 | Acknowledgment of Regulations 1 Mar 2021 CHAMBERED-ATF-000042-000045 | 91 |
| 116 | Report of Violations 6 June 2018 CHAMBERED-ATF-000046-000048 | 91 |
| 117 | Licensee Response to ROV June 2018 Inspection CHAMBERED-ATF-000049-000050 | 91 |
| 118 | Report of Violations 19 Dec 2019 CHAMBERED-ATF-000051-000055 | 91 |
| 119 | Licensee Response to ROV 19 Dec 2019 CHAMBERED-ATF-000056-000057 | 91 |
| 120 | Warning Conference follow-up letter 6 Feb 2020 CHAMBERED-ATF-000058 | 91 |
| 121 | Report of Violations 1 March 2021 CHAMBERED-ATF-000059-000061 | 91 |

UNITED STATES DISTRICT COURT

CHAMBERED CUSTOM FIREARMS-000061

5

1      122   Licensee's Response to ROV 25 Feb 2021            91
             CHAMBERED-ATF-000062-000063
2      123   Transcript - Final                               91
             CHAMBERED-ATF-000064-000209

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT

CHAMBERED CUSTOM FIREARMS-000062

6

P R O C E E D I N G S

1

2      THE CLERK:  We're on the record in CV23-1850,

3  Chambered Group USA LLC versus Kristina Babcock, before the

4  Court for a preliminary injunction hearing.

5      Counsel, please state your appearances for the record.

6      MR. ALLAN:  Scott C. Allan --

7      THE COURT:  Whoa, whoa, whoa, stop.  You're in federal

8  court.  We stand up.  This isn't state court or city court.

9      MR. ALLAN:  Sorry, Your Honor.  Scott C. Allan

10  A-L-L-A-N, of Renzulli Law Firm, R-E-N-Z-U-L-L-I, on behalf of

11  Petitioner Chambered Group USA, Inc.

12      THE COURT:  Good morning to all of you.

13      MR. CAPPS:  Good morning, Your Honor.  May it please

14  the Court.  Noel Capps and Javier Torres on behalf of

15  Respondent.

16      THE COURT:  Good morning to you all as well.  I'm

17  sorry, what's the second lawyer's name?

18      MR. TORRES:  Javier Torres, Your Honor.

19      THE COURT:  Sir, that looks like a coffee cup.

20  Hopefully you don't have -- I am assuming that's water in that;

21  is that correct?

22      There's a giant sign outside the courtroom that says

23  there's only water allowed in these courtrooms in federal

24  court.  So when you walk into a courtroom, be sure to read the

25  signs.

CHAMBERED CUSTOM FIREARMS-000063

1          MR. TORRES:  The cup is actually empty, Your Honor.

2          THE COURT:  Okay.  Very well.  Thank you.  And again,

3    I welcome all of you.

4          This is the time set for the preliminary injunction

5    hearing.

6          By way of background, the Petitioner, Chambered Group

7    LLC, also known as "Chambered Group," has continuously held a

8    Type 7 dealer in firearms other than destructive devices,

9    federal firearms license, also known as the "FFL" since 2014.

10   And you can see that at Document 2, page number 2.

11         Around August of 2018, John Lamontagne, that's

12   L-A-M-O-N-T-A-G-N-E, became the majority shareholder of

13   Chambered Group, and as a result, he was added to FFL as

14   responsible person.  That's laid out in Document Number 1 at

15   page number 2.

16         The only other owner and responsible person on

17   Chambered Group's FFL is Jason Fern.  That's in the same

18   document.

19         The Bureau of Alcohol, Tobacco, Firearms and

20   Explosives, also known as the "ATF" conducted four compliance

21   inspections at Chambered Group.  That's also laid out in

22   Document Number 1, pages 2 and 3.

23         The initial compliance inspection in 2018 resulted in

24   a report of violations and was closed without any further

25   administrative action, such as a warning letter or conference.

UNITED STATES DISTRICT COURT

CHAMBERED CUSTOM FIREARMS-000064

8

1    That's also laid out in Document Number 1 at page number 2 and

2    11.

