1    proper software and get these things rectified or

2    make things even better, but I will say that I had

3    no reason to believe that Jason was not doing a good

4    job, that the employees were, either, until -- once

5    I found out that maybe there was some gaps in our

6    system, then I stepped in and tried to get the

7    situation rectified, but at that point, it is

8    hindsight.

9        **Q. But you were also a responsible person and**

10   **aware of the violations that occurred at the**

11   **conclusion of the 2019 inspection. You just said**

12   **that you were aware of that?**

13       A.  Correct.  And so I was not aware of what

14   exactly the rules were in that situation.  I did not

15   know that APS was not considered to be an acceptable

16   form of secondary identification.  That was not

17   indicated to the store during their first

18   inspection, so that was a violation that we had been

19   given, things of that nature.  So it was kind of a

20   little bit of a learning curve because we were -- I

21   was unaware of -- that SRP is acceptable secondary,

22   APS is not, and then we made corrections, which I

23   think were reflected between the 2019 and the 2021

24   inspections, so we were taking steps to try to

25   mitigate, and then at that point I did step away.

IN RE: CHAMBERED CUSTOM FIREARMS, LLC
ATF FFL Revocation Hearing on 10/19/2023                    Page 38

1        Q.  All right.

2        A.  But I had no indication that Jason Fern or

3   who or anyone was -- I had no reason to believe that

4   there wasn't good management going on there.

5        Q.  And was it your decision to step away and

6   not be involved in day-to-day activities to ensure

7   that these corrections were implemented after

8   2019?

9        A.  That was done by myself and Jason Fern.

10       Q.  But it was a voluntary decision on your part

11  not to be involved in the day-to-day operations?

12       A.  Yes.

13       Q.  And did you attempt to remove yourself as

14  responsible person from the license because you

15  didn't want to be responsible for ensuring

16  compliance?

17       A.  No.  I never really considered it as a

18  liability at that time.

19       Q.  Do you agree that as an owner and the policy

20  maker that you would be responsible for an LLC's

21  functioning and in compliance with the law, whether

22  it's the Gun Control Act or any other law?

23       A.  Yes.

24       Q.  Do you agree that as an owner of a LLC, a

25  primary owner or member that you are responsible for

CHAMBERED CUSTOM FIREARMS-000347

1    ensuring employees are properly trained so they

2    comply with the law?

3         A.  Yes.

4         Q.  Do you understand that as an owner or a

5    member of an LLC that you are the principal actor on

6    behalf of the LLC even though employees may be the

7    people doing the day-to-day activities?

8         A.  I wouldn't consider the manager as that, but

9    I do understand, yes.

10        Q.  Do you believe a manager has more authority

11   and control of the policies and actions of an LLC

12   than the owner?

13        A.  On a daily basis, yes.

14        Q.  But you would agree with me that the owner

15   can fire the manager if they are not doing a good

16   job?

17        A.  Well, yes, if it was a hired manager and not

18   the owner manager.

19        MR. WARE:  Let's take a brief recess.  Can

20   we take a brief recess?

21        HEARING OFFICER:  Okay.  We will take five

22   minutes.  Is that enough?

23        MR. WARE:  That's enough for me.

24        HEARING OFFICER:  Okay.  It's now 9:40.  We

25   will be back at 9:45.

CHAMBERED CUSTOM FIREARMS-000348

IN RE: CHAMBERED CUSTOM FIREARMS, LLC
ATF FFL Revocation Hearing on 10/19/2023                    Page 40

```
 1                    (WHEREUPON, a short break was taken from
 2                    9:40 a.m. to 9:47 a.m.)
 3                    HEARING OFFICER:  It's 9:47.  We are back on
 4         the record.
 5              Q.  BY MR. WARE:  During the break, I attempted
 6         to send five exhibits to your counsel,
 7         Mr. Lamontagne.  They are 4473s.  I'm going to show
 8         it up here on the screen, but before I do that, I
 9         just want to clarify, during your testimony, I
10         thought I heard you saying relocation of Chambered
11         Group.  I wasn't sure if you meant revocation.
12                    When you were talking about that, did you --
13         were you ever trying to relocate Chambered Group to
14         some other place, or did you mean revocation of the
15         license?
16              A.  I don't know what the question was it
17         referred to, but I would not say relocation, no.
18              Q.  I think a couple times when you referred to
19         Chambered Group I heard, and maybe it's just me with
20         my bad hearing, that you were saying Chambered Group
21         was being relocated, and I think you were trying to
22         say revocation.
23              A.  No.
24              Q.  Okay.  I just want to make sure.  There is
25         no attempt and there is no desire to relocate
```

CHAMBERED CUSTOM FIREARMS-000349

IN RE: CHAMBERED CUSTOM FIREARMS, LLC
ATF FFL Revocation Hearing on 10/19/2023                      Page 41

1    Chambered Group, as far as you know?

2        A.  No.

3            MR. WARE:  Mr. Allan, did you receive those

4    documents yet?

