**IN RE: CHAMBERED CUSTOM FIREARMS, LLC**
ATF FFL Revocation  Hearing  on 10/19/2023    Index: change..continue

17,20,22
51:3,8,17
52:8 53:1,
6 54:12
55:1,19

change  12:13
24:3,16
50:8

changed  7:5
20:11 24:6
35:13

chapter
57:16

Charlie
57:11

Chart  57:10

check  27:6,7

checked  12:4

checklist
26:24

Cheely  49:3

chief  53:23

chose  31:18

cited  21:16
42:10

clarification
9:2

clarify  11:6
32:16 40:9
54:21
55:13

clear  5:12
8:2 35:11,

12,23
55:20

clicked
10:16

close  52:22

closed  58:7

closing
42:23

co-owner
36:20

Code  5:3
56:23

coding  20:17

Cole  16:9

collection
45:3

collectively
30:18

color  20:17

comment  45:6
54:21

commerce
57:8

committed
55:9

company
17:11
51:12

compared
26:3

complete
45:21,25

48:3 49:7

completed
49:7 51:17

completing
22:6

completion
21:12 26:3

compliance
17:25 18:4
20:2 21:17
22:9 24:13
26:10,16
35:15
38:16,21
54:6

complies
28:8

comply  39:2

complying
36:7

computer
26:8

concern
36:23,24

concerned
18:13

concerns
18:5

conclude
56:8 57:2

concluded
58:8

conclusion

20:1 37:11

conclusions
56:19

conduct
19:14 25:8
56:21

conducted
10:15
13:14
17:17

conducting
25:9 28:2
48:14 49:2

conference
19:15,22

confusing
11:11
32:24

confusion
32:17

connection
51:20

consideration
9:12 44:23

considered
37:15
38:17
53:24

consistent
44:18

contacted
20:3

continue

CHAMBERED CUSTOM FIREARMS-000373

**IN RE: CHAMBERED CUSTOM FIREARMS, LLC**
ATF FFL Revocation  Hearing  on 10/19/2023          Index: continued..de

18:17
31:4,25

**continued**
24:10 29:7

**continuing**
50:4

**control**
22:25 23:8
26:19
35:16
38:22
39:11
50:24
53:1,4,8
54:3,6,16
57:14,25
58:2

**copy**  56:19

**coronavirus**
18:25
43:23

**corporate**
8:4

**corporation**
35:7 54:25
57:9,15

**correct**  9:8
12:9 13:22
20:18
21:9,10
23:25
24:13,14
26:1,21
27:2,7,13,
18,19

28:23
29:4,8,17,
25 30:6,7,
15,20,25
33:5 34:9
37:13
41:20,21
42:1 43:9,
25 45:22
46:2,19
47:9
48:16,17,
22,23
49:9,15,22
50:1,2,5,
6,13,18
51:1

**correcting**
44:3

**corrections**
37:22 38:7
43:3 44:2

**correctly**
8:3 42:20

**counsel**  4:15
5:21 10:13
28:25 40:6

**couple**  5:8
15:23
40:18

**court**  14:10
34:21,25
56:21

**cousin**  22:20

**covered**  18:2

22:9

**creating**
49:13,25

**current**
24:22
33:25

**curve**  37:20

**custom**  5:22
11:4,10,
15,20,23
12:18,22,
25 13:2,
10,11,13,
20 14:1,7
15:10 16:1
23:4 25:7,
22 27:10,
16,18 28:5
30:23
31:11,18,
25 32:8,13
33:3,15,
16,22
46:5,10,
17,21
49:4,16,
17,23
50:9,15,22
52:8 53:1,
6 54:13

**Custom's**  9:7

**customer**
27:11

**customers**
22:10

**Customs**
8:14,17
9:4,7,15
30:24
33:2,3,9,
19 55:1,19

**Customs'**
14:24

——————————

D

**daily**  39:13

**date**  4:11
7:5 42:8
47:24

**dated**  6:22

**dates**  42:10,
19

**day**  21:2,3
25:20,23
26:13
42:2,3

**day-to-day**
17:3,14
25:11,15
29:12,15,
23 30:13
32:4 38:6,
11 39:7
41:25 51:9
54:4

**days**  21:8
42:22
56:25

**de**  56:23

CHAMBERED CUSTOM FIREARMS-000374

IN RE: CHAMBERED CUSTOM FIREARMS, LLC
ATF FFL Revocation  Hearing  on 10/19/2023Index: December..ensuring

