TIMOTHY COURCHAINE
United States Attorney
District of Arizona
NOEL C. CAPPS
Assistant U.S. Attorney
Arizona State Bar No. 014361
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona  85004-4449
Telephone:  (602) 514-7500
Fax:  (602) 514-7693
Email: Noel.Capps@usdoj.gov
*Attorneys for Respondent*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Chambered Custom Firearms, LLC and John Lamontagne, <br><br> Petitioners, <br><br> v. <br><br> Kristina Babcock, Director of Industry Operations for the ATF's Phoenix Field Division, <br><br> Respondent. | No. CV-24-00521-PHX-SPL <br><br> **JOINT REPORT ON SETTLEMENT TALKS** |

Pursuant to the Rule 16 Case Management Order, Doc. 29 at 3, § V., the parties and their counsel are in advanced good faith settlement talks to resolve this matter. Given the status of the settlement talks, Petitioners will withdraw their Motion for Summary Judgment (Doc. 32) today, without prejudice. The parties will provide a further update to the Court on or before May 16, 2025, pursuant to the Case Management Order, and shall also promptly notify the Court at any time when settlement is reached.

//
//
//
//

RESPECTFULLY SUBMITTED this 30th day of April, 2025.

| | |
|---|---|
| RENZULLI LAW FIRM, LLP | TIMOTHY COURCHAINE<br>United States Attorney<br>District of Arizona |
| s/ Scott C. Allan<br>Scott C. Allan | |
| | s/ Noel C. Capps<br>Noel C. Capps<br>Assistant United States Attorney<br>*Attorneys for Respondent* |
| and | |
| BOWMAN AND BROOKE LLP<br>Amanda E. Heitz<br>Sarah A. Brunswick | |
| *Attorneys for Petitioners* | |