IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chambered Custom Firearms LLC, et al.,<br><br>               Petitioners,<br><br>vs.<br><br>Kristina Babcock,<br><br>               Respondent. | No. CV-24-00521-PHX-SPL<br><br>**ORDER** |

      Before the Court is Respondent Kristina Babcock's Joint Report on Settlement Talks (Doc. 36) and Petitioners Chamber Custom Firearms LLC and John Lamontagne's Notice re: Withdrawal of Motion Without Prejudice (Doc. 37). The parties indicate that they "are in advanced good faith settlement talks to resolve this matter." (Doc. 36 at 1). Accordingly, Petitioners have withdrawn their Motion for Summary Judgment (Doc. 32) without prejudice to refiling if settlement is not completed. (Doc. 37 at 1). Respondent indicates that that parties "will provide a further update to the Court on or before May 16, 2025, pursuant to the Case Management Order, and shall also promptly notify the Court at any time when settlement is reached." (Doc. 36 at 1).

      Accordingly,

///

///

///

///

1 **IT IS ORDERED** that the Motion for Summary Judgment (Doc. 32) is **withdrawn
without prejudice to refile**. All other deadlines and terms set forth in this Court's Case
Management Order (Doc. 29) shall remain in effect.

Dated this 1st day of May, 2025.

Honorable Steven P. Logan
United States District Judge