TIMOTHY COURCHAINE
United States Attorney
District of Arizona
NOEL C. CAPPS
Assistant U.S. Attorney
Arizona State Bar No. 014361
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona  85004-4449
Telephone:  (602) 514-7500
Fax:  (602) 514-7693
Email: Noel.Capps@usdoj.gov
*Attorneys for Respondent*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chambered Custom Firearms, LLC and John Lamontagne, <br><br> Petitioners, <br><br> v. <br><br> Kristina Babcock, Director of Industry Operations for the ATF's Phoenix Field Division, <br><br> Respondent. | No. CV-24-00521-PHX-SPL <br><br> **JOINT REPORT REGARDING SETTLEMENT** |

Pursuant to the Court's Order, Doc. 38, the parties, through their respective counsel, hereby notify the Court that an agreement to resolve Petitioners' claims was finalized on May 15, 2025. The ATF had closed Chambered Custom Firearms, LLC's ("Chambered Custom") original application for an FFL and refunded the application fee after the denial of its application. Chambered Custom will, and on May 15, 2025 did, submit a new application for an FFL, which ATF will expeditiously process. Upon issuance of an FFL to Chambered Custom, the above-captioned matter will be dismissed with prejudice, each side to bear its own costs, attorney's fees, and expenses.  The Parties will provide the Court an updated joint status report on or before June 13, 2025, or a date of the Court's choosing.

//

RESPECTFULLY SUBMITTED this 16th day of May, 2025.

| | |
|---|---|
| RENZULLI LAW FIRM, LLP | TIMOTHY COURCHAINE<br>United States Attorney<br>District of Arizona |
| s/ Scott C. Allan<br>Scott C. Allan | |
| | s/ Noel C. Capps<br>Noel C. Capps<br>Assistant United States Attorney<br>*Attorneys for Respondent* |
| and | |
| BOWMAN AND BROOKE LLP<br>Amanda E. Heitz<br>Sarah A. Brunswick<br>*Attorneys for Petitioners* | |