3            However, in 2019, the second compliance inspection

4    resulted in a report of violations and was closed by a warning

5    conference between Mr. Fern and an ATF area supervisor.  Again,

6    that's in Document Number 1, pages 3 and 12.

7            In 2021, the compliance inspection resulted in a

8    report of violations and was once again closed without any

9    further administrative action.  That's laid out in Document

10   Number 1, pages 3 and 13.

11           The fourth compliance inspection, also known as the

12   "final inspection" began on April 11th of 2022, which covered a

13   standard one-year period from April the 11th of 2021 through

14   April 11th of 2022.  That's laid out in Document Number 1,

15   pages 3 and 15.

16           The Petitioner alleges that during this period, the

17   coronavirus pandemic caused the demand for firearms to increase

18   significantly.  That's also laid out in Document Number 1 at

19   pages 3 and 16.

20           Moreover, the Petitioner alleges that this increase in

21   demand caused it to transfer significantly more firearms than

22   in the prior years without any increase in staffing.  That's

23   also found in Document Number 1, pages 3 and 17.

24           By way of procedural posture, on April the 25th of

25   2022, the ATF issued the Petitioner a report of violations for

UNITED STATES DISTRICT COURT

9

1    the final inspection.  Again, that's in Document Number 1,

2    pages 3 and 19.

3              On December the 14th of 2022, the Respondent issued

4    the Petitioner a notice to revoke or suspend the license and/or

5    impose a civil fine.  And that's in the same document, pages 3

6    and 20.

7              In response, the Petitioner requested a hearing

8    pursuant to 18 United States Code Section 923(f)(2) and

9    27 C.F.R. Section 478.74.  That's also spelled out in the same

10   document, pages 3 and 21.

11             On April the 13th of 2023, a revocation hearing was

12   held and Respondent served as the hearing officer.  That's

13   spelled out in Document Number 1, pages 7 and 41 through 43.

14             On July the 11th of 2023, the Respondent determined

15   that Petitioner willfully violated the Gun Control Act of 1968,

16   also known as the "GCA."

17             And that's pursuant to 18 United States Code Chapter

18   44 and associated regulations -- and issued a Final Notice of

19   Denial of Application, Revocation, Suspension, and/or Fine of

20   Firearms License, also known as the "Final Notice of

21   Revocation." Again, that's spelled out in Document Number 1 at

22   pages 8 and 52 and 53.

23             The Petitioner received this notice on July the 17th

24   of 2023, and its FFL revocation was scheduled to take effect on

25   1 August of 2023.  Again, that's spelled out in Document Number

UNITED STATES DISTRICT COURT

1     1 at pages 12 and 84.

2         The Petitioner requested an extension of the

3     revocation date and Respondent agreed to extend the effective

4     date until October the 1st of 2023, but with the condition that

5     Petitioner not manufacture or acquire any firearms for the

6     business after the date of the original revocation, which is 1

7     August of 2023.  Again, that's spelled out in Document Number 1

8     at pages 12 and 85 and 86.

9         The Petitioner, through counsel, advised Respondent of

10     its intention to file a petition for de novo review of the

11     final notice of revocation and requested that the revocation

12     date be postponed until the completion of the judicial

13     proceedings.  That's spelled out in Document Number 1 at pages

14     12 and 87.

15         The Respondents denied this request, and that's

16     Document 1, pages 12 and 88.

17         On the 1st of September of 2023, the Petitioner filed

18     a petition for de novo review of the revocation of a federal

19     firearms license pursuant to 18 United States Code Section 923

20     (f)(3), which is in Document Number 1, and a motion for

21     temporary restraining order and preliminary injunction, which

22     is Document Number 2.

23         In its motion, the Petitioner moved to stay the

24     effective date of the revocation of its FFL pending completion

25     of the de novo review, and that's laid out in Document Number 2

CHAMBERED CUSTOM FIREARMS-000067

1    at page 1.

2        On the 5th of September of 2023, I denied the

3    Petitioner's TRO request because it failed to show that it met

4    the notice requirements under Rule 56, and of course I set a

5    hearing and we're here today.