5            MR. ALLAN:  I did not.  I'm looking to see

6    whether they could have gone anywhere else, but --

7    in spam or anything, so --

8            MR. WARE:  I'm going to display Government

9    Exhibit 10.  Can you see the document on the

10   screen.

11           MR. ALLAN:  Yes.

12       Q.  BY MR. WARE:  Mr. Lamontagne, can you see

13   the document on the screen?

14       A.  Yes.

15       Q.  And I'm going to scroll down to the bottom

16   of the document.  In block 34, do you recognize that

17   name and signature?

18       A.  That is my name, yes.

19       Q.  So you executed this 4473 on behalf of the

20   license in 2019; is that correct?

21       A.  Correct.

22       Q.  And this was one of the examples that you

23   said that early on from 2018 to around 2020 or so

24   you were sometimes in the office, sometimes working

25   and doing some of the day-to-day activities; is that

CHAMBERED CUSTOM FIREARMS-000350

1    correct?

2        A.  Yes.  I have never been there every day or

3    in the day to day, but I have -- I was there more

4    frequently up to '21, yes.

5        **Q.  And I'm not trying to beat you up on this**

6    **one, but I'm going to turn your attention to page 2**

7    **of Exhibit 10.  Do you see block 14 and 15?**

8        A.  Yes.  It's the missing certification date.

9        **Q.  And were you aware that the license was**

10   **cited for not ensuring that the certification dates**

11   **on forms were filled out?**

12       A.  Yes.  This was my first audit and that

13   was -- I was made aware of just -- you know, that

14   this needs to be way more seriously looked at,

15   yes.

16       **Q.  And what steps did you take as the**

17   **responsible person on the license to ensure your**

18   **employees and the other manager was ensuring the**

19   **certificate dates and forms were being filled out**

20   **correctly?**

21       A.  So at that time it was just myself and

22   Mr. Fern.  Mr. Fern was there, basically, six days a

23   week.  He was there from opening until closing at

24   that time, and I would just come in periodically,

25   and we essentially started going through the forms,

CHAMBERED CUSTOM FIREARMS-000351

1    both looking at them as best we could when I was

2    available to look at them just trying to make

3    corrections and make sure we didn't make the same

4    mistakes over again.

5        **Q.  So is it fair to say your attempt to make**

6    **sure these didn't occur again is talk to Mr. Fern**

7    **and be more diligent in looking at the forms?**

8        A.  At that time we were, yes.  That would be

9    correct.  I was fairly new at that time and I really

10   didn't have much experience, so I didn't have a

11   whole lot to offer at that moment.  I kind of

12   referred to him to try to help me understand better

13   what we needed to do, and at that time we were

14   looking at the electronic 4473s.

15       **Q.  Back in 2019?**

16       A.  Well, yeah.  In 2019, we -- so we were at

17   SHOT Show.  We just exited SHOT Show, and that's

18   when we got the notice of the fact that we were

19   going to have the -- that he was going to be going

20   to this hearing for the violations, and at that

21   point, we were going to proceed to go look for some

22   software, but that is also -- two months later we

23   had -- you know, the coronavirus started and that

24   kind of really put us back on our heels quite a bit,

25   but we were doing the best we could to correct any

IN RE: CHAMBERED CUSTOM FIREARMS, LLC
ATF FFL Revocation Hearing on 10/19/2023                    Page 44

1   mistakes we made making sure that no longer would we

2   take APS, that the corrections -- the things that

3   she pointed out, we were correcting those errors.

4          MR. WARE:  Mr. Allan, did that email come

5   through with the other exhibits?

6          MR. ALLAN:  It did.

7          MR. WARE:  Have you had an opportunity to

8   look at Exhibit 10.1, 10.2, 10.3, 10.4 and 10.5?

9   None of them contain additional errors on them, but

10  look at the signature block of Mr. Lamontagne.

11         MR. ALLAN:  Give me one second.  Let me take

12  a look.  I have to pull them up individually since

13  they are separate things.

14         Okay.  I looked at 1, 2 and 3.

15         MR. WARE:  Any objection?  We are offering

16  these simply to show that during this time frame in

17  2018, 2019 Mr. Lamontagne, on occasion, was

18  executing 4473s and participating consistent with

19  his testimony here today.