December
  34:8

decided
  15:24
  31:22
  32:6,12

decision
  38:5,10
  56:11,13,
  14,16

definition
  32:18
  55:14,15,
  16,21

delay  14:17
  18:20
  21:7,9

delta  55:23,
  25

denial  9:14,
  18 14:3
  15:3 56:18

denied  5:7
  9:23,24
  13:21
  14:8,25
  23:5 53:2,
  19 56:15,
  17 57:12

deny  5:1
  6:22 54:14
  55:4 56:25
  57:22

denying  8:22

Department
  4:22

describe
  15:14
  27:24
  48:25

desire  34:17
  40:25

determined
  56:16

difference
  57:21

differently
  25:8

difficulty
  19:4

diligent
  43:7

DIO  44:24

direct  25:14
  28:11
  36:18

direction
  4:20 54:24

directly
  25:17
  35:4,8
  36:19
  54:23

Director
  4:18 10:2

disclose
  55:6

discussed
  12:4 26:22

discussion
  46:7 50:14
  51:2

discussions
  13:4
  47:10,18
  48:20

display  41:8

disposition
  21:21
  50:21

disqualified
  54:7

distinction
  57:21

distinguish
  28:22

District
  56:21

Division
  4:13,19

divorce
  34:18

document
  7:11 41:9,
  13,16

documents
  9:19 10:16
  41:4

draw  7:15

E

earlier
  23:10

early  41:23

electronic
  18:17,20
  23:18
  25:19,24
  43:14

eliminate
  24:20

eliminated
  12:15

email  6:8,9
  44:4

employee
  22:21
  35:10

employees
  35:3,6,16
  36:6,17,18
  37:4 39:1,
  6 42:18
  51:8,24

encrypted
  6:8

ensure  26:7,
  24 30:18
  36:5 38:6
  42:17

ensuring
  26:18
  38:15 39:1

CHAMBERED CUSTOM FIREARMS-000375

**IN RE: CHAMBERED CUSTOM FIREARMS, LLC**
ATF FFL Revocation  Hearing  on 10/19/2023          Index: entering..FFL

42:10,18

**entering**
21:23

**entertained**
15:25

**entities**
11:7 15:14

**entity**  9:9
11:13
15:18 28:3
53:14
54:9,13

**equipment**
47:6

**error**  7:20,
23 19:10
45:4

**errors**  21:20
22:4,7
26:3,7
44:3,9

**essentially**
42:25
50:25

**event**  56:16

**eventually**
48:10

**evidence**  5:6

**evidentiary**
20:16 27:4

**EXAMINATION**
10:23
28:16

45:17

**examples**
41:22

**exception**
20:8

**excuse**  56:13

**executed**
41:19 45:3

**executing**
44:18

**executive**
53:24

**exhibit**
6:21,24
7:1,4,8,14
8:9,12,16,
18,21
29:11
34:22 41:9
42:7 44:8
51:19

**exhibits**  4:4
6:7,10,13
8:25 9:1,
3,12,19
10:18 40:6
44:5,22

**exist**  18:25

**existence**
15:18

**existing**
16:3,5
46:24 50:5

**exited**  43:17

**experience**
30:2 43:10

**expired**  21:8

**explain**
16:18 25:5
32:21,23

**explained**
7:25

**Explosives**
4:22

**extra**  17:4

_____

F

_____

**facility**
47:3

**fact**  12:6
15:7 26:25
29:1 43:18
57:18

**factual**
10:11,15

**failed**  36:10
55:6

**fair**  29:21
43:5

**fairly**  43:9

**familiar**
20:22
21:15

**Fastbound**
19:11

23:17,18,
24 25:17

**February**
11:21 14:2
30:22
32:12 34:6

**federal**  5:3
7:18,21
11:19,24
12:5,8
13:5 15:8
16:15
35:17
53:14,16
54:8 56:21

**feedback**
17:4

**Fern**  15:22,
23 16:11,
13 17:24
18:6 20:3
24:18,24
30:3,4
34:13,18
36:19
38:2,9
42:22 43:6
51:11 52:2

**Fern's**  24:22

**FFL**  9:4,5
12:4,9,12,
19 13:7,
11,18,20
14:1,8,25
15:10
16:12,17,

CHAMBERED CUSTOM FIREARMS-000376

IN RE: CHAMBERED CUSTOM FIREARMS, LLC
ATF FFL Revocation  Hearing  on 10/19/2023    Index: Ffl's..generally

19 18:2 23:4,7 25:12,23 27:16 28:6 31:7,24 46:5 47:15 49:17 50:8,16, 19,22,23 51:3,6 52:10 53:2,3,5, 11,13,20, 22,25 57:12,22, 24

FFL's  49:20

Field  4:13, 19

figure  32:3

file  56:20

filed  34:2

fill  36:11

filled  25:16 42:11,19

filling  29:2,24

Fillman  16:9

final  56:10, 18,20

financial  17:11

find  10:4 19:3 36:25

finding  9:15 19:4

findings  56:19

finish  14:12

fire  39:15

firearm  13:11 21:5,13 22:13 46:2 48:3 49:7 53:22

firearms  4:22 5:22 7:18,22 11:4,15, 19,20,23, 24,25 12:5,8,18, 25 13:2,6, 10,13,15, 20 14:1,7 15:8,11,22 16:1,15 17:13 21:24,25 22:1,10 23:5 25:3, 7 26:23 27:16,18, 20 28:5 30:23 31:11,19, 23,25 32:5,8,14 33:4,15,

16,22,23 35:17 46:5,7,9, 10,17,22 47:5 49:17,23 50:4,5,10, 11,12,15, 20,22 51:20 53:1,6,9, 14,17 54:8,13 57:7 58:2