6        Now, I really appreciate all of the work that both

7    parties put into this matter.  All of your papers are crystal

8    clear in terms of what your position happens to be.

9        What I would like to do, I don't need an opening

10   statement.  There's no jury in here, and I have read your

11   papers multiple times.

12       I have a lot of questions for the Petitioners.  I have

13   a lot of questions for the Respondents.  And then what I need

14   you to do is tailor your witness testimony to what hasn't been

15   covered that you think I need to hear about to make the right

16   decision in this case.

17       As both sides are well aware, a party seeking

18   injunctive relief under Rule 65 of the Federal Rules of Civil

19   Procedure must show:

20       Number 1, that it's likely to succeed on the merits;

21   number 2, it is likely to suffer irreparable harm in the

22   absence of injunctive relief; number 3, the balance of equities

23   tips in its favor; number 4, an injunction is in the public

24   interest.

25       The Ninth Circuit observes a sliding scale approach in

CHAMBERED CUSTOM FIREARMS-000068

12

1    that these elements are balanced so that a stronger showing of

2    one element may offset a weaker showing of another.

3          So by example, an injunction can issue where there are

4    serious questions going to the merits and a balance of

5    hardships that tip sharply towards the plaintiff, so long as

6    the plaintiff also shows that there's a likelihood of

7    irreparable injury and that the injunction is in the public

8    interest.

9          A preliminary injunction is an extraordinary and

10   drastic remedy, one that should not be granted unless the

11   movant by clear showing carries the burden of persuasion.

12         Plaintiffs, I need you to approach the lectern.  I

13   have some questions that I need you to answer for me, please.

14         And you gentlemen are both on the case, if you both

15   want to come up and stand.  If you want to have him, you know,

16   answer questions, whatever you want to do.

17         I just need to make sure that both of you speak into

18   one microphone, either the one on the right or the one on the

19   left.  If you're in the center, it doesn't pick up that well.

20         So my first question for the Petitioner is:  On pages

21   10 and 11 of the motion for the preliminary injunction, the

22   Petitioner provided a case chart that listed cases where courts

23   have upheld revocation and found that the licensees acted

24   willfully.

25         Can you please explain how these cases are

UNITED STATES DISTRICT COURT

CHAMBERED CUSTOM FIREARMS-000069

13

| | |
|---|---|
| 1 | distinguishable from this case. |
| 2 | MR. ALLAN:  May it please the Court, Scott Allan on |
| 3 | behalf of Petitioner. |
| 4 | Those cases involved more egregious violations in |
| 5 | which the defendants had -- I'm sorry -- in which the licensees |
| 6 | had previously been cited for the same thing and continued to |
| 7 | have them as opposed to mere errors. |
| 8 | For example, with the 4473 form, even if a petitioner |
| 9 | is cited for an error in the past and has an error in the |
| 10 | future, that should not go towards a plain indifference |
| 11 | standard. |
| 12 | Because these are completed by humans, and given the |
| 13 | volume of paperwork that is completed, it is inevitable that |
| 14 | there's going to be a certain number of errors. |
| 15 | THE COURT:  Counsel, please explain how the alleged |
| 16 | violations set forth in the Final Notice of Revocation are not |
| 17 | a threat to public safety. |
| 18 | MR. ALLAN:  Your Honor, all of the violations regard |
| 19 | to recordkeeping matters on the 4473 forms or the A&D records. |
| 20 | With regard to the A&D records, all of the information -- |
| 21 | THE COURT:  Sir, I'm sorry.  I do a lot of writing, |
| 22 | and everything that everyone says in this courtroom is |
| 23 | incredibly important to me, so I just need you to slow down a |
| 24 | little bit. |
| 25 | MR. ALLAN:  Yes, Your Honor.  I will start off first |

UNITED STATES DISTRICT COURT

CHAMBERED CUSTOM FIREARMS-000070

14

1    with the violations relative to the acquisition and disposition

2    records, which I will refer to as A&D records.