20         MR. ALLAN:  Yes.  I have no objection on

21  that.

22         MR. WARE:  So we will offer Exhibits 10,

23  10.1, 10.2, 10.3, 10.4 and 10.5 for consideration to

24  the DIO.

25      Q.  BY MR. WARE:  Mr. Lamontagne, what I was

CHAMBERED CUSTOM FIREARMS-000353

IN RE: CHAMBERED CUSTOM FIREARMS, LLC
ATF FFL Revocation Hearing on 10/19/2023                    Page 45

1    doing, and, unfortunately, you don't have the

2    benefit of looking at them.  These are just 4473s, a

3    collection that you executed as an owner.  None of

4    them have an error except for that first one.

5    That's not why we are putting them in.  I just

6    wanted to comment and make sure you understood what

7    was being offered?

8        A.  Yes, I understand.

9            MR. WARE:  Ms. Babcock, I have no further

10   questions for Mr. Lamontagne.

11           HEARING OFFICER:  Okay.  Mr. Allan, do you

12   have any questions you'd like to ask?

13           MR. ALLAN:  I do.  Give me one second to get

14   back up.

15           HEARING OFFICER:  Okay.

16

17                    FURTHER EXAMINATION

18   BY MR. ALLAN:

19       Q.  Okay.  Mr. Lamontagne, as you testified

20   before, during the period from 2018 to 2019 you did

21   complete some 4473 forms on behalf of Chambered

22   Group USA as the seller; correct?

23       A.  Yes.

24       Q.  Okay.  And during the period from April 2021

25   through April 2022, you did not complete any 4473

CHAMBERED CUSTOM FIREARMS-000354

1    forms on behalf of Chambered Group USA other than

2    ones where you were buying a firearm; correct?

3        A.  Yes.

4        Q.  Okay.  Now, you had testified a bit about

5    applying for an FFL for Chambered Custom Firearms at

6    a different location and there was a lot of

7    discussion about manufacturing firearms.

8            Would you be doing different operations as

9    far as manufacturing firearms at the location at

10   which Chambered Custom Firearms was going to be

11   located as opposed to what could be done at the

12   location of Chambered Group USA?

13       A.  I'm sorry.  It broke up a little bit.  I

14   hate to ask it, but could you repeat it one more

15   time?

16       Q.  Yes, of course.

17           Chambered Custom Firearms was going to be

18   located at a different address than Chambered Group;

19   is that correct?

20       A.  Yes.

21       Q.  What was the address for Chambered Custom

22   Firearms?

23       A.  520 North Bullard Avenue.

24       Q.  Is there an existing business there?

25       A.  Yes.

CHAMBERED CUSTOM FIREARMS-000355

IN RE: CHAMBERED CUSTOM FIREARMS, LLC
ATF FFL Revocation Hearing on 10/19/2023                    Page 47

1          Q.  What business is that?

2          A.  There is an additional -- another machine

3     shop located who I share this facility with.

4          Q.  Okay.  Would you -- were you intending to do

5     manufacturing activities on firearms using the

6     equipment available at that machine shop that you

7     could not do at the location where Chambered Group

8     USA was located?

9          A.  Correct.

10          Q.  Okay.  Had you had discussions with the ATF

11     about wanting to do manufacturing activities at the

12     machine shop?

13          A.  Yes.

14          Q.  Okay.  And did they advise you that you

15     would need a new FFL for that purpose?

16          A.  Yes.

17          Q.  And do you recall approximately when those

18     discussions were?

19          A.  That was -- I spoke to Tara when she was

20     doing that last inspection.

21          Q.  Okay.  So that would have been sometime in

22     April of 2022?

23          A.  If that's when it was.  I apologize.  I

24     don't know the date when that was, but when they

25     were doing that last inspection, she was speaking to

CHAMBERED CUSTOM FIREARMS-000356

```
1   me about manufacturing, and I informed her what I

2   was thinking of doing in the future with

3   manufacturing the complete firearm versus getting a

4   variance which is how we were doing it currently.

5        Q.  Okay.

6        A.  And I needed to get a new license for this

7   location, specifically, because, obviously, you

8   can't manufacture under the same license in a

9   different location, so other that using a variance,

10  which I have currently, I was hoping to eventually

11  make my own with the machines that we currently have

12  to make parts.

13       Q.  Okay.  So this would have been while she was

14  at Chambered Group USA conducting the last -- the

15  most recent inspection that led to the notice of

16  revocation; correct?

17       A.  Correct.

18       Q.  So you were planning to open a new business

19  that would do manufacturing at the machine shop was

20  based on your discussions with her before you even

21  received the report of violations that led to the

22  notice of revocation; is that correct?

23       A.  Correct.

24       Q.  And you mentioned manufacturing under a

25  variance.  Can you describe what type of
```

CHAMBERED CUSTOM FIREARMS-000357

1    manufacturing activity that Chambered Group USA was

2    already conducting pursuant to its 07 license?