fit  19:4

flesh  28:19

focus  5:6 36:9

foreign  57:7

form  5:2,4 21:12,22 31:18 36:11 37:16

format  26:4

formed  30:24 54:13

forming  12:24

forms  18:18, 21 22:5,7, 12,15 23:14 25:24 26:4 29:25

36:22 42:11,19, 25 43:7 45:21 46:1 51:18

found  9:25 19:11 24:6,11,15 37:5 53:4, 7 57:24

frame  32:7 35:13 36:11 44:16 49:7

frames  49:13,25

Frank  56:23

frequently  42:4

full  5:17, 25 6:2 11:12 21:7

fully  32:21

functioning  29:24 38:21

future  23:21 30:19 48:2

———————

G

———————

gaps  37:5

gave  18:11

generally

CHAMBERED CUSTOM FIREARMS-000377

**IN RE: CHAMBERED CUSTOM FIREARMS, LLC**
**ATF FFL Revocation  Hearing  on 10/19/2023** Index: gentleman..implement

```
   21:15               22:11,22          guns   32:11          12,24
                        23:7,11                                58:3,5,7
gentleman               24:3,16,23        _____
   7:24                 25:9 27:11                             heels  43:24
                        28:20,21              H
give   5:17,            29:19                                  held  8:5
   25 44:11             30:10,13,         happen   23:21         36:16
   45:13                18 31:2,8,
                        12,20,21,         happened             hereunder
giving   55:14          24 32:6            13:24                 57:17
                        33:5,20            35:21
glitching               34:8,18,24                            hey   36:25
   14:15                35:22             happening
                        40:11,13,          19:11              highlight
good   20:7             19,20 41:1                              6:14
   36:20,21             45:22             hardware
   37:3 38:4            46:1,12,18          25:20              highlighting
   39:15                47:7 48:14                              20:17
                        49:1,5            hate   46:14
Government              50:3,8,10,                             hindsight
   6:21 7:1             17,20            head   5:14             37:8
   8:9 9:19             51:4,8,17
   10:17                                 hear   14:18          hired   39:17
   29:11 41:8          Group's   9:5
                        14:7 15:8         heard   40:10,       holder   53:9
granted   5:5           17:1 34:12        19
                                                              honestly
great   18:14,         guess   14:17      hearing              36:23
   15                   35:23             4:10,16,
                                          20,24,25            hoping   48:10
grounds                gun   22:25        5:5,6,23
   54:15                23:8 26:18        6:4,25               human   19:10
                        29:20 31:8        7:2,3,5,14
group   8:20            35:16             8:19 9:22            _____
   9:7,8,15             38:22             10:8 17:5
   11:10                50:24             20:16 27:4               I
   12:9,20,21           52:25             28:14
   13:7 14:5            53:4,8            39:21,24             idea   16:1
   15:4,6,15,           54:2,5,16         40:3,20
   17,20                57:25 58:2        43:20               identification
   16:5,8,14,                             45:11,15             4:5 37:16
   21,24                                  52:16,19
   17:10,18                               54:18               identify
   18:1,6                                 55:12                10:25
                                          56:2,5,7,
                                                             immediately
                                                              20:9

                                                             impact   34:16

                                                             implement
```

CHAMBERED CUSTOM FIREARMS-000378

IN RE: CHAMBERED CUSTOM FIREARMS, LLC
ATF FFL Revocation  Hearing  on 10/19/2023 Index: implemented..issues

26:6

implemented
  23:24 38:7

implementing
  18:20
  26:23

important
  14:12

improvements
  18:11
  19:23

include   55:5

includes
  54:22
  55:1,20
  57:9,19

increased
  20:20

indication
  7:19 18:12
  38:2

indirectly
  54:23

individual
  23:1 57:9

individually
  44:12

individuals
  55:5

industry
  4:18 10:3
  16:2 25:3
  27:21 30:3

ineligible
  53:5,12

informal
  4:25

information
  7:7 10:2,9
  55:6
  56:10,11

informed
  13:9 14:6,
  24 20:8
  31:3 48:1
  51:11

initial   7:8
  21:7

initially
  13:25
  18:24

initials
  27:1

injunction
  8:19,22
  9:22,23,24

input   32:25

inspection
  10:16
  17:25
  18:4,10,11
  19:14,16
  20:2,5,7,
  20 21:17
  22:10
  24:13
  30:11
  36:20,21

37:11,18
  47:20,25
  48:15 54:6

inspections
  17:17,19,
  20,23
  37:24

instances
  53:13

intending
  10:14 47:4

intent   33:18

intention
  34:2,3
  49:18

interest
  17:10
  52:11

internet
  14:23

interrupting
  17:6

interstate
  57:7

introduce
  5:16

inventory
  33:20

invested
  23:6

investment
  17:11
  25:10

28:25
  33:12

investor
  16:25

involve
  49:6,12

involved
  20:10 22:6
  24:2,18
  25:11
  27:9,17
  28:20
  29:12,15
  32:4,8,13
  33:8 34:23
  38:6,11
  53:8 54:4

involvement
  17:1,12
  21:11,23
  24:2 25:2,
  14 29:1

IOI   18:14
  20:7 31:3

issuance   5:4

issue   10:7
  21:25
  25:12

issued   5:2
  8:16,22
  17:18 20:1
  24:12 34:7
  50:19
  57:17

issues   5:8

CHAMBERED CUSTOM FIREARMS-000379

**IN RE: CHAMBERED CUSTOM FIREARMS, LLC**
ATF FFL Revocation Hearing on 10/19/2023    Index: Jason..located

19:6 26:25
27:12

_____

_____

**J**

**Jason** 15:22,
23 16:11,
13 17:24
18:6 20:3,
11 22:16,
19 24:18,
22,24 29:5
30:3,4
36:19 37:3
38:2,9
52:2

**job** 18:14,
15 30:17
37:4 39:16

**John** 5:19
6:2 11:2
16:9 22:24

**joined** 29:22

**Judge** 8:21
9:25

**July** 8:17

**June** 8:11

**Justice** 4:23

_____

**K**

_____

**Kelly** 16:9

**kind** 17:6
32:19
37:19

43:11,24

**knowledge**
52:7,12,13

**Kristina**
4:17

_____

**L**

_____

**L-A-M-O-N-T-A-
G-N-E** 5:20

**lags** 14:22

**Lamontagne**
5:19 6:17
7:13,17,23
8:13 9:16
10:19,21
11:2
22:16,19,
24 28:13,
18 33:1
40:7 41:12
44:10,17,
25 45:10,
19 54:3,11
55:2,9,18

**language**
54:2

**large** 53:19

**law** 36:7
38:21,22
39:2 53:25
57:20

**lawful** 35:15

**laws** 28:8

**lead** 19:19

**learn** 17:22
19:25

**learning**
30:1 37:20
51:19

**leaving**
15:20
27:13

**led** 18:1
48:15,21

**legally**
16:17

**letting**
33:12

**liability**
38:18

**license** 5:1
7:18,22
8:4,5,15
9:9,17,21
11:19,24
12:5,8
13:6 15:8
16:15
26:12
28:22
30:22
31:13
32:15
33:8,19
34:6,12,
14,17
35:14,17
36:3,7