3           Those violations related to incorrectly scanning in a

4    UPC code instead of a serial number or not timely entering the

5    acquisition of a firearm or the disposition of a firearm.  All

6    of those records were corrected during the course of the

7    compliance inspection.

8           With regard to the --

9           THE COURT:  Let me just stop you for a minute.  My

10   apologies for interrupting you.

11          When you said all of those items were corrected, did

12   you receive any notification from the Respondent that they were

13   okay with the corrections that were made?

14          Or was it something where they said:  We need you to

15   correct all of this -- all of these deficiencies, and there was

16   no real time check in terms of, I'll give you six months to do

17   it, we'll be back to look at these records to make sure they're

18   properly kept?

19          MR. ALLAN:  Your Honor, relative to the A&D records,

20   the violations were corrected during the course of the

21   compliance inspection.  And in the notice of violations, it has

22   actually a reference to the violation and then generally in

23   parenthesis "reconciled," indicating that it had been corrected

24   already.

25          Relative to the issues in which the incorrect serial

UNITED STATES DISTRICT COURT

CHAMBERED CUSTOM FIREARMS-000071

15

1    number was issued -- entered into the A&D records, that would

2    happen when they were scanning the information in and

3    incorrectly scanned the UPC code instead of the serial number.

4         There were some instances in which the firearms and

5    inventory listed a UPC code instead of a serial number.

6    There's no threat to public safety in regard that, because at

7    the time a firearm is disposed of, the licensee looks at the

8    physical firearm, matches up the serial number with the 4473

9    and the A&D records, and at that time would realize that a UPC

10   number had been incorrectly entered and would make the

11   correction before the firearm ever left the premises.

12        Similarly, with regard to the acquisitions that were

13   not timely recorded, those firearms were still sitting on the

14   premises.  They had simply made a mistake in entering them due

15   to the number of people working and thinking that somebody else

16   had entered them in, when they had not in fact been entered in.

17        Prior to being able to transfer one of those firearms

18   to a customer, they would have the customer complete a 4473

19   form, and when they go to log it out of the A&D records, they

20   would see that it was not in there and obviously would have to

21   make the initial acquisition entry before it could be logged

22   out.

23        Relative to the firearms that had been disposed of and

24   were not listed in the A&D records, they had records showing to

25   whom, when -- they had all of the information contained in the

UNITED STATES DISTRICT COURT

CHAMBERED CUSTOM FIREARMS-000072

16

1    4473 form, and they were able to use that information to enter

2    the information in the disposition records for the A&D records.

3            Therefore, those types of violations would not result

4    in any danger to public safety and were in fact able to be

5    corrected during the course of the compliance inspection.

6            THE COURT:  Thank you very much.

7            I need to talk to both of you.

8            (Discussion held off the record.)

9            THE COURT:  Counsel, Chambered Group made significant

10   improvements between 2019 and 2021 compliance inspections.  Did

11   the coronavirus pandemic have any influence on this

12   improvement?

13           MR. ALLAN:  Your Honor, relative to the improvements,

14   they obviously listened to what the ATF tells them to do and

15   try to do it better.  They did have violations obviously still

16   in the 2021 report of violations, but as you note, the number

17   of them had significantly declined.

18           During the next compliance period, however, the number

19   of firearms that had been sold were significantly increased.

20   And therefore although there was more number-wise violations,

21   the actual percentages of violations would not have increased.

22           THE COURT:  Please describe the steps you took

23   following the 2021 compliance inspection to comply with the GCA

24   and reduce the opportunities for mistakes.

25           MR. ALLAN:  Following the 20 -- I'm sorry.  You are

UNITED STATES DISTRICT COURT

CHAMBERED CUSTOM FIREARMS-000073

17

1    talking about the one before the current inspection, Your

2    Honor?

3            THE COURT:  Correct.

4            MR. ALLAN:  They generally attempted to have a second

5    person review the 4473 form.  That was not always possible,

6    given the coronavirus issues in which they were having multiple

7    customers trying to deal with at the same time.