3        A.  Yes.  We were having Cheely manufacture

4    lower receivers for custom pistols under a variance

5    for Chambered Group.

6        Q.  Okay.  And did that basically involve

7    assembling a complete firearm from a completed frame

8    or receiver?

9        A.  Correct.

10       Q.  Okay.  And the activity that you were

11   seeking to do at the new location where the machine

12   shop is located, would that involve actually

13   creating lopers or frames instead of getting them

14   from somebody else pursuant to a variance?

15       A.  Correct.

16       Q.  Now, at the time that Custom -- Chambered

17   Custom Firearms submitted an application for an FFL

18   and was organized, was it the intention that there

19   would be two separate businesses with two separate

20   FFL's operating at the same time at different

21   locations?

22       A.  Correct.

23       Q.  Okay.  And Chambered Custom Firearms was

24   only going to be doing manufacturing operations of

25   creating frames and receivers at the new address;

CHAMBERED CUSTOM FIREARMS-000358

IN RE: CHAMBERED CUSTOM FIREARMS, LLC
ATF FFL Revocation Hearing on 10/19/2023                    Page 50

```
 1   correct?

 2        A.  Correct.

 3        Q.  And then Chambered Group USA was going to be

 4   continuing the retail sale of firearms and assembly

 5   of firearms at its existing location; correct?

 6        A.  Correct.

 7        Q.  And since the notice of revocation of the

 8   FFL for Chambered Group USA, did you have a change

 9   of plan in that you would have Chambered Custom

10   Firearms take over operations from Chambered Group

11   with regard to not only manufacturing firearms, but,

12   also, selling firearms?

13        A.  Correct.

14        Q.  And was there a discussion, as well, about

15   Chambered Custom Firearms submitting a second

16   application for an FFL at the location at which

17   Chambered Group is currently located?

18        A.  Correct.

19        Q.  Okay.  And if that FFL was issued, would

20   Chambered Group USA then transfer the firearms it

21   has in its acquisition and disposition records

22   through the new FFL for Chambered Custom Firearms

23   and surrender its FFL and all of its records

24   required under the Gun Control Act to the ATF and,

25   essentially, cease business?
```

CHAMBERED CUSTOM FIREARMS-000359

1        A.  Yes.  Correct.
2        Q.  Now, there was a lot of discussion about you
3    being a responsible person on the FFL for Chambered
4    Group.
5             Was it your understanding that you were made
6    an FFL because you were going to be the person
7    responsible for setting the policies and procedures
8    of Chambered Group USA and supervising the employees
9    on a day-to-day basis?
10       A.  No.
11       Q.  Were you basically informed by Mr. Fern that
12   because you were buying shares in the company you
13   were automatically required to submit an application
14   as a responsible person?
15       A.  Yes.
16       Q.  In the period from 2018 to 2019 when you
17   were working at Chambered Group USA and completed
18   the 4473 forms, for example, that were marked as
19   Exhibit 10, were you learning the process of selling
20   firearms in connection with the new business you had
21   purchased?
22       A.  Yes.
23       Q.  Were you the person who was supervising the
24   employees, setting the policies and procedures, or
25   making any changes to the policies and procedures?

CHAMBERED CUSTOM FIREARMS-000360

```
 1        A.  No.
 2        Q.  And was that Jason Fern who was also an
 3   owner of the business who had operated it since it
 4   was originally organized and was also responsible
 5   who had that role?
 6        A.  Yes.
 7        Q.  To your knowledge, when you stopped, you
 8   know, doing any work at Chambered Custom in 2018 or
 9   2019, did you have the option to be removed as a
10   responsible person under the FFL while still
11   maintaining an ownership interest, to your
12   knowledge?
13        A.  Not to my knowledge.
14             MR. ALLAN:  Okay.  I have no further
15   questions at this point.
16             HEARING OFFICER:  Okay.
17             MR. WARE:  Thank you.  I have no further
18   questions.
19             HEARING OFFICER:  Okay.  I have no questions
20   myself.
21             Does anybody have anything they want to say
22   or add to the record before I close this out?
23             MR. ALLAN:  Yes.  I'd like, basically, to
24   make a brief statement.
25             The reference provision under the Gun
```