38:14
40:15
41:20
42:9,17
48:6,8
49:2 53:5,
9,14,15
54:8 55:4,
11 56:13

**licensee**
29:23

**licensees**
53:17

**limiting**
29:14

**list** 22:16

**listed** 15:9
54:11

**living** 28:4

**LLC** 11:4,
15,20,23
16:11,21
28:5 30:24
31:18 33:4
35:7 38:24
39:5,6,11
54:23 55:1

**LLC's** 38:20

**located** 4:12
26:20
46:11,18
47:3,8
49:12
50:17

CHAMBERED CUSTOM FIREARMS-000380

**IN RE: CHAMBERED CUSTOM FIREARMS, LLC**
**ATF FFL Revocation Hearing on 10/19/2023    Index: location..motion**

| | | | |
|---|---|---|---|
| location | made  5:10, | making  13:10 | 51:18 |
| 12:19 | 12 12:2,13 | 19:22 | material |
| 13:3,6,8, | 18:10 21:6 | 25:15 28:6 | 55:6 |
| 12 33:4 | 24:21 | 31:8,10,25 | matter  53:24 |
| 34:14 | 37:22 | 32:8 33:22 | means  36:5 |
| 46:6,9,12 | 42:13 44:1 | 44:1 51:25 | meant  40:11 |
| 47:7 48:7, | 51:5 | 57:13 | meeting |
| 9 49:11 | maintained | management | 20:10 |
| 50:5,16 | 26:14 | 38:4 54:24 | member  11:5 |
| 53:23 | maintaining | manager | 38:25 39:5 |
| locations | 52:11 | 26:17 | mentioned |
| 49:21 54:1 | maintains | 39:8,10, | 20:22 |
| logged  22:2 | 53:16 | 15,17,18 | 23:10 24:1 |
| longer  29:18 | make  8:1 | 42:18 | 26:16 27:9 |
| 44:1 | 12:11 | manner  18:5 | 48:24 |
| looked  19:6 | 20:12 | 25:5,7,8 | 55:17 |
| 26:13 | 23:20 | manufacture | minor  54:20 |
| 42:14 | 24:19 | 11:25 | minutes |
| 44:14 57:3 | 26:12 28:3 | 31:18 | 39:22 |
| lopers  49:13 | 29:18 | 32:11 48:8 | missing  42:8 |
| lot  36:9 | 31:17 | 49:3 | mistakes |
| 43:11 46:6 | 33:3,13, | manufacturing | 24:19,20 |
| 51:2 | 15,16 | 12:16 | 26:13 |
| Louis  21:5 | 35:11,18, | 13:8,10, | 35:10 |
| lower  49:4 | 23 36:13 | 11,14 | 36:23 43:4 |
| | 37:2 40:24 | 27:17 | 44:1 |
| ——————— | 43:2,3,5 | 31:2,5,7, | mitigate |
| M | 45:6 | 13,23 | 37:25 |
| ——————— | 48:11,12 | 32:5,13, | moment  43:11 |
| machine | 52:24 | 18,19 | months  24:25 |
| 29:17 31:7 | 54:20 | 46:7,9 | 43:22 |
| 47:2,6,12 | 55:20 | 47:5,11 | motion  8:19, |
| 48:19 | 56:10 | 48:1,3,19, | 22 9:24 |
| 49:11 | maker  38:20 | 24 49:1,24 | |
| machines | makes  57:5, | 50:11 | |
| 48:11 | 21 | marked  4:5 | |

CHAMBERED CUSTOM FIREARMS-000381

IN RE: CHAMBERED CUSTOM FIREARMS, LLC
ATF FFL Revocation  Hearing  on 10/19/2023    Index: moved..owning

moved   23:17
20:19

**N**

nature   4:25
37:19

necessarily
32:10

needed   18:15
43:13 48:6

newly   54:13

NFA   25:19

nice   16:2

NICS   21:7
27:6,7

night   6:8

nod   5:14

normal   20:6

North   4:13
12:22 13:3
46:23

notice   5:1
6:22 7:1,4
8:13,16
9:3,8 14:2
23:22 24:4
34:7 43:18
48:15,22
50:7 55:8
56:15,18,
20,25

novo   56:24

number   7:16

numerous
53:13

**O**

objection
9:11
44:15,20

objections
8:25

occasion
44:17

occasional
32:1

occasionally
30:5

occur   26:8
43:6

occurred
8:20 30:17
37:10

October   4:1,
12

offer   6:21
10:9 43:11
44:22

offered   45:7

offering
8:25 44:15

office   4:13
41:24

officer

4:10,19
5:23 6:4
7:14 10:8
28:14
39:21,24
40:3
45:11,15
52:16,19
53:24
54:18
55:12
56:2,5,7
58:3,5

officially
4:11

open   6:9,16
48:18
53:21

opening
42:23

operated
52:3

operating
17:2,13
18:6 27:21
49:20

operation
24:3 29:19

operations
4:18 10:3
25:15
30:13
38:11 46:8
49:24
50:10 54:4

opportunity
32:21,23
44:7

opposed   27:1
28:9 46:11

option   52:9

order   8:21
9:25

organized
11:16
49:18 52:4

organizer
11:5

original   7:2
12:3 15:17

originally
34:3 52:4

owner   16:8,
17,19 23:6
25:10
33:12
38:19,24,
25 39:4,
12,14,18
45:3 52:3

owners   15:17
55:2

ownership
16:21,24
17:9 52:11

owning   28:9

CHAMBERED CUSTOM FIREARMS-000382

IN RE: CHAMBERED CUSTOM FIREARMS, LLC
ATF FFL Revocation Hearing on 10/19/2023   Index: paging..primary

**P**

paging  25:6

paper  26:4

part  5:3
8:2 16:20
30:12
31:19
38:10

participate
29:22

participating
44:18

partner
36:19

partners
27:13

parts  29:18
32:11
48:12

Paul  6:2

pay  11:8

people  26:24
36:6 39:7

percentages
16:10

period  18:2
21:2 22:9
45:20,24
51:16

periodically
42:24

person  7:18,
21 8:4,14
9:17,20
12:6,9
15:8,9,21
16:12,14,
22 23:6,14
26:10,16
29:22
34:11
35:3,5,14,
25 36:3,5,
15 37:9
38:14
42:17
51:3,6,14,
23 52:10
53:11,12,
15,16,25
54:8,12
55:16
57:23,24
58:1