8            And in addition, given the limited number of

9    employees, they would sometimes be in a situation in which they

10   only had one employee working, in which case that step

11   obviously could not be taken.

12           They had also started looking into the potential use

13   of electronic 4473 software.  They had investigated numerous

14   providers of that software in attempting to locate one that

15   would be suitable for their business.

16           They had issues with many of the providers because

17   when contacted and asked whether they would stand by their

18   product and actually appear at an ATF hearing if there was an

19   error that didn't get caught, the ones they had contacted said,

20   no, that's up to you, we will not provide any support.

21           For that reason, and the reason that they thought they

22   had to get permission from the ATF, they did not yet have 4473

23   form electronic software in place at the time of the 2022

24   inspection, and that process was also delayed, given the

25   coronavirus in which they were basically just trying to keep up

CHAMBERED CUSTOM FIREARMS-000074

1    with customer demand as opposed to making substantive

2    improvements and changes to the manner in which the business

3    was conducted.

4            THE COURT:  Well, I appreciate your responses to my

5    questions.  Those are all of the questions I have at this

6    point.

7            Respondents, come on up, please.

8            And as I indicated before, Mr. Capps or Mr. Torres,

9    both of you can speak freely.  Just to make sure we have a

10   clear record, whoever plans to talk, just tell me who you are

11   so we will know exactly who the person is speaking.

12           The first question I have is:  Please explain why the

13   ATF chose not to revoke the Petitioner's FFL following any of

14   the prior three compliance inspections?

15           MR. CAPPS:  Your Honor, Noel Capps.

16           With respect to the 2018 inspection that, to my

17   knowledge, is the first compliance inspection at -- of which I

18   am aware.  There were a total of six.

19           THE COURT:  Okay.  I don't know who the ladies are to

20   the right of me over there, but if they need to come up here to

21   help you out, they can come up as well.  Are they lawyers or

22   who are they?

23           MR. CAPPS:  Oh, no, Your Honor, I can proceed.

24           THE COURT:  Very well.  If you need some assistance,

25   they can come up and help out.

CHAMBERED CUSTOM FIREARMS-000075

1          MR. CAPPS:  I appreciate that very much.  So the 2018

2     resulted in seven violations.  2019 there were four repeat

3     violations.  And of the four, three of those had substantial

4     increase number of incidents per violation.

5          For example, the 478.124(c)(1) there were 90, 9-0,

6     instances cited in 2019.  The 478.21(a), there were 26

7     incidents cited in the 2019 ROV, report of violations.  And the

8     478.124(c)(3) small iv, that's a Roman numeral small iv.  There

9     were 35 incidents per that violation.  This clearly is a trend

10    in a negative direction.

11         Representations were made by licensee as to steps they

12    intended to take to cure these issues.  The next compliance

13    inspection in 2021, so we skip a year, resulted in four total

14    violations.  Of those four violations, three were repeat

15    violations from either 2018 or 2019.

16         THE COURT:  Okay.  Let me get back to my question.

17    Maybe you forgot what the question was.

18         My question was:  Please explain why the ATF chose not

19    to revoke the Petitioner's FFL following any of the prior three

20    compliance inspections?

21         And I appreciate you letting the Court know the many,

22    many times or things that they weren't in compliance with.  But

23    my question is:  Were you just trying to give them every

24    opportunity, three opportunities, to fix everything?  I mean,

25    why didn't you revoke the FFL following the other three

UNITED STATES DISTRICT COURT

20

1    inspections?

2            MR. CAPPS:  Your Honor, for the 2018 to 2021 time

3    period, there was good line of communication between the agency

4    and between the licensee.

5            They were cooperative during inspections.  They were

6    forthright in terms of representations about what they intended

7    to do.  And there was no reason at that point but not to let it

8    carry forward and see if in fact that they followed through on

9    what they said they were going to do.

10           What this is, though, Your Honor, is a gradation, an

11   upper incline, if you will, when you look at the entire

12   picture.  And when you get to the 2022 violations that did

13   result in the revocation, six of the nine were determined to be

14   willful violations by the Respondent.