CHAMBERED CUSTOM FIREARMS-000361

```
 1   Control Act under which Chambered Custom Firearms
 2   application for an FFL was denied is -- states,
 3   basically, that an applicant for an FFL that has
 4   been found willfully violated the Gun Control Act is
 5   ineligible for a license.  The applicant for an FFL
 6   in this case is Chambered Custom Firearms USA which
 7   has not been found to have willfully violated the
 8   Gun Control Act or ever actually been involved in
 9   the firearms business as a firearms license holder.
10   The regulation does not state specifically that
11   somebody who has been a responsible person on an FFL
12   is then ineligible to be a responsible person on
13   another FFL.  There are numerous instances in which
14   a Federal Firearms License for one entity has been
15   revoked and a responsible person on that license
16   maintains as a responsible person on other federal
17   firearms licensees.
18          Based on the reason on which this was
19   denied, for example, if a large chain store such as
20   Walmart was to have the FFL of one of its stores
21   revoked, it would never be able to open up another
22   firearm at another store and receive an FFL at that
23   location for the simple reason that its chief
24   executive officer would be considered, as a matter
25   of law, to be a responsible person on the FFL for
```

CHAMBERED CUSTOM FIREARMS-000362

```
 1   all locations, and it's out position that is not

 2   what is required under the language of the Gun

 3   Control Act and that Mr. Lamontagne was not

 4   specifically involved in the day-to-day operations

 5   and did not have any personal violations of the Gun

 6   Control Act during the compliance inspection, that

 7   he is not disqualified from being a responsible

 8   person on a Federal Firearms License for another

 9   entity.

10           And, in addition, that regardless of whether

11   Mr. Lamontagne or somebody else is listed as a

12   responsible person on the application for Chambered

13   Custom Firearms, that, as a newly formed entity,

14   there is no basis to deny its application on the

15   grounds that, as an applicant, it had willfully

16   violated the Gun Control Act.

17           That's all I wanted to say.

18           HEARING OFFICER:  Okay.  Mr. Ware, do you

19   have anything else?

20           MR. WARE:  I just want to make one minor

21   comment just to clarify the record.  An applicant

22   under 18 U.S.C. 923 (d)(1)(b) includes the case of

23   an LLC any persons who directly and indirectly have

24   the power, direction, management policies of the

25   corporation.  In this particular case, the applicant
```

CHAMBERED CUSTOM FIREARMS-000363

1    is Chambered Customs, LLC, and includes any of their

2    owners, which would be Mr. Lamontagne, so he's an

3    applicant, and under 18 U.S.C. 923 (d)(1)(d), an

4    applicant -- you can deny a license if an applicant,

5    which would include those individuals, has willfully

6    failed to disclose any material information or has

7    been a willful violator under 923(d)(1)(c), and

8    that's the basis that the notice referred to, not

9    alleging that Mr. Lamontagne personally committed

10   all these things, but that he is responsible for a

11   license that was a willful violator.

12              HEARING OFFICER:  Okay.

13              MR. ALLAN:  Just to clarify, did you say --

14   while you were giving the definition, were you

15   saying that that's the definition of an applicant,

16   or the definition of a responsible person?

17              MR. WARE:  Applicant.  You mentioned that

18   the applicant wasn't Mr. Lamontagne.  You said that

19   the applicant was Chambered Customs, and I just want

20   to make it clear the applicant includes all those

21   persons.  If you look at the definition of applicant

22   under 18 U.S.C. 923 (d)(1)(d).

23              MR. ALLAN:  D, as in delta, or B as in

24   bravo?

25              MR. WARE:  D as in delta.

```
1            MR. ALLAN:  Okay.

2            HEARING OFFICER:  Does anyone have anything

3    further they want to add?

4            MR. ALLAN:  Not at this time.

5            HEARING OFFICER:  Okay.

6            MR. WARE:  No, thank you.

7            HEARING OFFICER:  Okay.  So what I'm going

8    to do is read my postamble so we can conclude this.

9    I do want to thank everyone.  I believe I do have

10   all the information I need.  I will make my final

11   decision based on the information provided at the

12   hearing today and the record before me.  If the

13   decision is that the license is not -- excuse me.

14   If the decision is that the application will not be

15   denied, you will receive a written notice of that

16   decision.  In the event that it's determined that

17   the application will be denied, you will receive a

18   final notice of denial of application.  You will

19   also receive a copy of my findings and conclusions.

20   If you receive a final notice, you may file a

21   request in Federal District Court where you conduct

22   business under the provisions of section 923(f), as

23   in Frank, (3), Title 18, United States Code for de

24   novo hearing.  This request must be submitted within

25   60 days of the receipt of a notice to deny.
```