personal  8:5
23:1 28:4
36:14 54:5

personally
12:7 22:24
36:10 55:9
58:1

persons
54:23
55:21
57:19

Phoenix  4:1,
13,14,18

physically
26:20

pistols  49:4

place  17:20,
23 18:23
31:14
40:14

plan  33:7,
11 50:9

planning
13:2 48:18

plans  26:6

point  10:1
15:23
18:22
24:17 25:3
37:7,25
43:21
52:15

pointed  44:3

policies
17:2,12
19:20
20:11,14
26:7 39:11
51:7,24,25
54:24
57:14

policy  27:5
38:19

portion  35:5

position
35:12 54:1
57:20

possessing
57:10 58:2

possibly
24:21

postamble
56:8

potential
26:3

potentially
26:22

power  54:24
57:10

preliminary
8:19,22
9:21,23

prepared
23:18

present  5:16
10:6

presentation
6:7

presenting
5:24

presiding
4:19

prevent
19:10

previous  9:9
18:10

previously
4:4 17:17

primary  30:5
38:25

CHAMBERED CUSTOM FIREARMS-000383

IN RE: CHAMBERED CUSTOM FIREARMS, LLC
ATF FFL Revocation Hearing on 10/19/2023 Index: principal..receiving

| | | | |
|---|---|---|---|
| principal<br>39:5 | profits<br>33:13 | 47:15 | reading 35:4 |
| printed 27:7 | prohibited<br>57:6 58:1 | purposes<br>11:11 | ready 10:20<br>25:20<br>26:11 |
| printing<br>27:5 | proper 36:11<br>37:1 | pursuant<br>49:2,14 | realize<br>35:9,20 |
| prior 8:11<br>19:21 | properly<br>18:13 | pursuing<br>19:3 | reask 14:20 |
| problem<br>23:19 | 25:16<br>26:13 39:1 | put 6:15,<br>18,20 | reason 15:2<br>17:6 |
| procedural<br>5:8 | provided<br>56:11 | 16:11,13<br>27:8 43:24 | 18:13,19<br>37:3 38:3<br>53:18,23 |
| procedures<br>17:2,13<br>19:20 | 57:25<br>providers<br>19:5 | putting 27:1<br>45:5 | recall 47:17 |
| 23:13 26:7<br>51:7,24,25 | provision<br>52:25 | ––––––––––<br>Q | receipt<br>56:25 |
| proceed 6:5<br>10:20 19:2<br>43:21 | 57:4,11<br>provisions<br>5:2 56:22 | question<br>5:14 7:10,<br>16 10:11 | receive<br>23:22<br>25:22 |
| proceeding<br>4:24 36:25 | 57:16,18<br>pull 44:12 | 14:12,20,<br>21 17:5<br>31:16 | 33:7,18<br>41:3 53:22<br>56:15,17,<br>19,20 |
| proceedings<br>5:10 58:8 | purchase<br>33:19 | 35:11<br>40:16 | received<br>14:2 23:11 |
| process<br>20:10<br>24:10 25:1 | purchased<br>15:16<br>16:10,23 | questions<br>8:6,24<br>10:12 | 24:4,9<br>30:11<br>48:21 |
| 31:5 51:19 | 17:9 51:21 | 28:12,18<br>32:22 | receiver<br>49:8 |
| processed<br>8:11 | purchasing<br>15:22<br>22:13 | 45:10,12<br>52:15,18,<br>19 | receivers<br>49:4,25 |
| produced<br>9:19 | purpose<br>11:22 | ––––––––––<br>R | receiving<br>22:1 57:6 |
| products<br>19:9 | 12:24 | read 56:8 | |

CHAMBERED CUSTOM FIREARMS-000384

**IN RE: CHAMBERED CUSTOM FIREARMS, LLC**
**ATF FFL Revocation Hearing on 10/19/2023**

recent   48:15

recently
29:14

recess
39:19,20

recognize
41:16

record   5:10,
12,18 6:1
11:1,12
21:25 40:4
52:22
54:21
56:12

records
21:20,21,
22,24 22:2
25:25
26:14
50:21,23

rectified
37:1,7

redetail
23:15

reduce   26:2

refer   34:21

reference
52:25
57:5,13

referencing
20:15

referred
40:17,18
43:12 55:8

referring
11:7 20:25
21:21

reflected
37:23

regard   17:13
20:12,17
27:3 50:11

regular   30:9

regulation
53:10

regulations
5:3 57:17

reimplemented
23:13

reject   10:3

related
21:19 22:4

relationship
11:3 15:14

relative
13:14

relevant
57:20

relocate
40:13,25

relocated
40:21

relocation
40:10,17

relying   26:8

remaining

15:21 22:4

remove   38:13

removed   52:9

repeat   17:8
46:14

report
19:21,25
21:16
23:12,23
24:4,12
30:11
48:21

reporter
14:10

reports
17:18

request   6:24
56:21,24

requested
5:5

required
16:17
50:24
51:13 54:2

requirements
26:18 28:8

respond
34:12

responded
35:1

response
5:14 36:12

responsibiliti
es   35:1

responsibility
25:15

responsible
7:17,21
8:4,13
9:17,20
12:6,8
15:7,9
16:12,14,
22 23:6
26:17 28:6
29:22
34:11
35:2,3,5,
6,9,14,15,
20,25
36:2,4,15
37:9
38:14,15,
20,25
42:17
51:3,7,14
52:4,10
53:11,12,
15,16,25
54:7,12
55:10,16
57:19,23,
24 58:1

result   5:4

results
19:13 20:4
27:5

retail   50:4

CHAMBERED CUSTOM FIREARMS-000385

review  4:25

revocation
  8:16 9:4,9
  14:4 15:4,
  6 18:1
  23:22
  24:5,9,25
  25:1
  40:11,14,
  22 48:16,
  22 50:7