15           Five of those --

16           THE COURT:  Tell me what you believe to be the willful

17   violations and why you would classify it that way.

18           MR. CAPPS:  The five -- the six willful violations,

19   for the record, Your Honor, would you like me to specify that?

20           THE COURT:  Go ahead, please.

21           MR. CAPPS:  Yes, sir.  The first willful violation

22   found in 2022 was for 478.123(b) as in boy.  For the record,

23   that particular violation had in prior years been encapsulated

24   under another citation under 478.123(d) as in David.  But for

25   2022, that was the first intentional violation -- willful

UNITED STATES DISTRICT COURT

21

1    violation.

2            THE COURT:  Well, what was the violation?

3            MR. CAPPS:  That violation has to do with maintain --

4    failure to maintain accurate disposition records.

5            THE COURT:  Serial numbers?  Locations of the firearm?

6    Who they were sold to?  I mean, what was it?

7            MR. CAPPS:  The actual details of that I would be more

8    comfortable having someone spell that out.

9            THE COURT:  You're the Respondent.  I mean, who is the

10   "someone"?  The ladies to my right?  I mean, who could help

11   you?  Mr. Torres, do you have it on your laptop there?

12           MR. TORRES:  I am searching for it, Your Honor.

13           THE COURT:  Okay.  I appreciate that.  Just take a

14   moment.  No problem.  We have time.

15           I tell you what, let's move on.  And since we have two

16   lawyers standing there, maybe one of you can work on answering

17   that first question.

18           My second question is:  Please explain why there were

19   no additional administrative actions such as a warning letter

20   or conference taken in 2018 or 2021?

21           I say again:  Please explain why there were no

22   additional administrative actions such as a warning letter or

23   conference taken in 2018 or 2021?

24           MR. CAPPS:  Your Honor, I do not know.  The only

25   warning conference that I am aware of occurred after the 2019

UNITED STATES DISTRICT COURT

CHAMBERED CUSTOM FIREARMS-000078

22

```
 1    violations.
 2            THE COURT:  What do you mean you don't know?  Who is
 3    your contact person with the ATF, the resident expert on all of
 4    this?  Who is the person?  What's their name?
 5            MR. CAPPS:  Probably the most knowledgeable would be
 6    Respondent for these particular facts.
 7            THE COURT:  Okay.  So who do you need to talk to so
 8    you can answer my questions?
 9            MR. CAPPS:  I can talk to -- there's a gentleman in
10    the courtroom that I could go off the record with and get some
11    additional information.
12            THE COURT:  Okay.  Where is he?
13            MR. CAPPS:  He's in the front row.
14            THE COURT:  Well, why don't you tell me who he is and
15    spell his full name.  And, sir, come on up.
16            MR. CAPPS:  Of course.
17            THE COURT:  You are in the courtroom listening to all
18    of it, so come up and help us out.
19            MR. CAPPS:  Why don't you introduce yourself.
20            THE WITNESS:  Good morning, Your Honor.  My name is
21    Michael Boyer.  I am a senior attorney for ATF.  I sit in the
22    Salt Lake City field office.
23            THE COURT:  Welcome to Federal Court here in Phoenix,
24    Arizona.
25            Do you have any notes or anything with you that you
```

UNITED STATES DISTRICT COURT

23

1    could help with the questions that I have posed the lawyers

2    here in Phoenix?

3           THE WITNESS:  Sir, as it pertains to those specific

4    questions and the actions that were taken in 2018 and 2021, the

5    individual that would be deciding on what administrative action

6    would be pertinent or required would be Kris Babcock.  That's

7    the Director of Industry Operations here in the Phoenix field

8    division.

9           THE COURT:  Where is he?

10          THE WITNESS:  She is --

11          THE COURT:  She.

12          THE WITNESS:  She is available for us to --

13          THE COURT:  Okay.  These aren't questions that are --

14   you know, these hard-hitting questions that no one would

15   anticipate.  These are basic questions.

16          What were the violations?  What were the willful

17   violations?  These aren't things that should be any kind of

18   secret.