CHAMBERED CUSTOM FIREARMS-000365

**IN RE: CHAMBERED CUSTOM FIREARMS, LLC**
**ATF FFL Revocation Hearing on 10/19/2023**                    Page 57

```
 1           Is there anything else that anyone would
 2    like to add before I do conclude this?
 3           MR. ALLAN:  Yes.  Briefly, I just looked at
 4    the provision, and 18 U.S.C. 923 (d)(1)(b), as in
 5    bravo, makes reference to the applicants not being
 6    prohibited from transporting, shipping or receiving
 7    firearms or ammunition in interstate or foreign
 8    commerce, and that states that in that case the
 9    applicant includes a corporation and an individual
10    possessing the power under (d)(1), Chart C, as in
11    Charlie, which is the provision under which the
12    application for an FFL was denied.  It simply states
13    that the applicant with making no reference to
14    somebody who has the ability to control the policies
15    in the case of a corporation has willfully violated
16    any of the provisions under this chapter or
17    regulations issued hereunder, and based upon the
18    fact that those are two different provisions, one of
19    which includes responsible persons and one of which
20    does not, it's our position that the relevant law
21    makes that distinction for a difference, and there
22    is no authority to deny an application for an FFL
23    simply because a responsible person was also a
24    responsible person on an FFL that was found to have
25    willfully violated the Gun Control Act provided that
```

CHAMBERED CUSTOM FIREARMS-000366

1   that responsible person personally is not prohibited

2   from possessing firearms under the Gun Control Act.

3           HEARING OFFICER:  Okay.  Anything else?

4           MR. ALLAN:  No.  Thank you.

5           HEARING OFFICER:  Okay.  So if there is

6   nothing further anyone would like to add, the time

7   is 10:09 a.m.  The hearing is closed.

8           (WHEREUPON, the proceedings were concluded

9           at 10:09 a.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CHAMBERED CUSTOM FIREARMS-000367

IN RE: CHAMBERED CUSTOM FIREARMS, LLC
ATF FFL Revocation Hearing on 10/19/2023

Page 59

```
1    STATE OF ARIZONA           )
                                 ) ss
2    COUNTY OF MARICOPA          )

3              BE IT KNOWN that the foregoing proceedings
     were taken before me; that the witness before
4    testifying was duly sworn by me to testify to the
     whole truth; that the foregoing pages are a full,
5    true and accurate record of the proceedings, all
     done to the best of my skill and ability; that the
6    proceedings were taken down by me in shorthand and
     thereafter reduced to print under my direction.
7
               I CERTIFY that I am in no way related to any
8    of the parties hereto, nor am I in any way
     interested in the outcome hereof.
9

10        [ ] Review and signature was requested.
          [ ] Review and signature was waived.
11        [X] Review and signature was not requested.

12

13        I CERTIFY that I have complied with the
     ethical obligations set forth in ACJA 7-206(F)(3)
14   and ACJA 7-206 J(1)(g)(1) and (2).  Dated at
     Phoenix, Arizona, this 3rd day of November, 2023.
15

16                    JEFFREY W. BARTELT, CSR, RPR
                      Certified Reporter
17                    Arizona CR No. 50363
                      NM CSR #538
18

     I CERTIFY that BARTELT|NIX REPORTING has
19   complied with the ethical obligations set forth in
     ACJA 7-206 (J)(1)(g)(1) and (2).
20

21                    BARTELT|NIX REPORTING, LLC
                      Registered Reporting Firm No. R1028
22

23

24

25
```