revoke  34:8

revoked
  9:16,21
  53:15,21

Ridley  21:6,
  13 24:7,11

role  24:16,
  22,24
  28:9,11
  29:2 52:5

Roosevelt
  12:22

rules  37:14

run  29:5
  30:8

running
  18:12

_____
       S
_____

sale  50:4

satisfied
  26:19

scheduling
  7:2

scope  32:18,
  19

Scott  5:21

screen  6:15,
  19,20 7:9,
  11 40:8
  41:10,13

scroll  41:15

secondary
  37:16,21

section
  56:22

seeking
  49:11

segue  16:2

sell  33:23

seller  22:16
  45:22

selling
  12:17
  21:24 32:5
  50:12
  51:19

send  40:6

separate
  34:17
  44:13
  49:19

September
  8:14,20,23
  20:16 27:4

setting
  17:1,12
  51:7,24

shake  5:13

share  6:17
  16:24 47:3

shares  28:10
  51:12

shipping
  57:6

shop  29:18
  31:7 47:3,
  6,12 48:19
  49:12

short  21:22
  40:1

shorten
  28:21

SHOT  18:24
  19:1 43:17

show  9:19
  18:24 19:1
  40:7 43:17
  44:16

signature
  41:17
  44:10

signed  22:11

simple  53:23

simpler
  31:17

simply  44:16
  57:12,23

sir  11:14

situation
  33:25
  37:7,14

software
  25:20 26:9
  37:1 43:22

sold  22:10

sole  11:5

solely  23:5

spam  41:7

speak  5:11

speaking
  31:1 47:25

specific
  15:5 26:25

specifically
  13:3 20:24
  48:7 53:10
  54:4

spell  5:17
  6:1

spelled  6:3
  9:18

spoke  47:19

SRP  37:21

start  6:6
  11:8 13:9
  18:23,24
  29:17
  30:23
  31:7,13,24

CHAMBERED CUSTOM FIREARMS-000386

IN RE: CHAMBERED CUSTOM FIREARMS, LLC
ATF FFL Revocation  Hearing  on 10/19/2023 Index: started..transcribing

started  5:9
  19:2 20:9
  24:18
  25:1,11
  28:1 42:25
  43:23

starting
  25:23

state  53:10

statement
  52:24

states  4:22
  53:2 56:23
  57:8,12

step  37:25
  38:5

stepped
  29:17
  32:10 37:6

steps  37:24
  42:16

stopped
  14:16,18
  52:7

store  26:20
  27:11
  29:20 31:9
  37:17
  53:19,22

stores  53:20

submit  11:18
  12:18
  51:13

submitted
  6:25 10:17
  49:17
  56:24

submitting
  11:23
  12:25
  13:25
  50:15

subpart  5:3

successful
  19:22

Suite  4:14
  12:22,23

sum  10:1

supervising
  51:8,23

supervisor
  26:17

surrender
  50:23

switching
  15:13

system  14:17
  19:12
  25:18 37:6

---

T

taking  31:11
  37:24

talk  43:6

talking  9:10
  14:16,18

40:12

Tara  31:3
  47:19

teaching
  29:5

testified
  12:1 20:15
  27:3,15
  30:21
  45:19 46:4

testimony
  28:19
  29:10
  34:16,20
  35:5,24
  40:9 44:19

thing  11:6
  14:10

things  6:15
  18:12
  23:20
  37:1,2,19
  44:2,13
  55:10

thinking
  31:10 48:2

thought
  14:18
  19:10
  31:12
  40:10

three-day
  21:1

throw  7:9

time  4:11
  5:11,15
  16:23
  17:8,16
  18:4 23:7
  28:13
  30:2,7,12,
  13 31:11
  32:6 35:13
  36:11
  38:18
  42:21,24
  43:8,9,13
  44:16
  46:15
  49:16,20
  56:4 58:6

timely  22:2

times  26:19
  40:18

timing  34:5

Title  5:2
  56:23

Tobacco  4:21

today  44:19
  56:12

told  12:14
  20:6 35:22

totally
  31:15

trained  39:1

transaction
  26:24

transcribing

CHAMBERED CUSTOM FIREARMS-000387

**IN RE: CHAMBERED CUSTOM FIREARMS, LLC**
ATF FFL Revocation  Hearing  on 10/19/2023    Index: transcript..Ware

```
14:11              36:1,2,4                                9:16 10:1,
                   39:4,9          ——————————              5 55:7,11
transcript         43:12 45:8          V
  5:9 8:18                                                virtual  4:15
  29:11         understanding    variance
                  15:19            48:4,9,25             voices  17:6
transfer          16:16 23:3       49:4,14
  21:5,6,12       35:19 51:5                             voluntary
  50:20                          vast  18:11               38:10
                understood
transporting      29:24 35:2     versa  12:7
  57:6            45:6                                   ——————————
                                 versus  48:3                W
tremendous      unfair  32:24
  36:22                          viability
                United  4:22       27:12               W-A-R-E  6:3
turn  42:6        56:23
                                 vice  12:7             wait  14:21
two-thirds      update  8:9
  15:16                          violated              Walmart
                updated  8:10      22:25                 53:20
type  48:25                        53:4,7
                upheld  9:22        54:16              wanted  6:14
——————————                         57:15,25             8:1,2 13:9
    U           USA  8:15,                               27:17
                  17,20 9:7,     violation               30:22
U.S.C.  10:2      15 12:20,        20:8,9                31:4,25
  54:22           21 15:15         24:4 37:18            32:12 33:3
  55:3,22         16:24                                  45:6 54:17
  57:4            17:10 18:7     violations
                  24:3,23          17:18              wanting
ultimately        27:11            19:21                47:11
  18:1            45:22            20:1,20,
                  46:1,12          23,24              Ware  5:23
unaware           47:8 48:14       21:16,17,           6:2,3,6,
  37:21           49:1 50:3,       19,25               12,20 8:1,
                  8,20 51:8,       22:4,15             8 9:6,14
underneath        17 53:6          23:8,12,23          10:14
  35:16                            24:12               28:17
  36:19         USA's  12:9        30:11,16,           32:20 33:1
                  13:7 16:14       19 37:10            39:19,23
understand        18:2 23:7        43:20               40:5 41:3,
  7:24 8:3                         48:21 54:5          8,12 44:4,
  30:4 31:15                                           7,15,22,25
  32:2 34:5,                     violator              45:9 52:17
  25 35:4                                              54:18,20
```

CHAMBERED CUSTOM FIREARMS-000388

IN RE: CHAMBERED CUSTOM FIREARMS, LLC
ATF FFL Revocation Hearing on 10/19/2023 Index: warning..yesterday

```
 55:17,25
 56:6

warning
 19:15,22

ways  18:17

week  42:23

West  12:21

willful
 9:16,25
 10:5 55:7,
 11

willfully
 53:4,7
 54:15 55:5
 57:15,25

work  52:8

working
 30:12
 41:24
 51:17

writing  5:5

written
 56:15

              _____

                    Y
              _____

year  18:18

years  15:23

yesterday
 6:8
```