19          Where does she physically sit?  I mean, is she

20   downtown Phoenix?  I don't know where the ATF is physically

21   located.  When I was a federal prosecutor, I knew, but I don't

22   know where they are now.  But why isn't she here?

23          MR. CAPPS:  Your Honor, Ms. Babcock's office is

24   downtown Phoenix.  And my understanding is that she is in town

25   today.

UNITED STATES DISTRICT COURT

24

1        THE COURT:  Okay.  Well, if you all aren't prepared to

2   answer questions, why didn't you invite her to come?

3        MR. CAPPS:  Your Honor, as we stated in our position

4   previously filed, we felt that the arguments and briefing would

5   be sufficient.

6        THE COURT:  They're not.  So give some consideration

7   to maybe somebody getting on the phone and getting her over

8   here so these questions can be answered.  But it's your call.

9   Do whatever you want to do.

10       But I am going to decide the case based on the

11  information that I've received during the course of this

12  hearing, not as to some speculation when I have pertinent

13  questions that I need answers to.

14       So no one's new here in terms of lawyers.  Everyone

15  has experience -- and a lot of it.  So these are some things

16  that maybe you should taken into consideration.  However, if it

17  is your office's practice to come in and do the best you can

18  without answering some of the questions, do whatever you feel

19  you need to do.

20       But I'll certainly rule based on the information I

21  have in my possession.  So if you want to call her, call her;

22  if you don't, don't.

23       Let's move on to the third question since we can't

24  answer one or two.  Can you please explain why you found that

25  three of the nine violations in the notice to revoke did not

UNITED STATES DISTRICT COURT

25

1    rise to the level of willfulness required for revocation under

2    the GCA.

3            Section 478.124(c)(3)(i) indicates:  Shall verify the

4    identity of the transferee by examining the identification

5    document as defined in Section 478.11 presented and shall note

6    on the Form 4473 the type of identification used.

7            Do you need me to ask the question again or are you

8    tracking that question?

9            MR. CAPPS:  I am, Your Honor.  And that would be a

10   question best put to the Respondent, Ms. Babcock.

11           THE COURT:  Okay.  I have a similar question under

12   478.131(a)(2).  If the transfer is pursuant to a permit or

13   license in accordance with 478.102(d)(1), the licensee shall

14   either retain a copy of the purchaser's permit or license and

15   attach it to the firearms transaction record, which is Form

16   4473, or record on the firearms transaction record, which is

17   Form 4473 any identifying number, the date of issuance, and the

18   expiration date, if provided, from the permit or licensee.

19           Can you help me with that or is she the best person to

20   respond to that as well?

21           MR. CAPPS:  She's the best person, Your Honor.

22           THE COURT:  How about 478.124(c)(5).  The licensee

23   shall sign and date the form.  If the licensee does not know or

24   have reasonable cause to believe that the transferee is

25   disqualified by law from receiving the firearm and transfer the

UNITED STATES DISTRICT COURT

CHAMBERED CUSTOM FIREARMS-000082

26

```
1   firearm described on Form 4473.
2          Again, Ms. Babcock is the only one that can answer
3   that?
4          MR. CAPPS:  Yes, Your Honor.
5          THE COURT:  Okay.  Well, let's get to question number
6   four, since you can't answer one through three.
7          Can you provide me with any examples of when
8   inadvertent recordkeeping mistakes resulted in public harm?
9          Ms. Babcock again?
10         MR. CAPPS:  Yes, Your Honor.
11         THE COURT:  You two work for -- who do you work for,
12  the Department of Justice?
13         MR. CAPPS:  Yes, Your Honor.
14         THE COURT:  Both of you?
15         MR. TORRES:  Yes, Your Honor.
16         THE COURT:  And Ms. Babcock is a lawyer or what is
17  she?
18         MR. CAPPS:  No, she -- to my knowledge, she is not an
19  attorney.
20         THE COURT:  Well, let's move on.
21         I am -- well, before I get to that, maybe Mr. Allan
22  can help me out.  Mr. Allan, can you help out with any of the
23  Court's -- I have a lot of questions and it appears the
24  petitioners can answer everything, but can you help me with any
25  of these respondent questions?
```