CHAMBERED CUSTOM FIREARMS-000368

**IN RE: CHAMBERED CUSTOM FIREARMS, LLC**
ATF FFL Revocation Hearing on 10/19/2023          Index: (3)..478

**(**

**(3)**   56:23

**(d)(1)**   57:10

**(d)(1)(b)**
 54:22 57:4

**(d)(1)(d)**
 55:3,22

**(e)**   5:3

**0**

**01**   12:14,15
 33:24

**07**   12:14,
 15,16
 31:21 49:2

**1**

**1**   4:4 44:14

**10**   6:10,22
 9:12 41:9
 42:7 44:22
 51:19

**10.1**   44:8,
 23

**10.2**   44:8,
 23

**10.3**   44:8,
 23

**10.4**   44:8,
 23

**10.5**   4:4
 44:8,23

**1000**   4:14

**10:09**   58:7,9

**10th**   13:21
 14:3

**11**   8:17

**113**   12:22

**14**   42:7

**15**   42:7

**151**   34:22

**15605**   12:21

**16**   8:10

**18**   10:2
 54:22
 55:3,22
 56:23 57:4

**19**   4:1 8:20

**1996**   28:1

**19th**   4:12
 20:16 27:4

**2**

**2**   6:24 42:6
 44:14

**20**   8:23

**2018**   8:14
 15:17
 16:24
 17:10
 28:23

**29**:2,16,21
 35:25
 41:23
 44:17
 45:20
 51:16 52:8

**2019**   29:7,
 16 30:10,
 17 32:7
 35:25
 37:11,23
 38:8 41:20
 43:15,16
 44:17
 45:20
 51:16 52:9

**2020**   35:25
 41:23

**2021**   18:3
 19:14
 20:20
 29:18
 36:1,12
 37:23
 45:24

**2022**   18:2,3
 20:2 21:17
 23:12
 24:5,12
 34:8
 36:11,12
 45:25
 47:22

**2023**   4:1,12
 6:23 8:11,
 17,20,23

**11**:17,21
 13:21
 14:2,3
 30:22
 32:7,12
 34:7

**21**   7:16
 36:21 42:4

**27**   5:2

**3**

**3**   7:1 44:14

**34**   41:16

**37**   12:23

**4**

**4**   7:4,15

**40**   4:13

**4473**   18:20
 21:12
 22:5,7,11,
 15 23:23
 25:19,24
 26:4,25
 27:8 41:19
 45:21,25
 51:18

**4473B**   23:16,
 18 25:19
 29:2 40:7
 43:14
 44:18 45:2

**478**   5:3

CHAMBERED CUSTOM FIREARMS-000369

**IN RE: CHAMBERED CUSTOM FIREARMS, LLC**
ATF FFL Revocation  Hearing  on 10/19/2023          Index: 5..Allan

———————————————
        **5**
———————————————

5   8:14

5.1   7:8,14

5.2   8:9

520   12:22
  13:3 46:23

5300.4   5:2,4

———————————————
        **6**
———————————————

6   8:12

60   56:25

———————————————
        **7**
———————————————

7   8:16

———————————————
        **8**
———————————————

8   8:18
  29:12

85004   4:14

8:58   4:2,11

———————————————
        **9**
———————————————

9   8:21
  34:22

923   10:2
  54:22
  55:3,22
  57:4

923(d)(1)(c)
  55:7

923(f)   56:22

9:40   39:24
  40:2

9:45   39:25

9:47   40:2,3

———————————————
        **A**
———————————————

A-L-L-A-N
  5:21

a.m.   4:2,11
  40:2 58:7,
  9

ability
  57:14

acceptable
  37:15,21

accountable
  36:16

accurate
  5:12 31:14
  32:9

accurately
  26:14

accused
  22:25

acquisition
  21:21
  50:21

act   22:25
  23:8 26:19
  33:23
  35:16
  38:22

50:24
53:1,4,8
54:3,6,16
57:25 58:2

acting   36:6

action   19:16

actions   35:3
  36:10,16
  39:11

active   28:9
  29:2

actively
  32:8,13
  33:8

activities
  13:8 25:12
  29:13,15,
  23 32:4
  38:6 39:7
  41:25
  47:5,11

activity
  49:1,10

actor   30:5
  39:5

acts   36:14

add   52:22
  56:3 57:2
  58:6

added   12:13
  16:21

adding   31:19

addition

25:24
33:22
54:10

additional
  44:9 47:2

address   5:9
  46:18,21
  49:25

administrative
  4:24 19:15

adopted
  19:20

advise   47:14

advised
  31:24

agree   38:19,
  24 39:14

ahead   6:5
  10:9

Alcohol   4:21

Allan   5:21
  6:7,11,18
  7:12 8:24
  9:2,12,13
  10:8,10,
  19,24
  28:12
  32:16,20
  34:22
  41:3,5,11
  44:4,6,11,
  20 45:11,
  13,18
  52:14,23

CHAMBERED CUSTOM FIREARMS-000370

IN RE: CHAMBERED CUSTOM FIREARMS, LLC
ATF FFL Revocation Hearing on 10/19/2023          Index: alleged..based