CHAMBERED CUSTOM FIREARMS-000389

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Final Notice of Denial of Application, Revocation Suspension and/or Fine of Firearms License**

In the matter of:

[✓] The application for license as a/an  Manufacturer of Firearms other than Destructive Devices _____ , filed by:

or

[ ] License Number _____ as a/an

_____ , issued to:

Name and Address of Applicant or Licensee *(Show number, street, city, state and Zip Code)*

John Emile Lamontage
Chambered Custom Firearms LLC
dba Chambered Custom Firearms / Chambered CF
520 N Bullard, Suite 37
Goodyear, AZ 85335

---

Notice is Hereby Given That:

[ ] A request for hearing pursuant to 18 U.S.C. § 923(f)(2) and/or 922(t)(5) was not timely filed. Based on the findings set forth in the attached document, your

   [ ] license described above is revoked pursuant to 18 U.S.C., 923(e), 922(t)(5) or 924(p), effective:

     [ ] 15 calendar days after receipt of this notice, or  [ ] _____ ,

   [ ] license is suspended for _____ calendar days, effective _____ , pursuant to 18 U.S.C. § 922(t)(5) or 924(p).

   [ ] licensee is fined $ _____ , payment due: _____ , pursuant to 18 U.S.C. § 922(t)(5) or 924(p).

[✓] After due consideration following a hearing held pursuant to 18 U.S.C. § 923(f)(2) and/or 922(t)(5), and on the basis of findings set out in the attached copy of the findings and conclusions, the Director or his/her designee concludes that your

   [✓] application for license described above is denied, pursuant to 18 U.S.C., 923(d).

   [ ] application for renewal of license described above is denied pursuant to 18 U.S.C. 923(d), effective:

     [ ] 15 calendar days after receipt of this notice, or  [ ] _____

   [ ] license described above is revoked pursuant to 18 U.S.C., 923(e), 922(t)(5) or 924(p), effective:

     [ ] 15 calendar days after receipt of this notice, or  [ ] _____

   [ ] license is suspended for _____ calendar days, effective _____ , pursuant to 18 U.S.C. § 922(t)(5) or 924(p).

   [ ] licensee is fined $ _____ , payment due: _____ , pursuant to 18 U.S.C. § 922(t)(5) or 924(p).

If, after the hearing and receipt of these findings, you are dissatisfied with this action you may, within 60 days after receipt of this notice, file a petition pursuant 18 U.S.C. § 923(f)(3), for judicial review with the U.S. District Court for the district in which you reside or have your principal place of business. If you intend to continue operations after the effective date of this action while you pursue filing for judicial review or otherwise, you must request a stay of the action from the Director of Industry Operations (DIO), Bureau of Alcohol, Tobacco, Firearms and Explosives, at  40 North Central Avenue, Suite 1000, Phoenix, AZ 85004 ,

prior to the effective date of the action set forth above. You may not continue licensed operations unless and until a stay is granted by the DIO.

Records prescribed under 27 CFR Part 478 for the license described above shall either be delivered to ATF within 30 days of the date the business is required to be discontinued or shall be documented to reflect delivery to a successor. See 18 U.S.C. 923(g)(4) and 27 CFR § 478.127.

After the effective date of a license denial of renewal, revocation, or suspension, you may not lawfully engage in the business of dealing in firearms. Any disposition of your firearms business inventory must comply with all applicable laws and regulations. Your local ATF office is able to assist you in understanding and implementing the options available to lawfully dispose of your firearms business inventory.

ATF Form 5300. 13
Revised September 2014

| Date | Name and Title of Bureau of Alcohol, Tobacco, Firearms and Explosives Official | Signature |
|---|---|---|
| 01/05/2024 | Kristina Babcock - Director, Industry Operations | KRISTINA BABCOCK Digitally signed by KRISTINA BABCOCK Date 2024.01.05 09:45:25 -07'00' |

I certify that, on the date below, I served the above notice on the person identified below by:

☑ Certified mail to the address shown below.
　　Tracking Number: 70202450000064968795　　　**Or**　　☐ Delivering a copy of the notice to the address shown below.

| Date Notice Served | Title of Person Serving Notice | Signature of Person Serving Notice |
|---|---|---|
| 01/08/2024 | Executive Assistance | ROBIN ZIER Digitally signed by ROBIN ZIER Date 2024.01.08 08:31:08 -07'00' |

| Print Name and Title of Person Served | Signature of Person Served |
|---|---|
| John Emile Lamontagne. Responsible Person | |

Address Where Notice Served
520 N Bullard, Suite 37, Goodyear, AZ  85335

Note:  Previous Edition is Obsolete

ATF Form 5300.13
Revised September 2014

CHAMBERED CUSTOM FIREARMS-000391

Chambered Custom Firearms LLC                                    ATF Form 5300.13
9-86-013-07-PA-17244                                                        Page 2

In accordance with 18 U.S.C. §§ 923(d) and (f), and 27 C.F.R. §§ 478.71 and 478.72, and upon review and consideration of the entirety of the administrative record which is comprised of the statements and exhibits provided by the parties at the hearing of this matter and fully incorporated therein, I hereby make the following findings and conclusions.

**Introduction**

Chambered Custom Firearms LLC d/b/a Chambered CF ("Applicant") submitted an Application for Federal Firearms License, ATF E Form 7 (5310.12) dated June 16, 2023, pursuant to the Gun Control Act of 1968, as amended, 18 U.S.C. Chapter 44, and the regulations issued thereunder, 27 C.F.R. Part 478 (collectively "GCA") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). The Application listed John Emile Lamontagne as Applicant's sole responsible person.

The GCA mandates that ATF issue a Federal Firearms License to a qualified applicant. 18 U.S.C. §§ 923(c) and (d); 27 C.F.R. § 478.47.