UNITED STATES DISTRICT COURT

27

```
1          MR. ALLAN:  Yes, Your Honor, generally, I can answer
2     some of those questions.
3          THE COURT:  Okay.  Any information -- it would be
4     better than nothing.  So you gentlemen, I really appreciate you
5     both coming up.  Go ahead and have a seat, and hopefully
6     Ms. Babcock is not busy.
7          Come on up, sir -- or both of you.  You need me to
8     reread any of these questions?
9          MR. ALLAN:  I believe your first question was:  Why
10    was there not a revocation after the first three reports of
11    violations; is that correct, Your Honor?
12         THE COURT:  That's correct.  You guys take great notes
13    also.
14         MR. ALLAN:  Thank you, Your Honor.  The reason is the
15    United States through the Department of Bureau of Alcohol,
16    Tobacco, Firearms and Explosives maintains internal operating
17    procedures that list the administrative actions that should be
18    taken in response to reports of violations based on the number
19    and severity of the violations.
20         They enter that information into a database that's
21    known as the Spartan database.
22         THE COURT:  I'm sorry, the what?
23         MR. ALLAN:  The Spartan database, S-P-A-R-T-A-N.  And
24    that provides a recommendation for further administrative
25    action, if any.
```

UNITED STATES DISTRICT COURT

CHAMBERED CUSTOM FIREARMS-000084

1           And based on the information entered, it would either

2    be simply the closing conference that the Industry Operations

3    Investigator held with the licensee when the report of

4    violation was issued.  That is done in every single instance.

5           The next highest level is a warning letter, which is

6    basically a summary of the violations to the licensee and a

7    warning that repeat violations can be considered willful and

8    lead to revocation.

9           The next step up is a warning conference in which the

10   licensee will actually be required to come into the ATF's local

11   office, and depending on the severity of the violations, meet

12   with either an area supervisor or the Director of Industry

13   Operations.

14          And then they would be personally explained what the

15   violations were, why it is important that they not happen

16   again.  And then following the warning conference, the ATF

17   would issue a letter basically summarizing --

18          THE COURT:  How is it that you know so much about the

19   ATF practice and the lawyers for the ATF don't know any of it?

20          MR. ALLAN:  Your Honor, the majority of our practice

21   is involved in the representation of the firearms industry and

22   since the institution of the Biden Administration's zero

23   tolerance policy in June of 2021, we've been involved in

24   numerous of these administrative hearings in front of the ATF

25   throughout the country.

UNITED STATES DISTRICT COURT

CHAMBERED CUSTOM FIREARMS-000085

29

```
1          THE COURT:  Well, I tell you what, Mr. Allan, I
2    certainly appreciate all of that.  Let's go ahead and call your
3    first witness.
4          MR. ALLAN:  Thank you, Your Honor.
5          THE COURT:  I am assuming that the parties have met
6    and conferred, because it appears all the witnesses are sitting
7    in the back of the courtroom.  I guess there's no reason to
8    exclude any witness prior to them testifying?  Is that your
9    position, Mr. Allan?
10         MR. ALLAN:  I don't believe there is any need, Your
11   Honor.
12         THE COURT:  Mr. Capps?
13         MR. CAPPS:  Your Honor, I don't see why --
14         THE COURT:  Sir, we -- you're in federal court.  You
15   represent the Department of Justice.  If anyone knows proper
16   protocol and procedure in a federal courtroom, it should be
17   federal employees that are paid under the Department of Justice
18   umbrella.  Go ahead.
19         MR. CAPPS:  My apologies, Your Honor.
20         I did plan to invoke the rule.
21         THE COURT:  You did?
22         MR. CAPPS:  Yes, sir.
23         THE COURT:  Very well.  The rest of your witnesses
24   need to just leave the courtroom.  There's a little area that
25   is still in the air conditioner.  Once you go through the
```

UNITED STATES DISTRICT COURT

CHAMBERED CUSTOM FIREARMS-000086