55:13,23
56:1,4
57:3 58:4

**alleged**  21:6

**alleging**
7:20 55:9

**Amended**  7:4

**ammunition**
57:7

**amount**  36:22

**answering**
35:19

**Answers**  5:13

**anymore**  25:3

**apologize**
14:19 17:5
31:3 35:18
47:23

**appears**  7:15

**applicant**
4:15 5:15
6:25 10:4
53:3,5
54:15,21,
25 55:3,4,
15,17,18,
19,20,21
57:9,13

**applicants**
57:5

**application**
5:1,7 6:22
7:8 8:10,

12 9:18
10:3,16
11:18,23
12:3,12,
16,19,25
13:19,25
14:8,25
15:10 23:4
28:22 33:2
49:17
50:16
51:13 53:2
54:12,14
56:14,17,
18 57:12,
22

**applied**
27:15
30:21
32:14 34:6

**apply**  13:11

**applying**
34:13 46:5

**approximately**
47:17

**April**  18:2,3
45:24,25
47:22

**APS**  37:15,
22 44:2

**Arizona**  4:1,
14

**aspect**  23:24

**assault**
11:25

**assembling**
49:7

**assembly**
50:4

**ATF**  5:1,4,
25 7:25
10:11
12:11 13:5
17:17
19:14
25:12 34:7
47:10
50:24

**ATF's**  32:18

**attempt**
33:13
38:13
40:25 43:5

**attempted**
40:5

**attend**  19:1

**attention**
7:15 11:9
42:6

**audible**  5:13

**audit**  42:12

**August**  6:22
13:21 14:3

**authority**
4:21 39:10
57:22

**automatically**
51:13

**Avenue**  4:14
46:23

**aware**  13:24
17:16,20
19:13
23:19
30:16 34:7
37:10,12,
13 42:9,13

_____

**B**

**Babcock**  4:17
45:9

**back**  19:8
31:12 33:1
35:13,24
39:25 40:3
43:15,24
45:14

**background**
27:21

**bad**  40:20

**bang**  18:14

**based**  10:2
17:19
19:13,21
20:15
23:23
24:11
27:13
48:20
53:18
56:11
57:17

CHAMBERED CUSTOM FIREARMS-000371

IN RE: CHAMBERED CUSTOM FIREARMS, LLC
ATF FFL Revocation  Hearing  on 10/19/2021

**basically**
  15:18,21
  42:22 49:6
  51:11
  52:23 53:3

**basis** 9:14
  17:3,14
  30:9 39:13
  51:9 54:14
  55:8

**beat** 42:5

**began** 18:2,5

**begin** 14:13

**beginning**
  29:4

**begun** 4:11

**behalf** 5:16,
  25 11:19
  13:1,20
  14:1
  22:11,12
  23:4 27:16
  36:6 39:6
  41:19
  45:21 46:1

**benefit** 45:2

**bit** 12:2
  14:16,17
  23:10
  27:24 31:5
  32:17
  37:20
  43:24
  46:4,13

**block** 41:16
  42:7 44:10

**book** 23:17

**books** 23:16

**bottom** 41:15

**bought** 16:4,
  9

**bravo** 55:24
  57:5

**break** 30:23
  40:1,5

**Briefly** 57:3

**broke** 46:13

**brought**
  23:13

**building**
  13:2 16:1

**Bullard**
  12:23 13:3
  46:23

**Bureau** 4:21

**business**
  13:14
  16:3,5,25
  17:2,14
  21:3,8
  22:1 25:8,
  10 28:1,2,
  7,10 29:6
  33:13
  34:24
  36:19
  46:24 47:1

48:18
  50:25
  51:20 52:3
  53:9 56:22

**businesses**
  27:22 30:8
  49:19

**buying** 27:10
  46:2 51:12

———————————

**C**

———————————

**call** 9:7

**calling**
  10:14

**capacity**
  23:1

**case** 14:22
  53:6
  54:22,25
  57:8,15

**cease** 50:25

**Central** 4:13

**certificate**
  42:19

**certification**
  42:8,10

**chain** 53:19

**Chambered**
  5:22 8:14,
  17,19 9:4,
  5,6,7,15
  11:4,8,9,
  10,15,19,

22 12:9,
  18,20,21,
  22,25
  13:7,13,20
  14:1,4,7,
  24 15:4,6,
  8,10,15,16
  16:5,8,14,
  24 17:1,
  10,18
  18:1,6
  22:11,21
  23:4,7,11
  24:3,16,
  23,24
  25:7,9,22
  27:10,16
  28:5,20,21
  29:19
  30:10,18,
  24 31:2,8,
  12,19,21,
  23 32:5
  33:2,5,9,
  19,20
  34:8,12,
  18,24
  35:21
  40:10,13,
  19,20 41:1
  45:21
  46:1,5,10,
  12,17,18,
  21 47:7
  48:14
  49:1,5,16,
  23 50:3,8,
  9,10,15,

CHAMBERED CUSTOM FIREARMS-000372