On August 10, 2023, ATF issued a Notice to Deny Application for License, ATF Form 5300.43 (4498) to Applicant. On August 23, 2023, Applicant timely submitted a request for a hearing to review that Notice.

The hearing occurred on October 19, 2023. I, Kristina Babcock, ATF Director, Industry Operations, Phoenix Field Division, conducted the hearing from the ATF's Phoenix Field Division office. ATF Deputy Associate Chief Counsel Paul Ware appeared on my behalf as Attorney for the Government. Applicant's sole listed Responsible Person, John Emile Lamontagne, and attorney Scott Allan, Renzulli Law Firm LLP, appeared at the hearing via video teleconference. Court reporter Jeffrey Bartelt attended and transcribed the hearing. Both ATF and Applicant had the opportunity to present evidence and statements at the hearing. The statements and exhibits introduced at the hearing constitute the record in this proceeding.

**Findings**

Having reviewed the record in this proceeding, I make the following findings:

1. On April 11, 2022, ATF initiated a compliance inspection of Chambered Group USA LLC ("CGU"), a Manufacturer of Firearms Other than Destructive Devices holding Federal firearms license 9-86-07852. Based upon the violations revealed during that inspection, ATF issued a Notice to Revoke or Suspend License and/or Impose a Civil Fine, ATF Form 4500 (5300.4). A hearing on that matter occurred on April 13, 2023. On July 11, 2023, ATF issued a Final Notice of Denial of Application, Revocation, Suspension and/or Fine of Firearms License, ATF Form 5300.13, in which it found that CGU willfully violated the provisions of the GCA. At all times relevant to the violations determined to be willfully committed, John Emile Lamontagne served as a Responsible Person for CGU.

CHAMBERED CUSTOM FIREARMS-000392

Chambered Custom Firearms LLC                                    ATF Form 5300.13
9-86-013-07-PA-17244                                                        Page 2

2. On September 1, 2023, CGU filed a Petition for De Novo Review of the Revocation of Federal Firearms License Pursuant to 18 U.S.C. § 923(f)(3), as well as a Motion for Temporary Restraining Order and Preliminary Injunction in the United States District Court for the District of Arizona. *Chambered Group USA LLC v. Kristina Babcock*; CV-23-01850-PHX-SPL (D. Ariz.). On September 5, 2023, the Court denied CGU's motion for a temporary restraining order. On September 28, 2023, the Court denied GCU's motion for a preliminary injunction. In denying that motion, the Court found that CGU willfully violated the GCA. On November 3, 2023, CGU voluntarily dismissed its Petition.

3. In the present case, the Application for Federal Firearms License listed John Emile Lamontagne as Applicant's sole Responsible Person.

4. For purposes of the GCA, a "Responsible Person" is, in the case of a corporation, partnership or association, any individual possessing, directly or indirectly, the power to direct or cause the direction of the management, policies, and practices of the corporation, partnership or association, insofar as they pertain to firearms. *MEW Sporting Goods v. Johansen*, 992 F. Supp. 2d 665, 667; (N.D. W.Va. 2014). *aff'd*, 594 F. App'x 143 (4th Cir. 2015). *See also* 18 U.S.C. 923(d)(1)(B); and Application for Federal Firearms License, ATF E Form 7 (5310.12), Definition 3.

5. ATF may deny an application for a Federal firearms license if the applicant has willfully violated the GCA. 18 U.S.C. § 923(d)(1)(C); 27 C.F.R. § 478.47(b)(3). For purposes of the regulatory provisions of the GCA, a "willful" violation is committed when the licensee knows of its legal obligations and purposefully disregarded or was plainly indifferent to those requirements. *General Store, Inc. v. Van Loan*, 560 F.3d 920, 923 (9th Cir. 2009). S*ee also Bryan v. United States*, 524 U.S. 184, 197-98 (1998).

6. As noted above, John Emile Lamontagne was a Responsible Person for GCU at the time it willfully violated the GCA. As such, Mr. Lamontagne is responsible for the willful violations committed by CGU. Under the GCA, a Responsible Person remains accountable for willful violations committed by his or her federally licensed firearms business and such history of willful noncompliance with the GCA may disqualify such person from receiving a new license, even when the license is sought under the pretext of a newly formed business. *2nd Amend. Guns, LLC v. Bureau of Alcohol, Tobacco, Firearms, & Explosives*, No. 1:13-CV-01947-CL, 2014 WL 7051753, at *6 (D. Or. Dec. 12, 2014); *Barany v. Van Haelst*, No. CV-09-253-RMP, 2010 WL 5071053, at *5-8 (E.D. Wash. Dec. 6, 2010), *aff'd*, 459 F. App'x 587 (9th Cir. 2011); See also *Casanova Guns, Inc. v. Connally*, 454 F.2d 1320, 1321 (7th Cir. 1972). Therefore, Applicant is not eligible for licensing under the GCA.

CHAMBERED CUSTOM FIREARMS-000393

Chambered Custom Firearms LLC
9-86-013-07-PA-17244

ATF Form 5300.13
Page 2

**Conclusions**

I conclude that:

1. CGU is a willful violator of the GCA.
2. The willful violations of the GCA committed by GCU are imputed to its Responsible Persons.
3. John Emile Lamontagne was a Responsible Person for CGU when it willfully committed the violations relied upon in the revocation of its license.
4. John Emile Lamontagne is Applicant's sole Responsible Person;
5. Applicant is not qualified to receive a license under 18 U.S.C. § 923(d)(1)(C).

As such, the application of Chambered Custom Firearms LLC for a Federal Firearms License is hereby DENIED.

Dated this 5th day of January 2024.

KRISTINA BABCOCK
Digitally signed by
KRISTINA BABCOCK
Date: 2024.01.05 09:32:13
-07'00'

Kristina Babcock
Director, Industry Operations
Phoenix Field Division
Bureau of Alcohol, Tobacco, Firearms and Explosives
United States Department of Justice

CHAMBERED CUSTOM FIREARMS-000394



CHAMBERED CUSTOM FIREARMS-000395